1  Ryan Q. Keech (SBN 280306)
   Ryan.Keech@klgates.com
2  Gabriel M. Huey (SBN 291608)
   Gabriel.Huey@klgates.com
3  Stacey Chiu (SBN 321345)
   stacey.chiu@klgates.com
4  Rebecca Makitalo (SBN 330258)
   rebecca.makitalo@klgates.com
5  K&L GATES LLP
   10100 Santa Monica Boulevard
6  Eighth Floor
   Los Angeles, California  90067
7  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
8
   Attorneys for Defendant
9  CHECKMATE.COM INC.

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14                                    Case No. 2:25-CV-00765-MEMF-JPR

15  ARJUN VASAN,                      Hon. Maame Ewusi-Mensah
                                      Frimpong
16              Plaintiff,
                                      **DECLARATION OF AMY
17      v.                            BROWN**

18  CHECKMATE.COM, INC.,              *[Filed concurrently with Motion to
                                      Dismiss or Transfer Venue,
19              Defendant.            Declaration of Vishal Agarwal,
                                      Declaration of Stacey Chiu, Request
20                                    for Judicial Notice [Proposed]
                                      Order]*
21
                                      Hearing Date: May 22, 2025
22                                    Time: 10 a.m.
23                                    Courtroom: 8B

24                                    Complaint Filed: January 28, 2025

25

26

27

28

509213646.2

I, Amy Brown , declare

1.     I am a resident of Overland Park, Kansas and over the age of eighteen (18) years of page.  I am a Vice President of Human Resources, US, at Checkmate.com, Inc. ("Checkmate").  I have worked for Checkmate since August 2022.  I have personal knowledge of the facts stated herein and I am otherwise competent to testify.  I submit this declaration in support of Checkmate's Motion to Dismiss or, in the Alternative, Transfer this case.

2.     As the Vice President of Human Resources, I am responsible for and overseeing all human resources functions at Checkmate, including employee relations, compliance, onboarding and offboarding, benefits administration, disability accommodations, leave requests, and HR policy implementation.

3.     I am a fully remote employee and am located in Overland Park, Kansas.

4.     My understanding is that Arjun Vasan at times was living in Cerritos, California when he started working as a remote employee at Checkmate.

5.     On or around August 3, 2024, Mr. Vasan relocated to 1106 Godfrey Street, Midland, Texas.

6.     On or around August 19, 2024, Mr. Vasan informed me of his move to Texas via the Slack messaging service and sought to update his state of residence with Checkmate.  Attached hereto as **Exhibit A** is a true and correct copy of the Slack message communications between Mr. Vasan and me from August to September 2024.

7.     On or around August 31, 2024, Mr. Vasan then asked me to ensure that this tax withholdings reflected that he was a Texas resident before he received his upcoming bonus payment.

8.     On or around September 5, 2024, I informed Mr. Vasan that his pay statements reflected no California state tax or unemployment insurance withholdings as of at least September 7, 2024.  I also informed him that his past three wage statements, which should have reflected his residency in Texas, had been corrected

DECLARATION OF AMY BROWN

and that he would be receiving a refund for California unemployment insurance and state income tax deductions.

9.    Attached hereto as **Exhibit B** is a true and correct copy of Mr. Vasan's 2024 W-2 Form.

10.    Attached hereto as **Exhibit C** is a true and correct copy of Mr. Vasan's September 7, 2024 wage statement.

11.    As a fully remote employee, Mr. Vasan was not required to return to California for work purposes nor was he asked to.  Mr. Vasan was never assigned to or reported to any California office. Mr. Vassan's job duties were not related to any California-based operation.

12.    Following the merger, concerns about Mr. Vasan's behavior began to arise. Mr. Vasan became increasingly disruptive in team communications, often sending long, argumentative messages via Slack at odd hours, including to Checkmate's CEO and founder, Vishal Agarwal. He was also confrontational in meetings and repeatedly demonstrated insubordination when decisions did not align with his personal preferences.  For example, in May 2024, Mr. Vasan traveled to Chicago to attend a national restaurant convention.  It was reported to HR that during a meeting at Checkmate's booth, he had a disruptive outburst that caused the meeting to end prematurely. It was also reported to HR that on or around October 14, 2024, Mr. Vasan sent a barrage of over 40 Slack messages to Checkmate leadership in a single morning.  As a result of this behavior Mr. Vasan was issued a formal final warning. This pattern of behavior continued through the summer and fall of 2024.

13.    On or around October 22, 2024, Mr. Agarwal, Mike Bell, Strategy Chief at Checkmate, and I held a Zoom call with Mr. Vasan to inform him that he was no longer fit to serve in a management role.  However, he was offered the opportunity to remain as an individual contributor.

509213646.2

DECLARATION OF AMY BROWN

14.    On or around October 23, 2024, Mr. Vasan requested medical leave. I approved a personal medical leave, granting two weeks of paid time off upon receipt of certification from his healthcare provider of his need for leave.

15.    While Mr. Vasan was on leave, he continued to send disruptive messages to the team, leading to a request from Mr. Agarwal to suspend his access. On or around November 3, 2024, I sent an email to Mr. Vasan notifying him that his access to Slack had been disabled. Attached hereto as **Exhibit D** is as true and correct copy of my November 3, 2024 email to Mr. Vasan.

16.    On November 14, 2024, Mr. Agarwal, Mr. Bell, and I met with Mr. Vasan via Zoom to address the fact that he had contacted a competitor of Checkmate to discuss the possibility of joining their company.  On the same day, after the meeting, Mr. Vasan sent an email to Mr. Agarwal and copying me and Mr. Bell stating that he was resigning.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this  26th  day of March 2025 in Overland Park, Kansas.

DocuSigned by:

*Amy Brown*

BD7054C7C7B64FC...

AMY BROWN

509213646.2

- 4 -                    DECLARATION OF AMY BROWN

# EXHIBIT A



**Arjun Vasan (LD 11.14.2024)** 1:16 AM

August 19th, 2024

Hi amy, i moved to texas a few weeks back, how do i change my state of residence for checkmate?

My new address is 1106 Godfrey St, Midland Tx 79703

**Amy** 8:46 AM

Hi Arj,

Thank you for letting me know about your move to Texas. I have updated your city and state on our internal tracking sheet.

You will need to update your address in our HRIS system with ADP. I have attached the directions once you are signed into ADP. Here is the link to ADP's sign in screen in case you do not have it saved from when you started: https://online.adp.com/signin/v1/?APPID=WFNPortal&productId=80e309c3-7085-bae1-e053-[...]5495&returnURL=https://workforcenow.adp.com/&callingAppId=WFN

If you have any other questions, let me know.

Word Document

> 📄 **Address change instructions for ADP.docx**
> Word Document

**Arjun Vasan (LD 11.14.2024)** 9:48 PM

August 31st, 2024

I've updated my address there, how do I upload the state tax withholding settings?

**Amy** 11:15 AM

September 3rd, 2024

Hi Arj,

I can't see your payroll screen since it's handled by ADP. Please contact ADP's my life advisor at 844-448-0325. I belive they are available until 5 or 6 pm Central time. They can help you get your taxes set up for Texas.

**Arjun Vasan (LD 11.14.2024)** 12:21 AM

September 4th, 2024

i wanted to make sure it was updated prior to the upcoming bonus payment. they said it will take a few more days to update. can you please make sure to notify me prior to the bonus payment being scheduled?

**Amy** 9:11 AM

Hi Arj, Your bonus is not on Friday's paycheck. Your taxes will be updated prior to the bonus being paid. I do not have the date for the Payment. Mike and Vishal notify me after they let you all know when it is being paid.

✅ 1

<center>September 5th, 2024 ⌄</center>

 **Amy** 🟨 10:04 AM

Hi @Arjun Vasan (LD 11.14.2024) The payroll department let me know they need your effective date for your move to Texas. They need to get the proper State's required information updated. You mentioned on August 19th that you moved a few weeks back. Please let me know the date so I can get it to our payroll department as soon as possible.

 **Arjun Vasan (LD 11.14.2024)** 10:22 AM

august 3rd

 **Amy** 🟨 10:23 AM

Thank you. Payroll did mention if it has been a few payrolls they will have to go back and make adjustments so you may see adjustments on your next check if any are needed between the two states.

 ✅ 1  😀

 **Amy** 🟨 3:17 PM

Hi @Arjun Vasan (LD 11.14.2024), Payroll has processed adjustments for the past 3 payrolls, and they sent me the following stating the amount of your refunds you will receive on your next check.

From Payroll rep:

I have added corrections to Arjun's last 3 payrolls in which he should have been coded for TX but was coded for CA. He will receive a refund for the California SUI ($350.93) and California State Income Tax ($2775.93).

 ✅ 1  😀

 **Arjun Vasan (LD 11.14.2024)** 10:34 AM    <center>September 9th, 2024 ⌄</center>

Hi @Amy do you know if the state was updated yet?

(i.e. Mike is asking about bonus payment, and I wanted to make sure it was updated for that)

 **Amy** 🟨 10:40 AM

In ADP under your pay profile it shows Texas as the lived in, worked in. You can see this info under ADP under myself/Pay/Pay & Tax Statements.

 **Arjun Vasan (LD 11.14.2024)** 10:43 AM

Ok great thanks looking now

hi so i am getting this will try again later, but if you don't mind just checking if the withholding section no longer says california i can respond to mike now

Screenshot 2024-09-09 at 10.46.45 AM.png ▼



 **Amy** 11:05 AM

September 9th, 2024 ⌄

I am unable to see your complete payroll information. The screenshot is all I can see on my end. If you continue to get the error, please call ADP TotalSource since they process our payroll since they are our PEO.

image.png ▼



 **Amy** 12:24 PM

Hi Arj, I did ask our payroll contact, and she said they corrected your last 3 payrolls, which should have been coded for TX but were coded for CA. You will receive a refund for the California SUI overpayment of $350.93 and for the California State Income Tax overpayment of $2775.93.

These refunds will be on your next check.

September 20th, 2024 ⌄

 **Arjun Vasan (LD 11.14.2024)** 12:22 PM

hi @Amy thanks so much for your help, looks like it is sorted out!

# EXHIBIT B

# 2024 W-2 and EARNINGS SUMMARY

**ADP**

## W-2 Wage and Tax Statement 2024
### Employee Reference Copy
OMB No. 1545-0008

Copy C for employee's records.

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**d** Control number
000214 NCT3/6VW

| Dept. | Corp. | Employer use only |
|---|---|---|
| | | T   27 |

**c** Employer's name, address, and ZIP code

ADP TOTALSOURCE   FL XVII INC
CHECKMATE.COM   INC.
10200 SUNSET DRIVE
MIAMI FL 33173

Batch #07006

**e/f** Employee's name, address, and ZIP code

ARJUN VASAN
1106 GODFREY STREET
MIDLAND TX 79703

**b** Employer's FED ID number
65-0076799

**a** Employee's SSA number
XXX-XX-3739

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 189799.00 | 46595.70 |
| 3 Social security wages | 4 Social security tax withheld |
| 168600.00 | 10453.20 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 189799.00 | 2752.09 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD   7869.61 |
| 14 Other    .00 SDI    1246.74 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 063-6016 8 | 113340.38 |
| 17 State income tax  11315.70 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 191,692.30 | 191,692.30 | 191,692.30 | 114,153.84 |
| **Less** Other Cafe 125 | 1,893.30 | 1,893.30 | 1,893.30 | 813.46 |
| Wages Over Limit | N/A | 21,199.00 | N/A | N/A |
| **Reported W-2 Wages** | **189,799.00** | **168,600.00** | **189,799.00** | **113,340.38** |

### 2. Employee Name and Address.

ARJUN VASAN
1106 GODFREY STREET
MIDLAND TX 79703

© 2024 ADP, Inc.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 189799.00 | 46595.70 |
| 3 Social security wages | 4 Social security tax withheld |
| 168600.00 | 10453.20 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 189799.00 | 2752.09 |

**d** Control number
000214 NCT3/6VW

| Dept. | Corp. | Employer use only |
|---|---|---|
| | | T   27 |

**c** Employer's name, address, and ZIP code

ADP TOTALSOURCE   FL XVII INC
CHECKMATE.COM   INC.
10200 SUNSET DRIVE
MIAMI FL 33173

**b** Employer's FED ID number
65-0076799

**a** Employee's SSA number
XXX-XX-3739

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD   7869.61 |
| 14 Other    .00 SDI    1246.74 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

**e/f** Employee's name, address and ZIP code

ARJUN VASAN
1106 GODFREY STREET
MIDLAND TX 79703

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 063-6016 8 | 113340.38 |
| 17 State income tax  11315.70 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2 Wage and Tax Statement 2024**
### Federal Filing Copy
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 189799.00 | 46595.70 |
| 3 Social security wages | 4 Social security tax withheld |
| 168600.00 | 10453.20 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 189799.00 | 2752.09 |

**d** Control number
000214 NCT3/6VW

| Dept. | Corp. | Employer use only |
|---|---|---|
| | | T   27 |

**c** Employer's name, address, and ZIP code

ADP TOTALSOURCE   FL XVII INC
CHECKMATE.COM   INC.
10200 SUNSET DRIVE
MIAMI FL 33173

**b** Employer's FED ID number
65-0076799

**a** Employee's SSA number
XXX-XX-3739

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other    1246.74 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

**e/f** Employee's name, address and ZIP code

ARJUN VASAN
1106 GODFREY STREET
MIDLAND TX 79703

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 063-6016 8 | 113340.38 |
| 17 State income tax  11315.70 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2 Wage and Tax Statement 2024**
### CA.State Reference Copy
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 189799.00 | 46595.70 |
| 3 Social security wages | 4 Social security tax withheld |
| 168600.00 | 10453.20 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 189799.00 | 2752.09 |

**d** Control number
000214 NCT3/6VW

| Dept. | Corp. | Employer use only |
|---|---|---|
| | | T   27 |

**c** Employer's name, address, and ZIP code

ADP TOTALSOURCE   FL XVII INC
CHECKMATE.COM   INC.
10200 SUNSET DRIVE
MIAMI FL 33173

**b** Employer's FED ID number
65-0076799

**a** Employee's SSA number
XXX-XX-3739

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other    1246.74 CA SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

**e/f** Employee's name, address and ZIP code

ARJUN VASAN
1106 GODFREY STREET
MIDLAND TX 79703

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| CA | 063-6016 8 | 113340.38 |
| 17 State income tax  11315.70 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2 Wage and Tax Statement 2024**
### CA.State Filing Copy
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

# EXHIBIT C

ADP Workforce Now Pay 3/2024

Pay Summary: **2024 - 52 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>12/14/2024 | **Pay Date**<br>12/27/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
|---|---|---|---|---|---|
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>12/27/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>00000000 | |

| Gross Pay | $ 0.00 |
|---|---|
| Regular | |
| Overtime | |

Basis of Pay: SALARY

| Taxes | $ 0.00 |
|---|---|

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 0.00 |
|---|---|

Other Details

Memos

| HLTH PLAN VALUE | 7,869.61 |
|---|---|

## Pay Summary: **2024 - 46 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>11/2/2024 | **Pay Date**<br>11/15/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>11/15/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>00460009 | |

| Gross Pay | | | $ 2,153.85 |
|---|---|---|---|
| Regular | Rate: 10,769.2300 | Hours: 16.00 | $ 2,153.85 |

Total Hours Worked: 16

Basis of Pay: SALARY

| Taxes | $ 195.24 |
|---|---|
| Federal Income Tax | $ 165.96 |
| Medicare | $ 29.28 |

| Deductions | $ 134.98 |
|---|---|
| 32 - MEDICAL | $ 129.15 |
| 33 - TS DENTAL | $ 5.09 |
| 34 - TS VISION | $ 0.74 |

| Take Home | $ 1,823.63 |
|---|---|
| CHECKING 2ND | $ 250.00 |
| CHECKING | $ 1,573.63 |

### Other Details

#### Memos

| ELIGIBLE EARNS | 2,153.85 |
|---|---|

## Pay Summary: **2024 - 44 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>10/19/2024 | **Pay Date**<br>11/1/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>11/1/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>00440009 | |

| Gross Pay | | | $ 10,769.23 |
|---|---|---|---|
| Regular | Rate: 10,769.2300 | Hours: 80.00 | $ 10,769.23 |

Total Hours Worked: 80

Basis of Pay: SALARY

| Taxes | $ 2,540.21 |
|---|---|
| Federal Income Tax | $ 2,386.02 |
| Medicare | $ 154.19 |

| Deductions | $ 134.98 |
|---|---|
| 32 - MEDICAL | $ 129.15 |
| 33 - TS DENTAL | $ 5.09 |
| 34 - TS VISION | $ 0.74 |

| Take Home | $ 8,094.04 |
|---|---|
| CHECKING 2ND | $ 250.00 |
| CHECKING | $ 7,844.04 |

### Other Details

| Memos | |
|---|---|
| ELIGIBLE EARNS | 10,769.23 |

## Pay Summary: **2024 - 42 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| CHECKMATE.COM INC. | **Period Beginning Date** | **Pay Date** | **Co.** | **Clock** | **Home Dept** |
|---|---|---|---|---|---|
| 3001 Bishop Dr | 10/5/2024 | 10/18/2024 | 6VW | XN50K | |
| San Ramon, CA 94583 | | | | | |
| | | | | | |
| Arjun Vasan | **Period Ending Date** | **WGPS Advance Pay Date** | **File #** | **Number** | |
| 1106 Godfrey Street | 10/18/2024 | | 000214 | 00420009 | |
| Midland, TX 79703 | | | | | |

| Gross Pay | | | $ 10,769.23 |
|---|---|---|---|
| Regular | Rate: 10,769.2300 | Hours: 80.00 | $ 10,769.23 |

Total Hours Worked: 80

Basis of Pay: SALARY

| Taxes | $ 2,669.70 |
|---|---|
| Federal Income Tax | $ 2,386.02 |
| Social Security | $ 129.48 |
| Medicare | $ 154.20 |

| Deductions | $ 134.98 |
|---|---|
| 32 - MEDICAL | $ 129.15 |
| 33 - TS DENTAL | $ 5.09 |
| 34 - TS VISION | $ 0.74 |

| Take Home | $ 7,964.55 |
|---|---|
| CHECKING 2ND | $ 250.00 |
| CHECKING | $ 7,714.55 |

## Other Details

### Memos

| ELIGIBLE EARNS | 10,769.23 |
|---|---|

## Pay Summary: **2024 - 40 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>9/21/2024 | **Pay Date**<br>10/4/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
|---|---|---|---|---|---|
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>10/4/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>55309650 | |

| Gross Pay | | | $ 10,769.23 |
|---|---|---|---|
| Regular | Rate: 10,769.2300 | Hours: 80.00 | $ 10,769.23 |

Total Hours Worked: 80

Basis of Pay: SALARY

| Taxes | $ 3,199.54 |
|---|---|
| Federal Income Tax | $ 2,386.02 |
| Social Security | $ 659.32 |
| Medicare | $ 154.20 |

| Deductions | $ 134.98 |
|---|---|
| 32 - MEDICAL | $ 129.15 |
| 33 - TS DENTAL | $ 5.09 |
| 34 - TS VISION | $ 0.74 |

| Take Home | $ 7,434.71 |
|---|---|
| CHECKING 2ND | $ 250.00 |
| Net Pay | $ 7,184.71 |

## Other Details

### Memos

| ELIGIBLE EARNS | 10,769.23 |
|---|---|

Pay Summary: **2024 - 38 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>9/7/2024 | **Pay Date**<br>9/20/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>9/20/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>00380010 | |

| Gross Pay | | | $ 10,769.23 |
|---|---|---|---|
| Regular | Rate: 10,769.2300 | Hours: 80.00 | $ 10,769.23 |

Total Hours Worked: 80

Basis of Pay: SALARY

| Taxes | $ 3,199.54 |
|---|---|
| Federal Income Tax | $ 2,386.02 |
| Social Security | $ 659.33 |
| Medicare | $ 154.19 |

| Deductions | $ 134.98 |
|---|---|
| 32 - MEDICAL | $ 129.15 |
| 33 - TS DENTAL | $ 5.09 |
| 34 - TS VISION | $ 0.74 |

| Take Home | $ 7,434.71 |
|---|---|
| CHECKING 2ND | $ 7,434.71 |

Other Details

Memos

| ELIGIBLE EARNS | 10,769.23 |
|---|---|

## Pay Summary: **2024 - 38 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | | |
|---|---|---|---|---|---|
| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>9/7/2024 | **Pay Date**<br>9/20/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>9/20/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>00000000 | |

| Gross Pay | | | $ 31,307.69 |
|---|---|---|---|
| Regular | Rate: 10,769.2300 | Hours: 240.00 | $ 31,307.69 |

Total Hours Worked: 240

Basis of Pay: SALARY

| Taxes | $ 9,598.62 |
|---|---|
| Federal Income Tax | $ 7,158.06 |
| Social Security | $ 1,977.97 |
| Medicare | $ 462.59 |

| Deductions | $ 21,709.07 |
|---|---|
| 32 - MEDICAL | $ 387.45 |
| 33 - TS DENTAL | $ 15.27 |
| 34 - TS VISION | $ 2.22 |
| 6 - PREPAY | $ 21,304.13 |

| Take Home | $ 0.00 |
|---|---|

### Other Details

#### Memos

| ELIGIBLE EARNS | 32,307.69 |
|---|---|

## Pay Summary: **2024 - 38 - 1**

This summary is a record of a payment issued and not an image of the actual pay statement.

| | | | | |
|---|---|---|---|---|
| CHECKMATE.COM INC.<br>3001 Bishop Dr<br>San Ramon, CA 94583 | **Period Beginning Date**<br>9/7/2024 | **Pay Date**<br>9/20/2024 | **Co.**<br>6VW | **Clock**<br>XN50K | **Home Dept** |
| Arjun Vasan<br>1106 Godfrey Street<br>Midland, TX 79703 | **Period Ending Date**<br>9/20/2024 | **WGPS Advance Pay Date** | **File #**<br>000214 | **Number**<br>00000000 | |

| | | |
|---|---|---|
| **Gross Pay** | | $ 1,000.00 |
| Regular | Rate: 10,769.2300 | $ 1,000.00 |

**Basis of Pay: SALARY**

| | |
|---|---|
| **Taxes** | $ 0.00 |

| | |
|---|---|
| **Deductions** | $ 1,000.00 |
| 6 - PREPAY | $ 1,000.00 |

| | |
|---|---|
| **Take Home** | $ 0.00 |

# EXHIBIT D

On Sun, Nov 3, 2024 at 9:59 PM Amy Brown <amy.brown@itsacheckmate.com> wrote:

Hello Arj,

This email is to inform you that Security has disabled your access to Slack and your Checkmate email in keeping with our security guidelines.

Also, I need confirmation if you will be returning to work on Wednesday, November 6th since the two weeks of leave will end at this time.

If  you need to stay out on leave, let me know how long your doctor is wanting you off work as soon as possible.   Please note, if you do continue needing a personal leave, the rest of the time will be unpaid.

If you have any other questions, let me know.

Regards,

Amy Brown
Vice President of Human Resources | U.S.

+1 855.953.4340

*This email (covered by the Electronic Communications Privacy Act 18 U.S.C. Section 2510-2521) is confidential and may contain information that is privileged or exempt from disclosure under applicable law.  If you have received it in error, please notify the sender by return email and delete this message*.

*This email (covered by the Electronic Communications Privacy Act 18 U.S.C. Section 2510-2521) is confidential and may contain information that is privileged or exempt from disclosure under applicable law.  If you have received it in error, please notify the sender by return email and delete this message*.

*This email (covered by the Electronic Communications Privacy Act 18 U.S.C. Section 2510-2521) is confidential and may contain information that is privileged or exempt from disclosure under applicable law.  If you have received it in error, please notify the sender by return email and delete this message*.

*This email (covered by the Electronic Communications Privacy Act 18 U.S.C. Section 2510-2521) is confidential and may contain information that is privileged or exempt from disclosure under applicable law.  If you have received it in error, please notify the sender by return email and delete this message*.