Ryan Q. Keech (SBN 280306)
Ryan.Keech@klgates.com
Gabriel M. Huey (SBN 291608)
Gabriel.Huey@klgates.com
Stacey Chiu (SBN 321345)
stacey.chiu@klgates.com
Rebecca Makitalo (SBN 330258)
rebecca.makitalo@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Defendant
CHECKMATE.COM INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CHECKMATE.COM, INC.,<br><br>            Defendant. | Case No. 2:25-CV-00765-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF STACEY CHIU**<br><br>[*Filed concurrently with Motion to Dismiss or Transfer Venue, Declaration of Vishal Agarwal, Declaration of Amy Brown, Request for Judicial Notice, and [Proposed] Order*]<br><br>Hearing Date: May 22, 2025<br>Time: 10 a.m.<br>Courtroom: 8B<br><br>Complaint Filed: January 28, 2025 |

509223746.3

DECLARATION OF STACEY CHIU

I, Stacey Chiu, declare as follows:

1.      I am an associate at the law firm of K&L Gates LLP, counsel for Defendant Checkmate.com, Inc. ("Defendant") in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California and am responsible for representing said Defendant in this action. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2.      On March 25, 2025, I called and left a voicemail for pro se Plaintiff Arjun Vasan to meet and confer regarding Defendant's anticipated Motion to Dismiss or, in the alternative, Transfer Venue (the "Motion"), and to discuss the possibility of resolving the issues without court intervention. That same day, I also sent Mr. Vasan an email notifying him that Defendant intended to file the Motion and briefly outlining the basis for the relief sought. A true and correct copy of that email is attached hereto as **Exhibit A**.

3.      Later that day, I spoke with Mr. Vasan by phone to discuss the Motion. Mr. Vasan stated that he would oppose the Motion and did not agree to dismiss or transfer the case—whether to New York pursuant to the forum selection clause, or to the Western District of Texas. He also stated that he disputed Defendant's position regarding the relevant facts and planned to move to transfer Checkmate's lawsuit against him, which is pending in the Supreme Court of the State of New York (see Request for Judicial Notice, Ex. A), to the Central District of California.

4.      During our call, Mr. Vasan noted that the meet and confer discussion did not take place seven days before the anticipated filing date. I acknowledged the timing and stated that, given the parties' disagreement on the underlying facts relevant to the motion and proper venue, it did not appear that additional time would have changed either party's position.  Mr. Vasan agreed.  I informed Mr. Vasan that he may contact me if he wished to continue discussing the case.

509223746.3

-2-                                                DECLARATION OF STACEY CHIU

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.  Executed this 26th day of March 2025 in Los Angeles, California.

_____

STACEY CHIU

509223746.3

-3-

# EXHIBIT A

| **From:** | Chiu, Stacey G. |
|---|---|
| **To:** | "arjun.vasan@gmail.com" |
| **Cc:** | Huey, Gabriel M.; Cohen, Kayla R.; Portillo, Amy |
| **Bcc:** | "1007265_00005__adv_ Arjun Vasan Email" |
| **Subject:** | Vasan v. Checkmate.com, Inc. (C.D. Cal. 2:25-cv-00765) [KLG-USW_ACTIVE01.FID1763388] |
| **Date:** | Tuesday, March 25, 2025 12:27:50 PM |

Mr. Vasan,

I am an attorney at K&L Gates LLP and represent Checkmate.com, Inc. in the matter you filed. I attempted to reach you by phone at the number listed in your court filings and left a voicemail, but have not heard back.

Please be advised that Checkmate intends to file a motion to dismiss your Complaint —or, alternatively, to transfer the case to a different court. We believe the case was filed in the wrong venue and that it should either be dismissed or transferred to New York, as stated in the agreements between you and Checkmate and where the related, earlier-filed action is pending, or to the Western District of Texas, where you lived and worked during your employment.

Please let me know when you're free to discuss.  Thank you.

**K&L GATES**

**Stacey Chiu**
Associate
K&L Gates LLP
10100 Santa Monica Blvd
8th Floor
Los Angeles, CA 90067
Phone: 310 552-5093
stacey.chiu@klgates.com
www.klgates.com