Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
3/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Arjun Vasan**,

        Plaintiff,

vs.

**Checkmate.com, Inc.**,

(dba "Checkmate"),

        Defendant.

Case No.: 2:25−cv−00765−MEMF−JPR

**NOTICE OF DEFENDANT'S INCOMPLETE DISCLOSURE OF INTERESTED PARTIES**

## I. INTRODUCTION

Defendant Checkmate.com, Inc. ("Defendant") has filed a Corporate Disclosure Statement that fails to disclose Tiger Global as an interested party, despite Tiger Global's substantial ownership stake in Defendant and direct pecuniary interest in the outcome of this case. This omission appears to violate Local Rule 7.1.1.

## II. UNDISCLOSED INTERESTED PARTY

Tiger Global Private Investment Partners X, LP ("Tiger Global") is a significant interested party in this litigation for the following reasons:

1. Tiger Global has a substantial ownership stake in Defendant Checkmate.com, Inc., as evidenced by their role as the lead investor in multiple financing rounds, including Defendant's seed round, Series A, and most recently, the Series B round (see Exhibits B and C).
2. At least one Tiger Global representative, Partner Griffin Schroeder, serves on Defendant's Board of Directors.
3. Tiger Global's approval was required to close the merger between VoiceBite Corporation and Defendant—the transaction at the heart of this litigation.
4. Tiger Global was the sole investor in Defendant's recent $10 million Series B funding round (see Exhibit C), which is directly relevant to Plaintiff's claims regarding unpaid bonuses tied to this financing.
5. Upon information and belief, Tiger Global participated in decisions regarding late introduced merger documents described in Plaintiff's Complaint (¶¶ 16-19), which are central to the claims in this litigation
6. Upon information and belief, Tiger Global participated in decisions regarding the financing structure that Defendant has cited as justification for withholding contractually guaranteed payments to Plaintiff.

### III. INCONSISTENT DISCLOSURE IN OTHER LITIGATION

Notably, Defendant has disclosed Tiger Global as an interested party in other federal litigation. In *Thiele v. Checkmate.com, Inc.*, Case No. 5:24-cv-00337-TES (M.D. Ga.), Defendant's Certificate of Interested Persons and Corporate Disclosure Statement filed on November 20, 2024, explicitly states:

"Tiger Global Private Investment Partners X, LP, is a private equity fund that owns more than 10% of Checkmate.com, Inc.'s stock." (Exhibit A)

This inconsistency between disclosures in different federal courts suggests that Defendant's failure to disclose Tiger Global in this action was not the result of oversight, but rather a deliberate omission.

## IV. LOCAL RULE 7.1.1 REQUIREMENTS

Local Rule 7.1.1 of the Central District of California requires parties to disclose "all persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that have a direct or indirect pecuniary interest in the outcome of the case." This requirement is broader than Federal Rule of Civil Procedure 7.1 and clearly encompasses Tiger Global given its substantial ownership stake, board membership and direct financial interest in Defendant.

## V. RELEVANCE TO PROCEEDINGS

The non-disclosure of Tiger Global as an interested party is significant because:

1. It prevents the Court from fully understanding the relationships between the parties and potential conflicts of interest.
2. It obscures potentially relevant information regarding the decision-making process behind actions central to Plaintiff's claims.
3. It may hamper Plaintiff's ability to conduct appropriate discovery regarding all parties with potential liability.
4. The inconsistent disclosure across federal courts raises concerns about Defendant's candor with this Court.

Plaintiff brings this matter to the Court's attention not to seek immediate relief but to ensure a complete and accurate record as this litigation proceeds.

## VI. EXHIBITS

Attached to this Notice are the following exhibits:

**Exhibit A**: Defendant's Certificate of Interested Persons and Corporate Disclosure Statement filed in Thiele v. Checkmate.com, Inc., Case No. 5:24-cv-00337-TES (M.D. Ga.) on November 20, 2024.

**Exhibit B**: Press release regarding Defendant's Series A financing, showing Tiger Global as lead investor.

**Exhibit C**: Press release dated October 23, 2024, regarding Defendant's $10 million Series B financing, showing Tiger Global as sole investor.

DATED: March 30, 2025

Respectfully submitted,

_____
ARJUN VASAN
Plaintiff in Pro Per

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JAMES THIELE, <br><br> Plaintiff, <br><br> v. <br><br> CHECKMATE.COM, INC., <br><br> Defendant. | Civil Action No. 5:24-cv-00337-TES |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Checkmate.com, Inc. ("Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and LR 87, of the Civil Local Rules for the Middle District of Georgia, hereby submits Defendant's Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Defendant to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff: James Thiele

- Defendant: Checkmate.com, Inc.

- Tiger Global Private Investment Partners X, LP, is a private equity fund that owns more than 10% of Checkmate.com, Inc.'s stock.

- Itsacheckmate.com Services India Private Limited: Checkmate.com, Inc.'s is a private subsidiary company of Checkmate.com, Inc. created and residing in India.

Defendant Checkmate.com, Inc. is incorporated in Delaware with its principal place of business in New York. Defendant states that Tiger Global Private Investment Partners X, LP, is a private equity fund that owns more than 10% of Checkmate.com, Inc.'s stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiff:

> Justin M. Scott
> Elaine Woo
> RADFORD SCOTT LLP
> 125 Clairemont Avenue
> Suite 380
> Decatur, GA 30030

Counsel for Defendant:

    Bradley E. Strawn
    LITTLER MENDELSON, P.C.
    3424 Peachtree Road N.E.
    Suite 1200
    Atlanta, GA 30326.1127

Respectfully submitted this 20th day of November 2024.

                                    */s/ Bradley E. Strawn*
                                    Bradley E. Strawn
                                    Georgia Bar No. 004419
                                    bstrawn@littler.com
                                    LITTLER MENDELSON, P.C.
                                    3424 Peachtree Road N.E.
                                    Suite 1200
                                    Atlanta, GA 30326.1127
                                    Telephone: 404.233.0330
                                    Facsimile:   404.233.2361

                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2024, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

Justin M. Scott
Elaine Woo
RADFORD SCOTT LLP
125 Clairemont Avenue
Suite 380
Decatur, GA 30030
jscott@radfordscott.com
ewoo@radfordscott.com

*Attorneys for Plaintiff*

/s/ Bradley E. Strawn
Bradley E. Strawn
Attorney for Defendant

1



| Latest | Conference | Podcast | White Papers | Webinars | Off-Premises University | About |

# Checkmate Completes $3 Million Series A

 

Subscribe



Checkmate has a fresh $3 million in the bank that will go toward a deeper technology bench but also help expand the company's big differentiator in its competitive set: taking on the third-party headache.

"We want to create a platform that integrates all the online order platforms in a very easy way to all the different point of sale (POS) providers, but we don't just want to create the tech platform," said founder and CEO Vishal Agarwal. "We want a tech platform that's backed by customer service."

Agarwal said as the company has grown, support infrastructure has become especially important as third-party services change how they integrate with restaurant and POS brands.

He said it's become a key feature for both large and small companies. Large networks, like Checkmate's partner Five Guys, just want a clear idea of who to call when something goes wrong when sending an order to the POS or kitchen printer.

"One of the things I learned from Five Guys (is) they said, 'The tech piece is great, but we really love the service component,'" said Agarwal. "For example, if an order does not go through and there's a direct integration, who does the operator call? In our case, we take full responsibility for that."

And with DoorDash and other third-party firms doing their own integrations with large partners, Agarwal said he's focused on just removing the headaches for players.

"For the enterprise customers, they can do the integration, but what about the smaller players in the space, what about the small business space, they don't have the capability to do that. When we are doing the integrations, we are working on it with that very clear mindset that we have to work with anyone of any size or any scale," said Agarwal.

**Tiger Global's two deals**

That goal for a frictionless digital ordering and delivery experience meant a successful series A round, lead by Tiger Global, which has been active in the space. The global investor also led a Series F round for Instacart just three days later. Tiger is watching for further integrations, and the funding will empower Checkmate to push further into the POS market. Currently, Checkmate covers nine of the most popular POS platforms, but will be adding five more this month and will accelerate that work with more engineers as well as a deeper support staff. Given that there are as many as 120 POS brands and major variants, there's a lot of white space.

Agarwal said that white space and the interest in Checkmate has changed his idea of an end game for the company.

"If you had asked me a year ago, I'd say, 'Yeah I think we'll probably get acquired by a POS or third-party company.' But given the interest we've seen, I truly believe we have a space of our own, we don't need to find a home; we can create our own home," said Agarwal.

And he's quite at home fixing the issues across the industry from accounting, menu management, calculating profits and all the other issues that pop up when looking at the industry "holistically."

"The delivery space is growing so rapidly that nobody has time to fix the problems that are being faced by these operators, they're all focused on the land grab. And the POS providers don't have time to keep up, so there's a basic disconnect that's happening. So we think we're uniquely positioned to solve these problems that are being ignored or overlooked," said Agarwal. "We're loving the problems this industry is throwing out."

**Related Posts:**

1. **Checkmate Steps Out With a New Identity and Expanded Ordering Solutions**
2. **ItsaCheckmate Founder: In Turbulent Times, 'We're the plane that has landed'**
3. **ItsaCheckmate Dives into Details of Inspire Brands Investment**
4. **ItsaCheckmate Expands Platform with Open Tender Acquisition**

## Keep up with Food On Demand!

Subscribe to our newsletter to receive the latest industry news and updates.

First Name

Last Name

Email

**Demographic Information**

Franchisee

Franchisor

Independent Restaurant

Allied to the Industry

SUBSCRIBE!






SUBSCRIBE

# Checkmate Secures $10 Million in Series B Funding

**OCT 23** 2024

News        Share:

Checkmate, a leading provider of unified ordering solutions for enterprise restaurants, announced that it secured $10 million in Series B funding, led by Tiger Global. The round will enable Checkmate to accelerate the adoption of its voice AI and kiosk technologies across the industry and deliver the custom experience brands need. Checkmate has already developed world-class expertise in integrating digital orders into restaurant point-of-sale (POS) systems. This foundation serves as a critical advantage in entering these new business segments.

Checkmate offers best-in-class phone ordering and drive-thru AI solutions to some of the country's largest brands, all seamlessly integrated with their POS. The core business is profitable, and this additional round was raised primarily to bring these breakthrough technologies to mid-market and enterprise brands.

"With this investment, we're doubling down on our development of the technologies that are helping restaurants scale their operations, grow digital revenue, and improve efficiency," said Vishal Agarwal, Founder and CEO of Checkmate. "We are at the forefront of bringing voice AI to the restaurant space, given our existing network of customers and POS integrations. With Tiger Global's support, we will continue leading the charge in transforming the restaurant experience."

Securing Checkmate's Series B round underscores the company's ability to provide technology to restaurant brands at scale efficiently. With restaurant brands under pressure to meet the demands of digital-savvy customers, Checkmate empowers enterprises to launch unique ordering experiences, recapture lost revenue, and stay ahead of market trends. The company's solutions offer an unparalleled level of customization and adaptability, ensuring restaurants are prepared for whatever the future holds.