Arjun Vasan

12615 193rd Street

Cerritos, CA 90703

(562) 900-6541

arjun.vasan@gmail.com

Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>                Plaintiff,<br><br>   v.<br><br>CHECKMATE.COM, INC<br>(dba "Checkmate"),<br><br>                Defendant. | Case No.: 2:25-CV-00765-MEMF-JPR<br><br>**PROOF OF SERVICE OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE** |

I, Arjun Vasan, am a party to this action and am representing myself in this matter. Due to technical issues with the CM/ECF system, I filed my Opposition to Defendant's Motion to Dismiss or Transfer through the Court's EDSS system on April 9, 2025. My contact information is as follows:

    Arjun Vasan

    12615 193rd Street

    Cerritos, CA, 90704

    Phone: (562) 900-6541

1

Email: arjun.vasan@gmail.com

On April 9, 2025, after filing via EDSS, I served the following documents:

1. Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss or Transfer
2. Declaration of Arjun Vasan
3. Declaration of Latha Vasan
4. Request for Judicial Notice
5. Exhibits A-J, M, N, O, P and Q and all supporting materials referenced therein.
6. [Proposed] Order Denying Motion to Dismiss or Transfer

on the following counsel of record via electronic mail:

Stacey Chiu

K&L Gates LLP

Email: Stacey.Chiu@klgates.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully Submitted,

Dated: **Friday, April 11, 2025**

**Arjun Vasan**

Plaintiff In Pro Per