1  Arjun Vasan
2  arjun.vasan@gmail.com
3  12615 193rd Street
4  Cerritos, CA 90703
5  562-900-6541
6  Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**,<br><br>        Plaintiff,<br><br>vs.<br><br>**Checkmate.com, Inc.**,<br>(dba "Checkmate"),<br><br>        Defendant. | Case No.: 2:25−cv−00765−MEMF−JPR<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE** |

Plaintiff Arjun Vasan, proceeding *pro se*, hereby submits this Notice of Errata regarding Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss or Transfer Venue, filed with this Court on April 09, 2025.

Plaintiff respectfully requests that the following corrections be noted:

    1.    Page 1, line 6: Remove the phrase "from."

    2.    Page 2, line 2: Correct "Ex. E" to read "RJN, Ex. E."

3. Page 2, line 17: Correct citation from "Vasan Decl." to "Vasan Decl. ¶5."

4. Page 9, line 16: Correct reference from "Ex. XX" to "Ex. R."

5. Page 9, line 23: Correct citation "¶¶15-19, 104-127" to accurately reflect intended paragraphs.

6. Page 9, line 25: Correct citation from "Vasan Decl. ¶XX" to "Vasan Decl. ¶25-26."

7. Page 10, line 8: Remove the extraneous period after "Vasan Decl. ¶¶4-6."

8. Page 21, footnote 34: Correcting erroneous identifiers "K (1., 2., 3.)" and to ensure correct labeling of Exhibits I, J, and H.

9. Page 22, line 9: Correct exhibit reference from "Ex. FC" to "Ex. F."

10. Page 23, lines 8–9: Delete incorrect reference "Exhibit W" following mention of Pietari Grohn.

11. Page 23, line 15: Correct reference to accurately reflect "Exhibit Q."

Plaintiff respectfully requests that the Court and the parties take notice of these corrections in consideration of the Plaintiff's memorandum. Plaintiff has attached the corrected Memorandum for the convenience of all parties and the Court.

|     |                                   |                           |
| --- | --------------------------------- | ------------------------- |
| 1   |                                   | Respectfully Submitted,   |
| 2   | Dated: **Monday, April 14, 2025** |                           |
| 5   |                              By:  | *Arjun Vasan*             |
| 6   |                                   | Arjun Vasan               |
| 7   |                                   | Plaintiff In Pro Per      |