Docusign Envelope ID: 77337A4A-B869-4C5C-849E-537279B15DDE

FILED

CLERK, U.S. DISTRICT COURT

4/9/25

CENTRAL DISTRICT OF CALIFORNIA

BY ____CS____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Arjun Vasan**,

        Plaintiff,

    vs.

**Checkmate.com, Inc.**,

(dba "Checkmate"),

        Defendant.

Case No.:  2:25−cv−00765−MEMF−JPR

**DECLARATION OF LATHA VASAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE**

**I, Latha Vasan, declare as follows:**

1.  I am a resident of Cerritos, California, over eighteen years of age and have direct, personal knowledge of the facts and matters set forth herein. If called to testify in a court of law, I could and would testify competently and truthfully to these facts based on my personal knowledge. I submit this declaration as Arjun Vasan ("Arjun")'s Mother.

2.  I have lived in Cerritos for approximately thirty years, during which time I have served as a community leader in various capacities: as property commissioner, as a Yoga instructor and as a Boy Scout (now "Scouts of America") leader at the regional level and more.

3.  Arjun has participated in my activities and contributed significantly to my community.

1

Docusign Envelope ID: 77327A4A-B869-4C5C-849E-537279B15DDE

4.  I can vouch for Arjun's residency in California for at least 25 years, including at least 12 of those years in Cerritos—where I am a home owner—and many years in the Bay Area.

5.  Near the end of February, 2024, while negotiating the Checkmate merger, Arjun moved from Cupertino back to Cerritos, where he now stays with me at our family residence.

6.  The period between March to April, when the acquisition closed, was an intense one for Arjun. Arjun's VoiceBite cofounder Christopher Lam ("Chris") from March 2 to March 29th and I often overheard shouting matches as the team pushed towards closing the deal.

7.  After he joined Checkmate, Arjun remained in Cerritos until early August, when he saw an opportunity to stay with his brother, who lives in Midland, Texas. Arjun noted that Checkmate was fully remote so he could work "from anywhere", and he may not get this chance again. He left for Midland on or about August 3rd, 2024.

8.  At the end of September, Arjun returned to Cerritos. I could see that he was exhausted, working all hours of the day and all days of the week. He has remained here since then.

9.  During the month of October 2024, I could see Arjun's mental health was declining. He rarely left his computer, and was worried about an important demo with Popeye's.

10. On or about October 20, 2024, Arjun began suffering from panic attacks. He passed out and I had to call for emergency medical assistance on October 22nd. He entered inpatient care at a facility in Costa Mesa, California on October 23rd.

11. On or about November 14th, I received a call from Arjun, indicating that he had been terminated. Me and Arjun's father drove out to the facility. He was clearly in shock, but expressed relief that the team had negotiated certain guaranteed compensation and severance so he would be able to move forward. Unfortunately that has not been the case.

12. Since his termination, Arjun has been despondent. This Voice AI project was of utmost importance to him and he put his life into it. The VoiceBite team were his close friends, and the isolation from them has been debilitating.

13. I further attest that if this case is transferred to New York or Texas, it would cause immense strain on Arjun at a time in which he needs stability to get back on his feet.

2

DECLARATION OF LATHA VASAN

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on **Wednesday, April 9, 2025**,.

DocuSigned by:

B89863A2389A49E...

Latha Vasan

DECLARATION OF LATHA VASAN