| | |
|---|---|
| 1 | Ryan Q. Keech (SBN 280306) |
| | Ryan.Keech@klgates.com |
| 2 | Gabriel M. Huey (SBN 291608) |
| | Gabriel.Huey@klgates.com |
| 3 | Stacey Chiu (SBN 321345) |
| | stacey.chiu@klgates.com |
| 4 | Rebecca Makitalo (SBN 330258) |
| | rebecca.makitalo@klgates.com |
| 5 | K&L GATES LLP |
| | 10100 Santa Monica Boulevard |
| 6 | Eighth Floor |
| | Los Angeles, California 90067 |
| 7 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 8 | |
| 9 | Attorneys for Defendant |
| | CHECKMATE.COM INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARJUN VASAN, | Case No. 2:25-CV-00765-MEMF-JPR |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF GABRIEL M. HUEY** |
| CHECKMATE.COM, INC., | |
| Defendant. | |

509311570.1

Case 2:25-cv-00765-MEMF-JPR   Document 31   Filed 04/16/25   Page 2 of 2   Page ID #:581

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD, PLEASE TAKE NOTICE** that Defendant CHECKMATE.COM, INC hereby files this Notice of Appearance of Gabriel Huey of K&L Gates LLP. K&L Gates LLP represents Defendant CHECKMATE.COM, INC. in this matter.

The contact information for Gabriel Huey is as follows:

Gabriel Huey (SBN 291608)
Gabriel.Huey@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

As of the date of this notice, the above listed serve as attorneys of record for Defendant CHECKMATE.COM, INC in this matter.

Dated: April 16, 2025     By: _____
Ryan Keech
Gabriel Huey
Stacey Chiu
Rebecca Makitalo

K&L GATES LLP

Attorneys for Defendant
CHECKMATE.COM INC.

509311570.1

2
NOTICE OF APPEARANCE OF GABRIEL M. HUEY