1  Arjun Vasan
2  12615 193rd Street
3  Cerritos, CA 90703
4  (562) 900-6541
5  arjun.vasan@gmail.com
6  Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>                    Plaintiff,<br><br>   v.<br><br>CHECKMATE.COM, INC<br>(dba "Checkmate"),<br><br>                    Defendant. | Case No.: 2:25-CV-00765-MEMF-JPR<br><br>**NOTICE OF WITHDRAWAL OF EX-PARTE APPLICATION FOR PROTECTIVE ORDER; CERTIFICATE OF SERVICE**<br><br>Complaint Filed: January 28th, 2025 |

**TO THE HONORABLE COURT:**

    Plaintiff hereby withdraws his *Ex Parte* Application for a Protective Order (Dkt. 34), an inadvertent filing. He will refile the same request as a noticed motion under Federal Rule of Civil Procedure 26(c).

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   | Respectfully Submitted, |
| 4 |   |   |
| 5 |   | *Arjun Vasan* |
| 6 | Dated: **Friday, April 18, 2025** | ──────────────── |
| 7 |   | **Arjun Vasan** |
| 8 |   | Plaintiff In Pro Per |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2025, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION FOR PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record registered for electronic service.  I further certify that I emailed a copy of the same to:

- Gabriel M. Huey (gabriel.huey@klgates.com)

- Stacey Chiu (stacey.chiu@klgates.com)

Dated: April 18, 2025