Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**, <br>       Plaintiff, <br> vs. <br> **Checkmate.com, Inc.**, <br> (dba "Checkmate"), <br>       Defendant. | Case No.: 2:25−cv−00765−MEMF−JPR <br><br> **REQUEST FOR JUDICIAL NOTICE THAT RESIGNATION AFTER TERMINATION IS A LEGAL IMPOSSIBILITY — AND THAT TIME DOES NOT MOVE BACKWARD** |

Plaintiff respectfully requests judicial notice of the axiomatic principle that once an employer terminates an employee, the employment relationship is immediately and irrevocably severed. A resignation submitted after being terminated is legally meaningless—there is no position left from which to resign.

Judicial notice is proper under Federal Rule of Evidence 201(b)(1), as this principle is generally known within this Court's territorial jurisdiction. It is also proper under Rule 201(b)(2), as the

factual sequence at issue is readily verifiable through timestamped communications, recorded transcripts, and universally accepted temporal logic.

In this case, Plaintiff was explicitly terminated during a recorded Zoom meeting on the morning of November 14, 2024. That meeting was transcribed in real time and summarized by the meeting software Fathom.video, which automatically issued a summary to all participants, timestamped at 8:13 a.m. The emailed summary, full verbatim transcript, and accompanying screenshots appear in Plaintiff's Opposition at ECF No. 27, Exhibits H, I, and J.

In contrast, Defendant's allegation that Plaintiff "resigned" is based on a single email sent at 9:56 a.m. the same day—more than an hour after the recorded termination. This email is attached to Defendant's Motion to Dismiss or Transfer at ECF No. 18, Agarwal Declaration, Ex. F.

**Accordingly, Plaintiff also respectfully requests that the Court take judicial notice that time moves in a forward direction, and that the clock strikes each hour but once per day.**

Respectfully Submitted,

**Dated**: Wednesday, April 23, 2025

*By:* *Arjun Vasan*

**Arjun Vasan**
Plaintiff In Pro Per