Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**, <br> Plaintiff, <br> vs. <br> **Checkmate.com, Inc.**, <br> (dba "Checkmate"), <br> Defendant. | Case No.: 2:25−cv−00765−MEMF−JPR <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF ORDER STRIKING PRIOR COMPLAINT IN CASE NO. 2:24-CV-11116-UA AND DEFENDANT'S IMPROPER CITING THEREOF IN ITS REPLY** |

**TO THE HONORABLE COURT:**

Plaintiff Arjun Vasan respectfully requests that the Court take judicial notice of the following adjudicative fact pursuant to Federal Rule of Evidence 201(b)(2):

1. The Order entered by the Honorable Dolly M. Gee on January 30, 2025, in Vasan v. Checkmate.com, Inc., Case No. 2:24-cv-11116-UA, granting Plaintiff's motion to strike

1

the complaint—which was voluntarily dismissed—in its entirety. A true and correct copy of the Order is attached hereto as Exhibit A.

Judicial notice is appropriate because federal courts may take notice of "matters of public record," including docket entries and orders in other proceedings. See *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

The Order is relevant to Defendant's Reply in Support of its Motion to Dismiss or Transfer Venue (ECF No. 32), which cites a prior version of Plaintiff's complaint and argues it constitutes a binding admission. See Reply at 3, footnote 5. However, that document was subsequently struck from the record in its entirety by court order in Vasan v. Checkmate.com, Inc., Case No. 2:24-cv-11116-UA (ECF No. 6, Jan. 30, 2025).

Judicial notice is necessary to clarify the status of that stricken pleading and prevent further reliance on it in the record. Absent notice, Defendant may continue to improperly reference that complaint in future filings, despite its legal nullity.

Accordingly, Plaintiff respectfully requests that the Court take judicial notice of the January 30, 2025, Order striking the complaint filed in Case No. 2:24-cv-11116-UA.

Respectfully Submitted,

**Dated**: Wednesday, April 23, 2025

By: *Arjun Vasan*

**Arjun Vasan**
Plaintiff In Pro Per

# EXHIBIT A

Case 2:25-cv-00765-MEMF-JPR     Document 44     Filed 04/23/25     Page 3 of 4     Page ID
#:821

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | CV 24-11116-UA | Date | January 30, 2025 |
|---|---|---|---|
| Title | *Arjun Vasan v. Checkmate.com Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE [5]**

On December 23, 2024, Plaintiff Arjun Vasan, who proceeds *pro se*, filed a complaint, but he failed to pay the required filing fee or, alternatively, submit a request to proceed *in forma pauperis*. [Doc. # 1.]  As a result, judges were not assigned to the case and the Clerk's Office notified Vasan that, within 30 days, he must either pay the filing fee or submit a request to proceed *in forma pauperis* or his case would be dismissed. [Doc. # 2.] On January 22, 2025, Vasan filed two notices of dismissal dismissing the action in its entirety without prejudice, and the case was closed.  [*See* Doc. ## 3, 4.]  The dismissal was effective without a court order as Defendants had not served an answer or motion for summary judgment.  Fed. R. Civ. P. 41(a)(1).

Vasan has also filed a motion to strike the complaint.  [Doc. # 5 ("Mot.").][1]  Vasan asserts the complaint was inadvertently filed and contains materials that Vasan does not wish to be part of the court record.  *Id.* at 2.  Vasan seeks to strike the complaint to avoid any unnecessary confusion or prejudice and requests expedited review of his motion.  *Id.*  Striking the complaint is largely redundant as Vasan has dismissed the action in its entirety.  Nonetheless, good cause appearing due to Vasan's representation regarding the inadvertent mistake and prompt request to strike, the Court **GRANTS** the motion.  The complaint is **HEREBY STRICKEN**.  The case shall remain closed.

**IT IS SO ORDERED**.

---

[1] Vasan refers to the document that he seeks to strike as the "document filed on December 26, 2024, titled '*Arjun Vasan v. Checkmate.com Inc. et al.*'"  Mot. at 1.  (All page references herein are to page numbers inserted by the CM/ECF system.)  Although the complaint was filed on December 23, not December 26, the Court presumes Vasan is referring to the complaint.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|