Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**, | Case No.:  2:25−cv−00765−MEMF−JPR |
| Plaintiff, | Hon. Maame Ewusi-Mensah Frimpong |
| vs. | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE RE: CENTRAL ROLE OF PLAINTIFF'S CALIFORNIA BASED SUPERVISOR, MICHAEL BELL, IN THIS DISPUTE** |
| **Checkmate.com, Inc.**, | |
| (dba "Checkmate"), | |
| Defendant. | Hearing date: June 5th, 2025 |
| | Time: 10 am |
| | Complaint Filed: January 28, 2025 |

**TO THE HONORABLE COURT:**

Plaintiff respectfully requests that the Court take judicial notice of the following facts pursuant to Federal Rule of Evidence 201(b)(2):

**I. FACTS SUBJECT TO NOTICE**

1

1. Mr. Bell is referenced by name **41 times** in Plaintiff's operative Complaint — more than any other individual aside from Plaintiff himself. (See ECF No. 10). This count is based on a word-search count of the PDF using standard text-search functionality. The Court may take notice of the frequency of mentions, not the truth of the paragraphs that mention Bell.

2. Public press releases issued by Defendant and its affiliates in connection with the acquisition of the VoiceBite team quote Mr. Bell in his capacity as a senior strategic executive and identify him as a spokesperson for the transaction. (See Exhibit A). The Court may take notice of the press release not for the truth of its contents but for its existence, date of posting and that Michael Bell is quoted.

## II. PREVIOUSLY NOTICED FACTS

Plaintiff has previously requested judicial notice of the following documents, which are incorporated here by reference for context and continuity only. Plaintiff does not seek renewed notice of these materials:

1. SEC filings submitted to the United States Securities and Exchange Commission identifying Michael Bell as a senior executive of Defendant Checkmate.com, Inc., and describing him as a long-time resident of Southern California, with a listed business address in Manhattan Beach. (See ECF No. 27, Ex. E).

2. Mr. Bell's professional biography on LinkedIn confirming his executive affiliation with Checkmate.com, Inc., identifying his location as the Greater Los Angeles Area, and listing over 40 mutual professional connections with Plaintiff, including former VoiceBite co-founders Robert Nessler and Christopher Lam. (See ECF No. 27, Ex. E).

## III. RELEVANCE TO PENDING VENUE MOTION

These facts are relevant to the pending motion regarding venue and forum selection because they establish the central role of a California-based supervisor in the employment relationship at issue. Mr. Michael Bell served as Plaintiff's direct supervisor during Plaintiff's

employment at Checkmate, as documented in his Complaint (ECF No. 10, ¶¶ 13, 15–17, 19, 23, 25, 30, 36–37, 43, 46, 56, 105–106, 114, 117, 120–122, 126) and in his declaration. (ECF No. 27-1, ¶¶ 3, 5). The frequency with which Mr. Bell is referenced in the operative Complaint (41 times) objectively demonstrates his centrality to the factual allegations underlying this dispute, creating a substantial California nexus.

Bell's lack of a sworn declaration in support of Defendant's Motion to Dismiss or Transfer (ECF No. 18) or its Reply (ECF No. 32), despite being a key figure in the underlying events, further demonstrates his potential importance as a witness located in California

The Court may properly take judicial notice of the number of references to Mr. Bell in Plaintiff's Complaint as this is an objectively verifiable fact from the Court's own records.

## IV. LEGAL STANDARD FOR NOTICE

Judicial notice is proper under Federal Rule of Evidence 201(b)(2) because the above facts are derived from court records, public press releases, and the observable content of filings already submitted to this Court, all of which are not subject to reasonable dispute and are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. See *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (courts may take judicial notice of matters of public record).

The objective fact that a particular individual is frequently referenced in pleadings is something courts can notice as it relates to the content of their own records. See *U.S. v. Author Services*, 804 F.2d 1520, 1523 (9th Cir. 1986) (courts may take judicial notice of their own records).

## V. DECLARATION OF ARJUN VASAN

I, Arjun Vasan, declare as follows:

1. I am the Plaintiff in this action, appearing in pro per. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, could and would testify competently to them under oath.

2. Attached hereto as Exhibit A is a true and correct copy of a press release titled "Checkmate Acquires VoiceBite, Giving Restaurants an Integrated Voice AI Solution for Phone Ordering, Drive-Thru, and Whatever Comes Next," dated May 8, 2024. I obtained this document from the publicly available website PRWeb.com, a recognized public newswire service, at the following URL:

> https://www.prweb.com/releases/checkmate-acquires-voicebite-giving-restaurants-an-integrated-voice-ai-solution-for-phone-ordering-drive-thru-and-whatever-comes-next-302139563.html

3. I accessed and downloaded the press release on April 23, 2025, for purposes of submitting it in support of my Request for Judicial Notice filed concurrently herewith.

4. I am informed and believe, based on my review of the PRWeb.com website and its business practices, that it is a reputable source of press releases issued by companies and disseminated through public wire distribution services.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                        Respectfully Submitted,

**Executed on**: Thursday, April 24, 2025,

In Cerritos, CA                          */s/ Arjun Vasan*

                    *By:*    _____

                                        **Arjun Vasan**
                                        Plaintiff In Pro Per

# EXHIBIT A

<span style="color:red">Exhibit A - Michael Bell Press Release</span>

# Checkmate acquires VoiceBite, giving restaurants an integrated voice AI solution for phone ordering, drive-thru, and whatever comes next

---

NEWS PROVIDED BY
**Checkmate**
May 08, 2024, 18:25 ET

---



Checkmate Logo

Acquiring VoiceBite helps brands build smarter solutions in one of the fastest-growing areas of restaurant technology, improving operations and driving sales.

NEW YORK CITY, N.Y., May 8, 2024 /PRNewswire-PRWeb/ -- **Checkmate**, a leading restaurant ordering solutions provider, today announced it acquired **VoiceBite**, a voice AI company that automates the restaurant ordering process with a better-than-human experience. Their solution is built from the ground up using advanced Large Language Models (LLMs) that power today's AI solutions, giving them the ability to learn and iterate faster. Today, VoiceBite has been able to handle over 95% of voice-ordering scenarios without human intervention.

Exhibit A - Michael Bell Press Release

**"After collaborating with their team, we realized coming together would allow us to deliver exponentially more value through seamless, conversational AI ordering across all channels. This unification will rapidly accelerate voice AI development for restaurants."**

[ ✕  Post this ]

was designed to use the restaurant's existing phone number, integrate with the POS, and get up and running in days. The plug-and-play setup requires zero staff training. As a part of the Checkmate platform, VoiceBite's technology will help restaurants reduce operational expenses, expedite order fulfillment, and boost profit margins.

Voice AI as a whole is still a relatively new technology, and many solutions on the market are built on older data models that aren't designed to interact with customers naturally as humans would. By acquiring VoiceBite, Checkmate also removes a layer of friction, allowing brands to offer AI ordering experiences through a unified platform, making it easy to go live in days, not months, and instantly track customer data alongside other channels.

Key benefits

Seamless integration & implementation: Checkmate's expertise in menu management and POS integrations means adding voice AI is straightforward, so your staff can focus on more high-value tasks.

Smart upselling: VoiceBite's upselling engine suggests the perfect add-on item based on the customer's order. The customizable feature is tailored for the highest conversion rate items, giving brands a reliable way to increase ticket size.

Context-aware: Intelligently interprets vague requests, like choosing the largest size of wings (as opposed to 100 wings) or recalling past preferences during a call, allowing customers to order as they normally would at the restaurant.

Multilingual human voices: Use voices with the friendly and engaging tone of your best employee with support for multiple languages to expand your reach. Gone are the days of robotic monotone voices and lifeless conversations.

## Exhibit A - Michael Bell Press Release

Natural cadence: VoiceBite's AI seamlessly handles interruptions mid-conversation, addressing customers' immediate requests and continuing the order for an intuitive experience.

Text ordering & payment: This feature facilitates easy order placement and secure payments via text, adding another layer of convenience to make the ordering process even faster.

Hands-on support: With VoiceBite now part of Checkmate, you get the same reliable customer service and 24/7 support to answer questions, resolve issues, and keep operations running smoothly.

"Acquiring VoiceBite allows us to provide a truly unified ordering experience for our restaurant partners," said Mike Bell, Checkmate's Chief of Strategy. "By integrating voice AI capabilities directly into our platform, restaurants can now offer seamless phone ordering and drive-thru (coming Q4 2024) alongside their other digital channels. This improves operational efficiency while delivering the exceptional service that keeps customers coming back."

"We're thrilled to join Checkmate and combine our advanced voice AI ordering with their solutions and integrations," said Robert Nessler, Founder & CEO of VoiceBite. "After collaborating with their team, we realized coming together would allow us to deliver exponentially more value through seamless, conversational AI ordering across all channels. This unification will rapidly accelerate voice AI development for restaurants."

With this acquisition, Checkmate further solidifies its position as an industry leader in the restaurant technology space. Restaurants using Checkmate gain access to an all-in-one platform powered by advanced voice AI, ensuring a consistent ordering experience no matter how their customers choose to engage. As the digital landscape evolves based on consumer demand and market forces, Checkmate will continue to expand its solutions to help brands grow their businesses however they choose.

About Checkmate

# Exhibit A - Michael Bell Press Release

Checkmate empowers enterprise restaurant brands with powerful ordering solutions and hands-on support. Our scalable technology enables restaurants to drive sales across channels, including custom websites, apps, kiosks, catering, third-party marketplaces, voice AI, and more. With seamless integrations, smarter analytics, and 24/7 service, Checkmate helps brands conquer their digital goals. Restaurants can launch unique ordering experiences, centrally manage menus, recapture revenue, leverage customer data, and continually adapt with new integrations. Regardless of how you want to grow, Checkmate has the tools and guidance to power, manage, and evolve your digital business. Learn more at itsacheckmate.com.

About VoiceBite

With over 20 years of combined experience in the Voice AI restaurant space on the phone and in the drive-thru. The VoiceBite team has developed voice automation products in previous ventures that are live in hundreds of QSRs, seamlessly processing millions of orders. The VoiceBite team is driven by the mission to leverage AI and automate the ordering process with a better-than-human experience. Brands using their offerings to reduce expenses, increase operational efficiency, and boost margins with seamless service that never misses a beat.

**Media Contact**

Jay Brasher, Champion MGT, 1 8064379583, **jbrasher@championmgt.com**, **https://www.itsacheckmate.com/**

SOURCE Checkmate

https://www.prweb.com/releases/checkmate-acquires-voicebite-giving-restaurants-an-integrated-voice-ai-solution-for-phone-ordering-drive-thru-and-whatever-comes-next-302139563.html