Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**,<br>　　　　Plaintiff,<br>　　vs.<br>**Checkmate.com, Inc.**,<br>(dba "Checkmate"),<br>　　　　Defendant. | Case No.:  2:25−cv−00765−MEMF−JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**PLAINTIFF'S NOTICE OF NON-OBJECTION REGARDING DEFENDANT'S DECLARATIONS AND EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER**<br><br>Hearing date**: June 5th, 2025**<br>Time**: 10 am**<br>Complaint Filed: January 28, 2025 |

**TO THE HONORABLE COURT:**

　　Plaintiff Arjun Vasan respectfully submits this notice of non-objection regarding Defendant's declarations and evidentiary submissions. Plaintiff has previously asserted, and continues to maintain, that Defendant's Reply (ECF 32) and associated material are improper, untimely and should be struck from this courts record if Plaintiff is not permitted a response.

However, at this time, Plaintiff declines to file formal evidentiary objections to any declarations or exhibits in support of Defendant's motion to dismiss or transfer venue. Plaintiff believes that the credibility, admissibility, and internal contradictions of Defendant's declarations are more appropriately addressed through substantive engagement rather than rote objections.

Plaintiff expressly reserves all rights to contest the admissibility, accuracy, credibility, and weight of Defendant's evidence at the appropriate stage of proceedings. Nothing in this notice should be construed as a concession of any fact asserted in Defendant's declarations.

Respectfully Submitted,

Dated: **April 26, 2025**

By: */s/ Arjun Vasan*

**Arjun Vasan**
Plaintiff In Pro Per