Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Arjun Vasan**,

        Plaintiff,

    vs.

**Checkmate.com, Inc.**,

(dba "Checkmate"),

        Defendant.

Case No.:  2:25−cv−00765−MEMF−JPR

Hon. Maame Ewusi-Mensah Frimpong

**PLAINTIFF'S DECLARATION IN RESPONSE TO THE DECLARATION OF STACEY CHIU IN RESPONSE TO THE ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH L.R. 7-3**

Complaint Filed: January 28, 2025

**TO THE HONORABLE COURT:**

I, Arjun Vasan, declare as follows:

1. I am the Plaintiff in the above-captioned action. I submit this declaration in response to Defendants' anticipated motion to strike several Requests for Judicial Notice ("RJNs") and a procedural notice I filed, and to clarify the record regarding our meet and confer communications. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

1

REQUEST FOR JUDICIAL NOTICE

2. This declaration also responds to ¶ 8 of the Declaration of Stacey Chiu (ECF 52), which characterizes the March 25 meet and confer as meaningful and complete and asserts that "subsequent filings" confirm ample opportunity to present arguments and evidence.

3. Today, April 29, 2025, we held a substantive meet and confer after my outreach regarding a forthcoming Motion for Leave to Amend I intend to file. In response, Ms. Chiu asserted that Checkmate intended to file a Motion to Strike my RJNs and other "subsequent filings".  I was relatively satisfied with today's timely meet-and-confer, a noticeable difference from call referenced by Ms. Chiu on March 25, 2025.

4. In response to my assertions that the RJNs were not only proper, but necessary to respond to completely unexpected misrepresentations Checkmate proceeded to make in the Motion and later Reply, Ms. Chiu stated it was K&L Gates job to "zealously represent" their client irrespective of truth and claimed Litigation Privilege provided immunity from even fraud upon the court, citing California Supreme Court. Her words, not mine.

5. I do not dispute that litigation privilege is robust, but I leave it to the Court to determine whether a privilege meant to enable fair advocacy, should be used in this case in an overt attempt to chill advocacy and evade Jurisdiction—and to what this reliance says about the general truthfulness of Checkmate and its Counsel, K&L Gates, in these proceedings.

6. Ms. Chiu's statement today that Checkmate may seek sanctions under Rule 11 due to my "subsequent filings" — which include the very RJNs she references as evidence that I had a full opportunity to be heard — is plainly contradictory. Checkmate cannot rely on these filings as evidence that I have been adequately heard while simultaneously characterizing them as sanctionable. Either they were proper filings made in the normal course of litigation, or they were not. They cannot be both.

7. This contradiction goes to the heart of ¶ 8 of Ms. Chiu's declaration. It is fundamentally inconsistent to argue that I had an opportunity to raise facts and arguments through filings that, in the same breath, Checkmate argues were procedurally improper and grounds for sanctions. This undermines the credibility of their procedural arguments and reflects an intent to suppress rather than resolve the factual issues before the Court.

2

REQUEST FOR JUDICIAL NOTICE

8. Out of respect for the Court and the meet and confer process, I have already offered to streamline the RJNs into a consolidated form, and to remove any arguably argumentative language by end of day April 30, 2025. However, I have not and do not intend to withdraw the substance of any factual item I requested the Court to notice, nor do I believe such requests were improper under Federal Rule of Evidence 201.

9. Attached hereto as Exhibit A is a true and correct copy of my email initiating the April 29, 2025, meet and confer, as well as Ms. Chiu's separately sent response, which includes an assertion that my "subsequent filings" are improper and sanctionable. Attached as Exhibit B is a screenshot of Paragraph 8 of Ms. Chiu's declaration, which relies on the same filings as evidence that I had a full opportunity to present my position.

10. I will leave it to the Court to determine whether Ms. Chiu's response is adequate. I have not asked for sanctions, for any filing to be struck or even objected to any filing or statement made by Checkmate and its counsel. While I reserve all rights to do so, my preference is to engage with questionable statements rather than block them.

11. Moreover, I do not hold Ms. Chiu solely responsible for this failure or for her Client's and KL Gates' ambush strategy. I have been in communication with many of the at least six attorneys representing Checkmate, and any of them could have and should have kept an eye on procedural timelines including compliance with L.R. 7-3. That they did not speaks to a systemic failure, more than any individual failure of Ms. Chiu, who has been—by and large—courteous and respectful compared to any of the others.

12. Accordingly, if the Court deems sanctions appropriate, I respectfully request that they be imposed on K&L Gates LLP and Checkmate, rather than on Ms. Chiu personally.

13. That said, I would much prefer a remedy that grants my leave to file a sur-reply and pre-empts any motion to strike my RJNs on estoppel grounds. I believe this would serve the interests of fairness and judicial efficiency more than any punitive measure.

14. Equally important, given Defendants' pervasive misrepresentations necessitating my numerous filings, is reaffirming that *candor* and *truthfulness* are valued in this Court, and that intentional obfuscation will not be rewarded.

3

REQUEST FOR JUDICIAL NOTICE

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Respectfully Submitted,

**Executed on**: April 29, 2025,

In Cerritos, CA

*/s/ Arjun Vasan*

By: _____

**Arjun Vasan**
Plaintiff In Pro Per

REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A

 Arjun Vasan <arjun.vasan@gmail.com>

# Meet-and-Confer re: Motion for Leave to File Second Amended Complaint — Vasan v. Checkmate.com, Inc., Case No. 2:25-cv-00765-MEMF-JPR

4 messages

**Arjun Vasan** <arjun.vasan@gmail.com>                                  Sun, Apr 27, 2025 at 9:19 AM
To: "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>

Gabriel, Stacey,

Pursuant to Local Rule 7-3, I write to initiate the required conference regarding my forthcoming Motion for Leave to File a Second Amended Complaint ("SAC") in *Vasan v. Checkmate.com, Inc.*, Case No. 2:25-cv-00765-MEMF-JPR (C.D. Cal.).

**Scope of Proposed Amendment:**

The SAC will:

- Add K&L Gates LLP as a defendant;

- Add Ryan Q. Keech and Charles M. Tea III as individual defendants;

- Add Michael Bell as an individual defendant based on newly discovered facts;

- Assert claims for civil conspiracy to retaliate, aiding and abetting retaliation, aiding and abetting fraud, abuse of process, malicious prosecution and fraud on the court.

**Newly Discovered Facts:**

The proposed amendments are based on:

- Defendants' own federal court filings between March and April 2025, which revealed factual misrepresentations regarding my termination, residence, legal representation, the nature of the merger transaction, and the location of key decision-making;

- Newly corroborated evidence showing that Michael Bell — Checkmate's California-based Chief Strategy Officer, lead negotiator for the merger, my direct supervisor, and ongoing key decision maker — directed or participated in material decisions regarding my employment, termination, post-termination retaliation, and current litigation strategy from California, both before the merger, during my employment, and afterward, contrary to Defendants' repeated assertions that "no decisions" were made in California.

- The retaliatory filing of a New York State Court action immediately after my protected activity in California, coordinated with a misleading shareholder "Notice of Claim" intended to delay service and induce detrimental reliance;

- Checkmate's admission in its Reply brief that I was terminated, after months of contrary representations that I resigned;

- Procedural misconduct, including misrepresentations in evidentiary objections and strategic concealment of material facts directly affecting venue, jurisdiction, and public interest factors.

**Procedural Impact:**

The proposed amendments will significantly alter the factual and legal landscape of this action, particularly as to:

- The enforceability of the forum-selection clause under California Labor Code § 925;

- The public interest factors under 28 U.S.C. § 1404(a);

- The proper venue for adjudication based on the local residence of individual defendants;

- The scope, nature, and geographic center of the claims properly before the Court.

---

**Good Faith and Judicial Economy:**

I seek this amendment in good faith, based on facts that were not fully ascertainable until Defendants' recent litigation conduct. My goal is to facilitate an efficient and just resolution of this matter, consistent with Rule 1 of the Federal Rules of Civil Procedure.

---

**Meet-and-Confer Logistics:**

Please confirm your availability for a telephonic or Zoom conference during one of the following windows:

- Monday, April 28, 2025, between 10:00 a.m. and 12:00 p.m. Pacific Time; or

- Tuesday, April 29, 2025, between 10:00 a.m. and 12:00 p.m. Pacific Time.

If neither time is available, please propose an alternative within two business days.

If you are willing to stipulate to the filing of the Second Amended Complaint, kindly advise no later than the close of business on April 30, 2025.

During the conference, I will present the evidentiary record that supports the proposed amendments.

Absent a stipulation, I intend to file the Motion for Leave to Amend at the earliest time compliant with L.R. 7-3, and to notice it for hearing consistent with Judge Frimpong's calendar.

Thank you for your prompt attention to this matter.

Sincerely,

**Arjun Vasan**

Plaintiff, pro se

(562) 900-6541

arjun.vasan@gmail.com

---

**Huey, Gabriel M.** <Gabriel.Huey@klgates.com>                          Mon, Apr 28, 2025 at 9:17 AM
To: Arjun Vasan <arjun.vasan@gmail.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>


Hi Arjun –


We are not available during your proposed window today.  The proposed time slot tomorrow may work, but we'll confirm later today.




**Gabriel M. Huey**
Partner
K&L Gates LLP
8th Floor

10100 Santa Monica Blvd.
Los Angeles, CA 90067
Phone: 310-552-5074

Gabriel.Huey@klgates.com
www.klgates.com

[Quoted text hidden]

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Gabriel.Huey@klgates.com.

---

**Chiu, Stacey G.** <Stacey.Chiu@klgates.com>                          Tue, Apr 29, 2025 at 10:31 AM
To: Arjun Vasan <arjun.vasan@gmail.com>
Cc: "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Hernandez, Mayra A." <Mayra.Hernandez@klgates.com>

Hi Arjun,

Would it be possible to move our call today to 12 p.m.?

Thanks,

Stacey

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Monday, April 28, 2025 5:10 PM
**To:** Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Cc:** Huey, Gabriel M. <Gabriel.Huey@klgates.com>; Hernandez, Mayra A. <Mayra.Hernandez@klgates.com>
**Subject:** Re: Meet-and-Confer re: Motion for Leave to File Second Amended Complaint — Vasan v. Checkmate.com, Inc., Case No. 2:25-cv-00765-MEMF-JPR [KLG-USW_ACTIVE01.FID1763388]

---

Yes this works for me.

- Arj

On Mon, Apr 28, 2025 at 4:08 PM Chiu, Stacey G. <Stacey.Chiu@klgates.com> wrote:

> Hi Arjun,
>
> I am available tomorrow at 11 a.m. for a telephonic call to meet and confer regarding the Motion for Leave to File Second Amended Complaint.  Please let me know if that still works for you and I can give you a call at that time.
>
> Thanks,
>
> Stacey
>
> [Quoted text hidden]

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Stacey.Chiu@klgates.com.

---

**Arjun Vasan** <arjun.vasan@gmail.com>                    Tue, Apr 29, 2025 at 10:49 AM
To: "Chiu, Stacey G." <Stacey.Chiu@klgates.com>
Cc: "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Hernandez, Mayra A." <Mayra.Hernandez@klgates.com>

Sure, but I have a hard stop at 12:40.

- Arj

[Quoted text hidden]

# EXHIBIT B

                                            Arjun Vasan <arjun.vasan@gmail.com>

## Vasan v. Checkmate: Meet and Confer Regarding Defendant's Motion to Strike Improper Filings [KLG-USW_ACTIVE01.FID1763388]

3 messages

**Chiu, Stacey G.** <Stacey.Chiu@klgates.com>                    Mon, Apr 28, 2025 at 4:36 PM
To: Arjun Vasan <arjun.vasan@gmail.com>
Cc: "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Hernandez, Mayra A." <Mayra.Hernandez@klgates.com>

Dear Arjun,

We write to initiate the meet and confer process regarding our anticipated Motion to Strike the eight Requests for Judicial Notice and Notice of Intent to Submit Witness Declarations you have filed. We believe the RJN filings are improper and seek material outside the scope of proper judicial notice under Rule 201. With respect to the Notice, the document is styled as a "notice," but it improperly asserts factual claims and legal implications, without any motion or request for relief.

Your repeated filing of improper and legally unsupported "Requests for Judicial Notice" as well as the procedural improper Notice has needlessly multiplied the proceedings and burdened both Checkmate and the Court. As such, Checkmate is separately evaluating a motion seeking monetary sanctions under Rule 11 of the Federal Rules of Civil Procedure in connection with these frivolous filings.

For efficiency, we propose incorporating this meet and confer discussion into the call already scheduled for tomorrow at 11:00 a.m. to address your proposed motion for leave to file a Second Amended Complaint. Please confirm your availability for this combined meet and confer.

Thanks,

Stacey



**Stacey Chiu**

Associate

K&L Gates LLP
10100 Santa Monica Blvd

8th Floor

Los Angeles, CA 90067

Phone: 310 552-5093

stacey.chiu@klgates.com

www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Stacey.Chiu@klgates.com. ___

---

**Arjun Vasan** <arjun.vasan@gmail.com>                         Mon, Apr 28, 2025 at 5:12 PM
To: "Chiu, Stacey G." <Stacey.Chiu@klgates.com>
Cc: "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Hernandez, Mayra A." <Mayra.Hernandez@klgates.com>

As earlier noted, 11am works for me to discuss all pending matters.

- Arj
[Quoted text hidden]

---

**Arjun Vasan** <arjun.vasan@gmail.com>                         Mon, Apr 28, 2025 at 6:39 PM
To: "Chiu, Stacey G." <Stacey.Chiu@klgates.com>
Cc: "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Hernandez, Mayra A." <Mayra.Hernandez@klgates.com>

I will further state for the record that the Notice of Intent to Submit Witness Declarations was a necessary and appropriate step to safeguard witnesses against potential retaliation, and provides an accurate description of the circumstances to which these witnesses are currently subjected.

I welcome any good-faith challenge to the contents, accuracy, or procedural propriety of the Notice, the Requests for Judicial Notice, or any of my filings. If Defendants wish to dispute the factual truthfulness of any statements I have made, I encourage them to do so during tomorrow's meeting.

Thank you.
— Arj
[Quoted text hidden]