Ryan Q. Keech (SBN 280306)
Ryan.Keech@klgates.com
Gabriel M. Huey (SBN 291608)
Gabriel.Huey@klgates.com
Stacey Chiu (SBN 321345)
stacey.chiu@klgates.com
Rebecca Makitalo (SBN 330258)
rebecca.makitalo@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Defendant and Counter-Claimant*
CHECKMATE.COM INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>             Plaintiff,<br><br>    v.<br><br>CHECKMATE.COM, INC.,<br><br>             Defendant.<br>_____<br>CHECKMATE.COM, INC.,<br><br>             Counterclaim-Plaintiff,<br><br>    v.<br><br>ARJUN VASAN,<br><br>             Counterclaim-Defendant. | Case No. 2:25-CV-00765-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CHECKMATE.COM INC.'S COUNTERCLAIMS BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**JURY TRIAL DEMANDED**<br><br>Answer and Counterclaims Filed: July 9, 2025<br>Current Response Date: July 30, 2025<br>New Response Date: August 6, 2025 |

1600698903.1

Pursuant to Local Rule 8-3, Plaintiff and Counter-Defendant Arjun Vasan ("Vasan") and Defendant and Counter-Claimant Checkmate.com, Inc. ("Checkmate") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS on January 28, 2025, Mr. Vasan filed the Complaint in the above-captioned action;

WHEREAS on February 21, 2025, Mr. Vasan filed an Amended Complaint;

WHEREAS on July 9, 2025, Checkmate filed an Answer to the Amended Complaint and Counterclaims (the "Counterclaims");

WHEREAS the deadline for Mr. Vasan to respond to Checkmate's Counterclaims is July 30, 2025;

WHEREAS on July 11, 2025, Mr. Vasan informed counsel for Checkmate that he was hospitalized and requested an extension to respond to Checkmate's Counterclaims;

WHEREAS on July 14, 2025, Checkmate agreed to Mr. Vasan's request for a seven (7) day extension to respond to Checkmate's Counterclaims;

WHEREAS the Parties have agreed that Mr. Vasan shall have additional time, not exceeding thirty (30) days, to move, answer, or otherwise respond to Checkmate's Counterclaims;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, that subject to the approval of the Court Mr. Vasan shall respond to the Counterclaims by August 6, 2025.

Date: July 16, 2025          K&L GATES LLP

                             */s/ Rebecca I. Makitalo*

                             Ryan Q. Keech (SBN 280306)
                             Gabriel M. Huey (SBN 291608)
                             Stacey Chiu (SBN 321345)
                             Rebecca I. Makitalo (SBN 330258)
                             10100 Santa Monica Boulevard, 8th Floor

1600698903.1

2

|   |   |
|---|---|
| 1 | Los Angeles, California 90067 |
| 2 | Telephone: 310.552.5000 |
|   | Facsimile: 310.552.5001 |
| 3 |   |
| 4 | *Attorneys for Defendant and Counter-Claimant CHECKMATE.COM INC..* |
| 5 |   |
| 6 | Date: July 16, 2025 |

                          */s/ Arjun Vasan*

                          *Pro Se Plaintiff and Counter-Defendant Arjun Vasan*

# CERTIFICATE OF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the above signatories listed herein, concur in this document's content and have authorized the filing.

Date: July 16, 2025

K&L GATES LLP

*/s/ Rebecca I. Makitalo*

Ryan Q. Keech (SBN 280306)
Gabriel M. Huey (SBN 291608)
Stacey Chiu (SBN 321345)
Rebecca I. Makitalo (SBN 330258)
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

*Attorneys for Defendant and Counter-Claimant Checkmate.com Inc.*