Arjun Vasan

12615 193rd Street

Cerritos, CA 90703

(562) 900-6541

arjun.vasan@gmail.com

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHECKMATE.COM, INC<br>(dba "Checkmate"),<br><br>　　　　　　Defendant. | Case No.: 2:25-CV-00765-MEMF-JPR<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION (ECF No. 76)**<br><br>Complaint Filed: January 28, 2025 |

**TO THE HONORABLE COURT:**

Plaintiff Arjun Vasan formally withdraws his *ex parte* application filed on August 8th (ECF 76). Upon further review, the 'lead trial counsel' attendance requirement in the Court's June 25 Scheduling Order applies to the Rule 16 scheduling conference, not the parties' Rule 26(f) conference. After discharge from inpatient treatment on August 4th, and the parties' August 7th Rule 26(f) conference, Plaintiff re-read the order and wishes to promptly correct his misapprehension. To conserve judicial resources, he will pursue the remaining requested relief via subsequent filings.

1

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | **Respectfully Submitted**, |
| 3 |   |   |
| 4 | Dated: **August 10, 2025** | */s/* **Arjun Vasan** |
| 5 | In **Cerritos, CA** | _____ |
| 6 |   | **Arjun Vasan** |
| 7 |   | Plaintiff In Pro Per |