Ryan Q. Keech (SBN 280306)
 Ryan.Keech@klgates.com
Stacey Chiu (SBN 321345)
 Stacey.Chiu@klgates.com
Rebecca I. Makitalo (SBN 330258)
 Rebecca.Makitalo@klgates.com
Jacob R. Winningham (SBN 357987)
 Jacob.Winningham@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Defendant and Counter-Claimant CHECKMATE.COM INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHECKMATE.COM, INC.,<br><br>　　　　Defendant.<br>―――――――――――<br>CHECKMATE.COM, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>ARJUN VASAN,<br><br>　　　　Counterclaim-Defendant. | Case No. 2:25-CV-00765-MEMF-JPR<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF REBECCA I. MAKITALO IN SUPPORT OF CHECKMATE.COM, INC.'S OPPOSITION TO PLAINTIFF ARJUN VASAN'S NOTICE OF DEFENDANT'S FAILURE TO TIMELY OPPOSE MOTION TO DISMISS COUNTERCLAIMS AND MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Complaint Filed: January 28, 2025<br>Amended Complaint Filed: February 21, 2025 |

DECLARATION OF REBECCA I. MAKITALO IN SUPPORT OF CHECKMATE'S OPPOSITION TO PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO TIMELY OPPOSE MOTION TO DISMISS COUNTERCLAIMS AND MOTION TO STRIKE AFFIRMATIVE DEFENSES

# DECLARATION OF REBECCA I. MAKITALO

I, Rebecca I. Makitalo, declare as follows:

1. I am an associate attorney at the law firm of K&L Gates LLP, counsel for Defendant and Counter-Claimant Checkmate.com, Inc. ("Defendant" or "Checkmate") in the above-titled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California and am responsible for representing said Defendant in this action. Except where otherwise indicated, all of the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. I have been practicing before the Central District of California ("District") for approximately five (5) years and am familiar with the Local Rules.

3. I have never missed a deadline set forth by the Local Rules or pursuant to any judge's standing order in this District.

4. In compliance with Local Rule 7-9, requiring that opposing papers be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion," I mistakenly believed the deadline to file Checkmate's response to Plaintiff Arjun Vasan's ("Plaintiff" or "Vasan") Motions to Dismiss and Strike (Dkts. 75, 79, 81) (the "Motions") was September 18, 2025, in accordance with the Court's Order setting the hearing date for October 9, 2025 (Dkt. 82), rather than the deadlines set forth by this Court's Standing Civil Order.

5. On August 30, 2025, my grandfather suffered a heart attack in the early hours of the morning. I traveled to the hospital to be with him and my family. I thereafter put an automatic away message on my emails that I was out of the office.

6. Later that same morning, August 30, 2025, Vasan sent an email to me informing me that Checkmate missed the deadline to oppose his Motions, which I did not review as I was not monitoring my emails during this time.

1

DECLARATION OF REBECCA I. MAKITALO IN SUPPORT OF CHECKMATE'S OPPOSITION TO PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO TIMELY OPPOSE MOTION TO DISMISS COUNTERCLAIMS AND MOTION TO STRIKE AFFIRMATIVE DEFENSES

7. Attached hereto as **Exhibit A** is a true and correct copy of the email I received from Vasan dated August 30, 2025.

8. My grandfather passed on September 2, 2025, and I remained with my family to support them through this difficult time and was out of the office until September 8, 2025.

9. I returned to the office on September 8, 2025 and only then became aware of the missed deadline. Upon my return, I immediately took steps to address this oversight and seek the Court's understanding and consideration to file a response to Plaintiff's Motions by September 18, 2025.

10. I emailed Vasan requesting that he stipulate to an alternate briefing and hearing schedule that would both avoid prejudice and provide Vasan with sufficient opportunity to have his assertions heard on the merits and the Court with sufficient opportunity to review and consider a fully-briefed motion, which he refused.

11. Attached hereto as **Exhibit B** is a true and correct copy of the email correspondence with Vasan dated September 8, 2025 and September 9, 2025.

12. Previously, Vasan requested Checkmate stipulate to an extension to file his response to Checkmate's Counterclaims to August 6, 2025, a request to which Checkmate agreed. *See* Dkt. 72.

13. Attached hereto as **Exhibit C** is a true and correct copy of the email correspondence with Vasan dated July 11, 2025 through July 15, 2025.

14. I apologize for the inconvenience caused to the Court. The missed opposition deadline was an isolated incident, and I am taking measures to ensure that such an oversight does not occur in the future. I am committed to adhering to the Court's Standing Order and procedures moving forward.

I declare under the penalty of perjury under the laws of California that the foregoing is true and correct.

///

///

2

Executed this 9th day of September, 2025 in Los Angeles, California.

_____
Rebecca I. Makitalo

3

DECLARATION OF REBECCA I. MAKITALO IN SUPPORT OF CHECKMATE'S OPPOSITION TO PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO TIMELY OPPOSE MOTION TO DISMISS COUNTERCLAIMS AND MOTION TO STRIKE AFFIRMATIVE DEFENSES