# **EXHIBIT C**

| | |
|---|---|
| **From:** | Arjun Vasan |
| **To:** | Makitalo, Rebecca I. |
| **Cc:** | Huey, Gabriel M.; Chiu, Stacey G.; Keech, Ryan Q. |
| **Subject:** | Re: meet and confer - stipulation for extension of time to file response to counterclaims |
| **Date:** | Wednesday, July 16, 2025 11:44:46 AM |

**This Message Is From an External Sender**
This message came from outside your organization.

Yes, please proceed. Thank you once again, much appreciated.

Thank you,
Arjun Vasan

On Tue, Jul 15, 2025 at 2:24 PM Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com> wrote:

> Mr. Vasan,
>
> Attached please find a draft stipulation for extension of time to respond to Checkmate's counterclaims for your review. If the stipulation is approved, please confirm your consent to insert your signature and proceed with filing.
>
> Thank you,
>
> **Rebecca Makitalo**
>
> Associate
>
> K&L Gates LLP
> 10100 Santa Monica Blvd
>
> 8th Floor
>
> Los Angeles, CA 90067
>
> Phone: 310 552-5502
>
> Cell: 818 251-6956
>
> rebecca.makitalo@klgates.com
>
> www.klgates.com

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Monday, July 14, 2025 3:52 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>
**Cc:** Huey, Gabriel M. <Gabriel.Huey@klgates.com>; Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Re: meet and confer - stipulation for extension of time to file response to counterclaims

Thank you. Yes, that would be greatly appreciated. 7 days should do i should be out of here by the 21st.

Thanks again

Sent from Gmail Mobile

On Mon, Jul 14, 2025 at 12:30 PM Keech, Ryan Q. <Ryan.Keech@klgates.com> wrote:

> Mr. Vasan – we are sorry to hear of your hospitalization.  We are amenable to the extension. Please let us know if you would prefer that we prepare the stipulation.
>
> 
>
> **Ryan Q. Keech**
> Partner
> K&L Gates LLP
> 10100 Santa Monica Blvd., 8th Floor
> Los Angeles, California 90067
> Phone: 310.552.5070
> Mobile: 646.510.3630
> ryan.keech@klgates.com
>
> www.klgates.com
>
>
> *Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Delaware  Doha  Dubai  Dublin  Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  Kansas City  London  Los Angeles  Luxembourg  Melbourne  Miami  Milan  Munich  Nashville*

*Newark   New York   Orange County   Palo Alto   Paris   Perth   Pittsburgh   Portland   Raleigh   Research Triangle Park   San Francisco   São Paulo   Seattle   Seoul   Shanghai   Singapore   Sydney   Taipei   Tokyo   Washington, D.C.*

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Friday, July 11, 2025 12:30 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Huey, Gabriel M. <Gabriel.Huey@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>; Jones, Zach S. <Zach.Jones@klgates.com>
**Subject:** meet and confer - stipulation for extension of time to file response to counterclaims

Dear Counsel,

Unfortunately I was hospitalized yesterday, July 10, 2025, due to a medical emergency.

I expect to have limited access to my computer and phone to prepare and file submissions for the next 7 to 14 days.

I write to request a stipulation for an extension of time to respond to your recently filed counterclaims in C.D. Cal.

Please inform me if you are willing to stipulate a 14 day extension. Medical certification can be provided at the Court's request.

If not, I will proceed to file an ex parte application for such an extension.

Thank you for your attention to this matter.

Best regards,

Arjun Vasan

Plaintiff Pro Se

(562) 900-6541

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ryan.Keech@klgates.com.