# EXHIBIT A

   Arjun Vasan <arjun.vasan@gmail.com>

## lead attorney for california case
4 messages

**Arjun Vasan** <arjun.vasan@gmail.com>                                        Thu, Jul 24, 2025 at 10:16 AM
To: "Keech, Ryan Q." <ryan.keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Warns, Tom A." <tom.warns@klgates.com>, Gene.Ryu@klgates.com, "Jones, Zach S." <zach.jones@klgates.com>

Dear Counsel,

Who is the replacement lead attorney in C.D. Cal. I noticed the withdrawal notice for Mr. Heuy.

Best Regards,
Arjun Vasan



**Makitalo, Rebecca I.** <Rebecca.Makitalo@klgates.com>                          Thu, Jul 24, 2025 at 11:48 AM
To: Arjun Vasan <arjun.vasan@gmail.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Warns, Tom A." <Tom.Warns@klgates.com>, "Ryu, Gene C." <Gene.Ryu@klgates.com>, "Jones, Zach S." <Zach.Jones@klgates.com>

Mr. Vasan,

Please direct all correspondence concerning the Central District of California case (No. 2:25cv765) to myself, Mr. Keech, and Ms. Chiu.

Thank you,

**Rebecca Makitalo**

Associate

K&L Gates LLP

10100 Santa Monica Blvd

8th Floor

Los Angeles, CA 90067

Phone: 310 552-5502

Cell: 818 251-6956

rebecca.makitalo@klgates.com

www.klgates.com

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Thursday, July 24, 2025 10:16 AM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>; Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Ryu, Gene C. <Gene.Ryu@klgates.com>; Jones, Zach S. <Zach.Jones@klgates.com>
**Subject:** lead attorney for california case

[Quoted text hidden]

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Rebecca.Makitalo@klgates.com.

**Arjun Vasan** <arjun.vasan@gmail.com>  Thu, Jul 24, 2025 at 5:05 PM
To: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Warns, Tom A." <Tom.Warns@klgates.com>, "Ryu, Gene C." <Gene.Ryu@klgates.com>, "Jones, Zach S." <Zach.Jones@klgates.com>

Understood, thank you.

Sent from Gmail Mobile

[Quoted text hidden]