

Arjun Vasan <arjun.vasan@gmail.com>

---

## Violation of Judge Frimpong's Standing Order - Lead Counsel presence required at Rule 26 Conference

---

**Keech, Ryan Q.** <Ryan.Keech@klgates.com>  Thu, Aug 7, 2025 at 5:13 PM
To: Arjun Vasan <arjun.vasan@gmail.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>
Cc: "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Mr. Vasan,

We write in response to your message below – one of a series of dozens of variously understandable missives you have sent over the past few weeks from the hospital and/or your parents' home – and to confirm that your description is inaccurate. Personally, I am astonished at what Ms. Makitalo described to me: apparently incredulous with the notion that Ms. Makitalo, as a capable woman lawyer, could possibly be empowered to be lead on your case in lieu of Mr. Huey or myself, as she is, you kept demanding, again and again, that she provide you with another, presumably male, name.

I can once again confirm that Ms. Makitalo was and is fully empowered as the lead on this case. And as for your grossly unprofessional behavior this afternoon, there will not be a next time, because Ms. Makitalo has confirmed that if you do that again, any conversation with you will end immediately. If you cannot ultimately control yourself, we will block your emails from our servers, direct that our client do the same and will require that any future required discussions in this case take place in person and in the presence of a court reporter.

As Ms. Makitalo indicated, discovery is now open. I believe she will be in touch with Mr. Vasan (Sr.) regarding his obligations shortly.

Best regards,

Ryan



**Ryan Q. Keech**
Partner
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Phone: 310.552.5070
Mobile: 646.510.3630
ryan.keech@klgates.com

www.klgates.com

*Austin  Beijing  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Delaware  Doha  Dubai  Dublin  Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  Kansas City  London  Los Angeles  Luxembourg  Melbourne  Miami  Milan  Munich  Nashville  Newark  New York  Orange County  Palo Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  São Paulo  Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.*

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Thursday, August 7, 2025 4:25 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Violation of Judge Frimpong's Standing Order - Lead Counsel presence required at Rule 26 Conference

[Quoted text hidden]

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ryan.Keech@klgates.com.