# EXHIBIT F

 Arjun Vasan <arjun.vasan@gmail.com>

## Automatic reply: Sanctions Reply/Opposition Courtesy Copy
1 message

**Makitalo, Rebecca I.** <Rebecca.Makitalo@klgates.com>                                   Wed, Sep 3, 2025 at 7:14 PM
To: Arjun Vasan <arjun.vasan@gmail.com>

I am currently in trial with limited ability to respond to emails.  I will respond to your message as soon as I am able to do so.

For immediate assistance, please contact Nicole Adasha at Nicole.adasha@klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Rebecca.Makitalo@klgates.com.