# **EXHIBIT E**

| | |
|---|---|
| **From:** | Makitalo, Rebecca I. |
| **To:** | vsvconsult |
| **Cc:** | Keech, Ryan Q.; Chiu, Stacey G. |
| **Subject:** | RE: Subpoena Objection re: Vasan Varadarajan. In re Arjun Vasan v. Checkmate.com, Inc. - Case No.: 2:25-cv-00765-MEMF-JPR |
| **Date:** | Friday, August 29, 2025 8:33:00 AM |

Mr. Varadarajan,

We are in receipt of your objections to the subpoena. Accordingly, we request your availability to meet and confer today, August 29, 2025, regarding Checkmate's subpoena and the basis for your objections. Please confirm a time that works for your schedule and the best number to reach you at.

Thank you,

**Rebecca Makitalo**
Associate
K&L Gates LLP
10100 Santa Monica Blvd
8th Floor
Los Angeles, CA 90067
Phone: 310 552-5502
Cell: 818 251-6956
rebecca.makitalo@klgates.com
www.klgates.com

---

**From:** vsvconsult <vsvconsult@gmail.com>
**Sent:** Thursday, August 28, 2025 9:00 AM
**To:** Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Keech, Ryan Q. <Ryan.Keech@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Subpoena Objection re: Vasan Varadarajan. In re Arjun Vasan v. Checkmate.com, Inc. - Case No.: 2:25-cv-00765-MEMF-JPR

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Dear Counsel at kigates,

Please see attached objections to your subpoena dated August 14, compliance date September 22, case number (Case No.: 2:25-cv-00765-MEMF-JPR). There are three documents in one pdf: cover letter, objections and certificate of service.

Sincerely,
Vasan Varadarajan