# **EXHIBIT F**

| | |
|---|---|
| **From:** | Winningham, Jacob R. |
| **To:** | vsvconsult@gmail.com |
| **Cc:** | Keech, Ryan Q.; Makitalo, Rebecca I.; Chiu, Stacey G. |
| **Subject:** | RE: Subpoena Objection re: Vasan Varadarajan. In re Arjun Vasan v. Checkmate.com, Inc. - Case No.: 2:25-cv-00765-MEMF-JPR |
| **Date:** | Thursday, September 4, 2025 1:59:30 PM |

Mr. Varadarajan,

I hope that this message finds you well.  I am writing to follow up on last week's correspondence between my colleague Ms. Makitalo and yourself.  We are in receipt of your subpoena objections.  We would like to meet and confer regarding Checkmate's subpoena and the basis for your objections.  If you have retained legal representation, please give us the contact information for your counsel and we can speak with them directly.

Please let us know your availability for a telephonic or virtual meet-and-confer after 12:00 p.m. on Tuesday, September 9 and Wednesday, September 10.  Thank you.

Best,
Jake Winningham



**Jacob Winningham**
Associate
K&L Gates LLP
10100 Santa Monica Blvd
8th Floor
Los Angeles, CA 90067
Phone: 310 552-5042
jacob.winningham@klgates.com
www.klgates.com