1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN, | Case No. 2:25-CV-00765-MEMF-JPR |
| | Hon. Jean P. Rosenbluth |
| Plaintiff, | |
| v. | DISCOVERY MATTER |
| CHECKMATE.COM, INC., | **[PROPOSED] ORDER GRANTING CHECKMATE.COM INC.'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA TO VASAN VARADARAJAN AND FOR CONTEMPT** |
| Defendant. | |
| CHECKMATE.COM, INC., | |
| Counterclaim-Plaintiff, | |
| v. | Complaint Filed: January 28, 2025 |
| ARJUN VASAN, | Amended Complaint Filed: February 21, 2025 |
| Counterclaim-Defendant. | |

[PROPOSED] ORDER GRANTING CHECKMATE.COM INC.'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA TO VASAN VARADARAJAN AND FOR CONTEMPT

1603235912.2

Defendant Checkmate.com Inc.'s Motion to Compel Vasan Varadarajan's Compliance with Subpoena and Order for Contempt (the "Motion") came on for hearing on November 13, 2026 at 10:00 a.m. in Courtroom 880, on the 8th Floor of the Edward R. Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012, the Honorable Jean P. Rosenbluth presiding.

The Court, having considered Checkmate's Motion, the responsive papers submitted, and having heard the arguments of counsel, finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. Checkmate's Motion is granted;

2. Mr. Varadarajan shall produce all responsive documents to Checkmate's document requests on or before _____;

3. Mr. Varadarajan shall make himself available to appear for deposition to take place at the office of K & L Gates LLP, in Los Angeles, California on or before _____;

4. The Court hereby holds Mr. Varadarajan in contempt pending his compliance with Checkmate's subpoena; and

5. Mr. Varadarajan shall pay Checkmate's reasonable attorneys' fees and costs incurred in connection with its Motion, in the amount of $ 5,000.

**IT IS SO ORDERED**.

Dated: _____                    _____

                                        Honorable Jean P. Rosenbluth
                                        United States Magistrate Judge

[PROPOSED] ORDER GRANTING CHECKMATE.COM INC.'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA TO VASAN VARADARAJAN AND FOR CONTEMPT

1603235912.2