UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>CHECKMATE.COM, INC.,<br>(dba "Checkmate")<br><br>    Defendant and Counterclaimant. | Case No.: CV-00765-MEMF-ASx<br><br>Hon. Alka Sagar \| DISCOVERY MATTER<br><br>**[PROPOSED] ORDER GRANTING PROTECTIVE RELIEF AND PHASING OF DISCOVERY**<br><br>Hearing date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 540<br><br>Complaint Filed: January 28, 2025 |

    The Court finds this matter appropriate for decision without oral argument under C.D. Cal. L.R. 7-15. Having considered the motion, supporting and opposing papers, and the record, and good cause appearing, IT IS HEREBY ORDERED:

    1.    Checkmate's motion to compel and request for contempt as to Non-Party Varadarajan is DENIED.

    2.    Alternatively, or additionally, non-party subpoena compliance and any related non-party discovery are DEFERRED until the earlier of (a) the District Judge's ruling on Plaintiff's Rule 12(b)(6) motion or (b) completion of Phase-1 party discovery (including depositions of Checkmate party witnesses and Plaintiff), pursuant to Fed. R. Civ. P. 26(c) and 26(d)(3).

3. Any later non-party discovery must be specifically tailored and proportional under Rules 26(b)(1) and 26(b)(2)(C)(i) and proceed on a party-first basis.

4. Any discovery into "private family communications", "ALL COMMUNICATIONS" with Arjun Vasan and any other such category is DEFERRED unless and until party sources are exhausted and Checkmate makes a particularized, non-duplicative showing; if later permitted, production shall be narrowly tailored, collected from party sources first and allow redaction of non-responsive personal content.

5. If any non-party production is ordered, Checkmate shall advance or reimburse the non-party's reasonable costs of collection, review, redaction, and production under Rules 45(d)(2)(B)(ii) and 26(c)(1)(B).

6. An FRE 502(d) clawback applies to all productions.

IT IS SO ORDERED.

Dated: _____, \_\_\_\_                             _____

ALKA SAGAR

United States Magistrate Judge