# EXHIBIT C

Witness Relevance Table Based on Mentions in Operative Complaint

**Exhibit B - Witnesses**

| Name | Role | Location | Compl. ¶s | Priority |
|---|---|---|---|---|
| Arjun Vasan | Plaintiff | Cerritos, CA | 178 | Very High (5) |
| Michael Bell | Checkmate Chief of Strategy, lead negotiator for merger, and Plaintiff's supervisor. | Manhattan Beach, CA | 61 | Very High (5) |
| Vishal Agarwal | Checkmate CEO. Involved in negotiations, employment and termination | New York, NY | 38 | High (4) |
| Christopher Lam | VoiceBite Cofounder, Colleague at Checkmate | Toronto, Canada | 17 | High (4) |
| Robert Nessler | VoiceBite Cofounder, Colleague at Checkmate | Cupertino, CA, Los Vegas, NV | 9 | High (4) |
| Amy Brown | Checkmate VP of Human Relations. | Kansas | 15 | Medium (3) |
| Alan Foster | VoiceBite Corporate Counsel | Santa Clara, CA | 7 | Medium (3) |
| Ryan Keech | Checkmate Counsel | Los Angeles, CA | 2 | Medium (3) |
| Vasan Varadarajan | Plaintiff's father, advisor. Central to IP allegations in New York complaint. | Cerritos, CA | 5 | Medium (3) |
| Jeffrey | Colleague at Checkmate | Albuquerque, NM | 0 | Low (2) |
| Pranav Sood | Colleague at Checkmate, VoiceBite | Vancouver, Canada | 0 | Low (2) |
| Isamu Aoki | Colleague at Checkmate, VoiceBite Founding Team | San Jose, CA | 0 | Low (2) |
| Paul Garcia | Colleague at Checkmate, VoiceBite Founding Team | San Jose, CA | 0 | Low (2) |
| Latha Vasan | Plaintiff's Mother | Cerritos, CA | 0 | Low (2) |
| Christian Dalsanto | Collaborator at VoiceBite | Palo Alto, CA | 0 | Low (2) |

**Exhibit B - Witnesses**

| **Complaint ¶s** | Number of Paragraphs in Complaint that reference the Witness. |
|---|---|
| **Priority** | Importance of Testimony from this Witness |

**Distribution by Jurisdiction**



**Exhibit B - Witnesses**

**Distribution By Witness**

