Ryan Q. Keech (SBN 280306)
Ryan.Keech@klgates.com
Stacey Chiu (SBN 321345)
Stacey.Chiu@klgates.com
Rebecca Makitalo (SBN 330258)
Rebecca.Makitalo@klgates.com
Jacob R. Winningham (SBN 357987)
Jacob.Winningham@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Defendant and Counter-Claimant*
*CHECKMATE.COM INC.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>             Plaintiff,<br><br>     v.<br><br>CHECKMATE.COM, INC.,<br><br>             Defendant.<br><br>―――――――――――――――――<br>CHECKMATE.COM, INC.,<br><br>             Counterclaim-Plaintiff,<br><br>     v.<br><br>ARJUN VASAN,<br><br>             Counterclaim-Defendant. | Case No. 2:25-cv-00765-MEMF-AS<br><br>Hon. Alka Sagar<br><br>DISCOVERY MATTER<br><br>**PROOF OF SERVICE**<br><br>**CHECKMATE.COM INC.'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA TO VASAN VARADARAJAN AND FOR CONTEMPT (DKT. 101) & SCHEDULING NOTICE AND ORDER (DKT. 107)**<br><br>Hearing Date: November 20, 2025<br>Time: 11 a.m.<br>Courtroom: 540<br><br>Complaint Filed: January 28, 2025<br>Amended Complaint Filed: February 21, 2025 |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party of the within action. My business address is 10100 Santa Monica Blvd. 8th Floor Los Angeles, CA 90067.

On **October 15, 2025**, I served the foregoing document(s) described as:

- **CHECKMATE.COM INC.'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA TO VASAN VARADARAJAN AND FOR CONTEMPT**
- **DECLARATION OF REBECCA MAKITALO, EXHIBITS A-P**
- **[PROPOSED] ORDER**

on the interested parties in this action as follows:

>Vasan Varadarajan
>12615 193rd Street
>Cerritos, CA 90703
>Email: vsvconsult@gmail.com

☑ **(BY ELECTRONIC MAIL)** Pursuant to C.R.C. 2.251 or agreement by all parties, I served the described document(s) by emailing it to each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is Nicole.adasha@klgates.com.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **October 15, 2025,** at Los Angeles, California.

*Nicole Adasha*
Nicole Adasha

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party of the within action. My business address is 10100 Santa Monica Blvd. 8th Floor Los Angeles, CA 90067.

On **October 28, 2025**, I served the foregoing document(s) described as:

- **CHECKMATE.COM INC.'S MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH SUBPOENA TO VASAN VARADARAJAN AND FOR CONTEMPT**
- **SCHEDULING NOTICE AND ORDER - Dkt. 107**

on the interested parties in this action as follows:

> Vasan Varadarajan
> 12615 193rd Street
> Cerritos, CA 90703
> Email: vsvconsult@gmail.com

☑ **(BY ELECTRONIC MAIL)** Pursuant to C.R.C. 2.251 or agreement by all parties, I served the described document(s) by emailing it to each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error. My email address is Nicole.adasha@klgates.com.

☑ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **October 28, 2025,** at Los Angeles, California.

*Nicole Adasha*
Nicole Adasha