Vasan Varadarajan

vsvconsult@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-448-4878

Non-Party



FILED
CLERK, U.S. DISTRICT COURT
10/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   GSA   DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**,<br><br>    Plaintiff and Counter-Defendant<br><br>vs.<br><br>**Checkmate.com, Inc.**,<br>(dba "Checkmate"),<br><br>    Defendant and Counterclaimant | Case No.: 2:25−cv−00765−MEMF−ASX<br>Hon. Alka Sagar \| DISCOVERY MATTER<br><br>**NON-PARTY VASAN VARADARAJAN'S OBJECTION TO DEFECTIVE NOTICE OF MOTION TO COMPEL; REQUEST TO VACATE OR CONTINUE HEARING**<br><br>Complaint Filed: January 28, 2025<br>Hearing Date: December 2, 2025<br>Hearing Time: 10:00 A.M.<br>Courtroom: 540 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

   Non-party Vasan Varadarajan ("Non-party") respectfully objects to the defective notice of Defendant Checkmate.com, Inc. ("Movant")'s motion to compel and requests that the Court vacate the currently noticed hearing date or, at minimum, continue it as set forth below. This filing concerns procedural scheduling only and does not address the motion's merits.

**GROUNDS FOR RELIEF**

1. <u>Insufficient notice for mail service (L.R. 6-1; FRCP 6(d))</u>.

Movant served the papers by U.S. Mail on October 15, 2025, but noticed a November 13, 2025, hearing—only 29 days in advance. Service by mail requires 31 days' notice before the hearing. Notice is is therefore insufficient and the hearing should be vacated or continued.

2. <u>Incorrect judicial officer on notice (L.R. 7-4; FRCP 5; L.R. 5-3.2.1)</u>.

Following reassignment of discovery matters to Magistrate Judge Sagar, any hearing must be noticed before the assigned judicial officer and served accordingly. Non-Party is not registered for ECF; notice identifying the correct judge must be served on him under Rule 5.

3. <u>Non-party prejudice, efforts to retain counsel and coordination.</u>

Movant's papers contain over 6,000 words, extensive case law, and seek contempt sanctions on an unrepresented non-party who has never filed court papers or been a party to litigation. Non-Party sought reasonable accommodations as set forth in the concurrently filed Motion for Protective Order/To Quash or Modify Subpoena (noticed for December 2, 2025, at 10:00 a.m. before Judge Sagar). Parties to litigation, and the Court, have an obligation to prevent undue burden on a non-party. Here, the motion to compel not only seeks to enforce an overbroad subpoena on a non-party, but it also <u>expressly seeks to burden him with a monetary sanction</u>.

Non-party is therefore seeking to retain counsel to continue briefing on his motion for a protective order, and to respond to the motion to compel. Non-Party faces concrete prejudice if a defective notice accelerates briefing without a fair opportunity to secure counsel.

4. <u>Efficiency and coordination.</u>

Coordinating the motions avoids duplicative briefing and inconsistent rulings.

**REQUEST TO VACATE OR CONTINUE HEARING**

Non-Party respectfully requests that the Court:

(a) Vacate the November 13, 2025, hearing date; and

(b) Reset the motion to (i) December 2, 2025, at 10:00 a.m. (to coordinate with Non-Party's protective-order motion), or, in the alternative, (ii) a date not earlier than fourteen (14)

days after the earliest permissible hearing date under L.R. 6-1/FRCP 6(d) (i.e., at least two weeks beyond the 31-day minimum to provide sufficient time to retain proper counsel), and

    (c) Reset briefing under the Local Rules from the new hearing date;

    (d) Direct Movant to serve corrected notice identifying the assigned judicial officer on the first page, as L.R. 7-4 requires; and

    (e) Stay any subpoena-compliance obligations pending the re-set hearing.

## DECLARATION OF VASAN VARADARAJAN

I, Vasan Varadarajan, declare:

1. I am not a party to this action and am not registered for CM/ECF.
2. On October 15, 2025, I received movant's motion papers by U.S. Mail noticing a hearing on November 13, 2025. Exhibit A.
3. After those papers issued, the case's discovery matters were reassigned to Magistrate Judge Alka Sagar; I did not receive any corrected notice naming Judge Sagar on the first page of the notice.
4. I am actively seeking to retain counsel to assist me in this discovery dispute.
5. I respectfully request the Court vacate the November 13 date and reset the hearing either to December 2, 2025, at 10:00 a.m. to coordinate with my pending protective-order motion, or to a date not earlier than fourteen (14) days after the earliest permissible hearing date under the Local Rules. The protective-order motion is noticed for December 2, 2025, before Judge Sagar.
6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on: October 21, 2025

In Cerritos, California

Respectfully,

*/s/ Vasan Varadarajan*

*By:* **Vasan Varadarajan**, Non-Party

MOTION FOR PROTECTIVE ORDER AND TO QUASH/MODIFY SUBPOENA