# EXHIBIT J

 Arjun Vasan <arjun.vasan@gmail.com>

## Arjun Vasan v. Checkmate.com, Inc. - 2:25-cv-00765-MEMF-ASx - Informal Discovery Conference Request
1 message

**Arjun Vasan** <arjun.vasan@gmail.com>     Thu, Oct 23, 2025 at 11:09 AM
To: "Keech, Ryan Q." <ryan.keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Counsel,

I write to request an informal discovery conference with Judge Alka Sagar, who has been assigned as the new Magistrate Judge.

Pursuant to Judge Sagar's Civil Procedures, "The purpose of an Informal Discovery Conference is to resolve a discovery dispute that can be addressed by the Court after reviewing each party's brief, succinct position on the nature of the dispute, and the relief that they are seeking".

I am seeking:

1. An agreement to mutually record meet-and-confers, due to Checkmate's misconduct and misrepresentations of prior meet-and-confers.
2. Guidance on phasing and discovery limitations, as per Judge Frimpong's scheduling order, which Checkmate has disregarded.
3. Responses to Requests for Admission compliant with Judge Sagars directive: "**Parties** responding to interrogatories or document requests shall not use boilerplate objections that violate Federal Rules of Civil Procedure 33(b)(4) or 34(b)(2)."

Please confirm that you are amenable, as the Court finds this process "useful and efficient to address a discrete dispute, scheduling issues, or recalcitrant misconduct in discovery".

Best regards,
Arjun Vasan