FILED
CLERK, U.S. DISTRICT COURT
10/31/25
CENTRAL DISTRICT OF CALIFORNIA
BY      CS      DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Vasan Varadarajan

vsvconsult@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-448-2827

Non-Party

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**,<br><br>　　Plaintiff and Counter-Defendant<br><br>vs.<br><br>**Checkmate.com, Inc.**,<br>(dba "Checkmate"),<br>　　Defendant and Counterclaimant | Case No.: 2:25−cv−00765−MEMF−ASX<br>Hon. Alka Sagar \| DISCOVERY MATTER<br><br>**DECLARATION OF ROBERT NESSLER**<br><br>Complaint Filed: January 28, 2025<br>Hearing Date: November 20, 2025<br>Hearing Time: 11:00 A.M.<br>Courtroom: 540 |

DECLARATION OF ROBERT NESSLER

# **DECLARATION OF ROBERT NESSLER**

I, Robert Nessler, declare:

1. I am the former CEO of VoiceBite Corporation, and its cofounder with Arjun Vasan and Christopher Lam. I submit this declaration to clarify Vasan Varadarajan's relation to VoiceBite. I am over 18 years of age, have personal knowledge of the facts asserted herein, and if called to testify, could and would do so competently.

2. Mr. Varadarajan had no role in VoiceBite, was never paid by and held no equity in the company. He did not participate in our meetings, operations or product development.

3. At most, Mr. Varadarajan, known to the team from prior work, was an informal advisor.

4. Mr. Varadarajan observed parts of the VoiceBite-Checkmate negotiations, as Mr. Lam stayed with Arjun Vasan's family for a month leading up to closing, and Mr. Lam and Arjun Vasan attended the meetings together from Mr. Varadarajan's Cerritos residence.

5. Several individuals, including the VoiceBite founders, Checkmate executives, and attorneys from both sides, have participatory knowledge of the negotiations and were operationally involved, unlike Mr. Varadarajan.

6. To my knowledge, none of these individuals have been deposed.

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on: October 23, 2025

In Cupertino, California

*Robert Nessler*
_____
**Robert Nessler**, Former VoiceBite CEO

                                                                    Audit trail

| | |
|---|---|
| Title | Declaration to oppose checkmate's motion to compel |
| File name | nessler-declaration-motion-to-compel.pdf |
| Document ID | 471548a4f9e01b37207495269bcf175fcfdd1b08 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 10 / 24 / 2025  00:03:45 UTC — Sent for signature to Robert Nessler (robert.nessler@gmail.com) from arjun.vasan@gmail.com
IP: 47.145.108.124

**VIEWED** — 10 / 24 / 2025  00:19:04 UTC — Viewed by Robert Nessler (robert.nessler@gmail.com)
IP: 69.110.136.247

**SIGNED** — 10 / 24 / 2025  00:22:57 UTC — Signed by Robert Nessler (robert.nessler@gmail.com)
IP: 69.110.136.247

**COMPLETED** — 10 / 24 / 2025  00:22:57 UTC — The document has been completed.

Powered by Dropbox Sign