# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN<br><br>Plaintiff(s),<br><br>v.<br><br>CHECKMATE.COM INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−00765−MEMF−AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    11/6/2025

Document No.:    119

Title of Document:    NON−PARTY VASAN VARADARAJAN'S REPLY IN SUPPORT OF HIS MOTION FOR A PROTECTIVE ORDER AND TO QUASH OR MODIFY SUBPOENA

**ERROR(S) WITH DOCUMENT:**

Document lacks required signature.

Other:

Signature must be hand−signed, see L.R. 5−4.3.1

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 13, 2025          By:  /s/ *Alma Felix  (213) 894−1587*
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS