# EXHIBIT K-1

Transcript of Termination Meeting

074

## Exhibit K.1 - Zoom Transcript

**November 14, 2024 at 8AM**

https://fathom.video/share/j-ZStSqCq9Z7mRriEnHs6R7dxy7Aqixp?tab=summary

**Amy**: hi mike

**Mike**: good morning

**Amy**: how are you

**Mike**:how are you?

**Amy**: ah you know, I'm "good", ready to you know complete paperwork

**Mike**: yeah we'll see what today has in store

**Amy**: yeah, very exciting stuff, so

**Mike**: I'm like, my zoom is frozen and my camera is not coming up, so I might quit and try again let me se

**Amy**: ok

**Mike**: ok, I'm going to click back in

**Amy**: ok

**Amy**: hey Vishal

**Vishal**: Hello

**Amy**: Mike's having trouble with his video, so he was going to back out and come back in, so **I'm** not sure. I see he's still here.

**["This Meeting is Being Recorded"]**

**Vishal**: Hello

**Amy**: hey arj

**Vishal**: hey arj. Just waiting for mike, he's, uhm, rejoining

**Amy**: there he is

**Mike**: hello guys, there we go

**Vishal**: good morning arj, how are you feeling

**Mike**: not able to hear you

**Vishal**: ya

**Arj**: can you hear me now?

## Exhibit K.1 - Zoom Transcript

**Vishal**: not very clearly no

**Arj**: hi can you hear me?

**Vishal**: yeah much better

**Vishal**: sounds good, how are you feeling

**Arj**: like a lot better, finally slept for a couple weeks, properly

**Arj**: um, so I um, and now I'm off meds and everything and they've said that um .. they want me to build a work life balance, it's something I've never really had

**Arj**: so like I know it's only five hours a day for now, but we can update that, weekly, as uh .. as the doctor says

**Arj**: I've also been you know, participating in therapy, with um. To learn how to control my emotions better and anger management sort of situations. Which uh. You know, I think, it's always been a problem for me. Um. It usually happens when I don't sleep. And um. I have a tendency to get like very obsessed about .. things ..

**Arj**: so I would get very obsessed with um. But anyhow it doesn't excuse the actions that I did, I'm not trying to make an excuse or a reason.

**Arj**: I'm just saying, I feel better now, and I think that .. you know I've been sorta keeping up, umm with you know with Robert Chris and Jeffrey about what's happening.

**Arj**: and, um I mean I really think there's some knowledge transfer that needs to happen, even if maybe it's not a culture fit. I kind of agree maybe it's not a culture fit between me and checkmate.

**Vishal**: Arj I'll uh just stop you right there uh. ==This call is to let you know that you're being terminated with immediate effect. Right now, right this second.== It has nothing to do with the history, it has nothing to do with anything we have discussed in the past. Or the choice we gave for demotion, and the outburst, it has nothing to do with that. It has purely to do with the fact that you reached out to a competitor, asking to join them, and bring two of the engineers along with you. I have the emails, with me right now.. It is so disappointing arj, I fought for you ..

**Arj**: yeah but you .. you didn't pay me my thing so I thought you guys were trying to screw me over

**Vishal**: sure, so this call is to tell you that because of that action, ==irrespective of anything that has happened in the past, you're being terminated with immediate effect.== And. We can take one of two courses from here. We can either work out a final settlement solution. Or you can get a lawyer involved. either way is fine with us, but I just wanted to let you know that the email you sent out to a competitor, is in my possession. Possession. *both* the emails you sent to them. And that is not acceptable, at all.

## Exhibit K.1 - Zoom Transcript

**Vishal**: we were looking to work out a solution. Until Friday afternoon, I was fighting for you Arj. I really thought we could still make this work. Not anymore. Because that is one thing we can not be OK with.

**Arj**: but I didn't .. I thought you were going to terminate me anyway. This is why I reached out. I didn't .. If you had. Look. I apologize for that. It was a act of .. desperation.

**Vishal**: Arj, not acceptable. Not acceptable. Every single apology you've given. I've had a discussion right, every single time. This is not acceptable. Point blank. This is the end of the call. All of your access will be terminated. All the team members will be informed about this. So you can choose to. We're leaving this up to you now, on whether you want to, you know work out a solution between us, or you want to get lawyers involved.

**Arj**:ok, what is your proposed what is your proposed settlement

**Vishal**: we will review and get back to you on that

**Mike**: that's not what this call is about. Yeah.

**Vishal**: that is not what we're here to talk about, we can review and get back to you. But at this moment we just wanted to make something absolutely clear. You're being completely terminated with no regard to anything else that has happened in the past, and it is only because you have reached out to a competitor, and you have offered to bring and poach two of the engineers from this company, which is a clear violation of the non solicitation. So umm. That's the extent of this call and uh we will be in touch

**Arj**:well I wasn't technically, well, I was on leave right? I wasn't actually in the company.

**Vishal**: Arj, it's not a discussion

**Arj**: I didn't I didn't reach out to him prior to being disconnected from checkmate, which I thought was anticipation of being fired

**Vishal**: Arj like I'm saying you can either get a lawyer to have these discussions. But the decision we are communicating to you is not up for discussion. Um. Mike, Amy anything you want to add please?

**Mike**: no.just if you want to, if you want to negotiate a settlement with us, then reach out directly. uh If you'd rather turn that over to uh a lawyer to represent you that's fine as well. We have one all ready to go. So let us know. ball's in your court.

**Arj**: umm .. well I mean I'm open to discussing it now or in a few minutes

**Mike**: no, that's not the point of this call. So, is that your formal. Are you electing to try to negotiate it directly without a lawyer, is that your option is, your choice?

**Arj**: well I mean it depends on like what what sort of negotiation, but I'll start with that

**Mike**: no no Arj.

**Vishal**: that's fair

**Exhibit K.1 - Zoom Transcript**

**Mike**: if that's the case, we'll let Amy Vishal and I discuss and we'll reach out to you for a meeting and a proposal and we'll see how far it goes. If that doesn't go anywhere we'll just turn it over to the professionals. That's fine. So you want to try to do this ourselves, is that your choice?

**Arj**: uh for now, yes

**Mike**: so alright ok. Ok. Good. We'll get back to you with what our thoughts are and communicate with you via email.

**Vishal**: sounds good, Amy mike can you just stay back for a second please?

[Plaintiff ("Arj") leaves the call]

**Mike**: for sure

**Vishal**: umm, i have the emails
mike: wow, well well handled. He has not got a leg to stand on, yeah, so

**Vishal**: I I was thinking about this last night. I'm like. If there's a 0.001% chance that he did not send that those emails, we would be completely screwed. He's on medical leave, in [this|his] condition, we fired him for something that's not true.

**Vishal**: so, um pulled some favors last night. Um. Today morning we have the emails. I'll forward it to both of you. It's not pretty.

**Mike**: mmhmm yeah

**Amy**: he tried to .. the leave part, you're still employed with the company on leave .. so he's wrong in that thought process.

**Mike**: he's grasping at straws yeah

**Vishal**: mike, umm, we have 20 minutes, do you want to call the voice ai team over. And Amy can be a part of that call too.

**Mike**: yeah yeah. Let me umm.

**Vishal**: it's too early, too short of a notice.

**Mike**: well I don't. that's a question I don't have. Jeff and Robert kind of know they are kind of already on standby. Chris and Mansour are already up. Umm. So let me reach out and find out if they are available and up for a call right now and I'll put it together real quick.

**Vishal**: ok I have a window. Something got cancelled At 12 eastern. So I think I can do a call

**Mike**: Amy can you do 12 eastern Amy

**Amy**: yes I can

<span style="color:red">**Exhibit K.1 - Zoom Transcript**</span>

**Mike**: I can definitely wake everyone up by then.

**Vishal**: ok

**mike**: ok so I'll just schedule that meeting with us three and all the voice people, and I'll just hit em all on text and slack and let them know there's a meeting at 9

**Amy**: you may talk to Robert and Jeffrey and I forgot the third person, separately as well. <mark>They obviously were communicating with him, when they should not have been.</mark>

**Vishal**: Chris

**Mike**: Yeah i'm, i'm. Pretty sure. The only person I haven't connected with is Pranav. Um. But everybody. So yeah. So I'm in a good place with pretty much everybody. Pranav is the only one. Pretty much everyone else I talk to is pretty much ready. They're like Pranav is so bought in he's committed to the company. <mark>Everyone's looking at Arj for who he is.</mark> So I think we're in a good place. We'll handle it at noon, eastern, and I'll go ahead and set that up right now.

**Vishal**: Amy you'll handle all the off boarding process?

**Amy**: We'll <mark>I'll have to send Mike the off boarding, since he's the manager.</mark> I'l send to him right now

**Vishal**: ok. You'll see in the email he reached out twice over two days, so it was not a momentary lapse momentary lapse in judgement

**Mike**: yeah yeah geez ok. Hahaha

**Amy**: thanks

**Vishal**: thanks

# EXHIBIT K-2

Fathom.video AI Summary

**Exhibit I - Fathom.video AI Summary**



**Exhibit I - Fathom.video AI Summary**

- Arjun's status as "on leave" doesn't exempt him from non-solicitation agreement

**Arjun's Response and Attempted Justification**

- Arjun claimed he thought he was going to be terminated anyway, prompting his actions
- Attempted to argue he wasn't technically with the company as he was on leave
- Expressed willingness to negotiate, mentioning he has a lawyer available

**Next Steps and Settlement Options**

- Company offered two paths: work out final settlement or involve lawyers
- Arjun tentatively agreed to try negotiating directly without lawyers
- Mike, Vishal, and Amy to discuss and present a proposal to Arjun

**Post-Call Discussion**

- Confirmed Arjun sent emails on two separate days, not a momentary lapse
- Team expressed confidence in loyalty of other team members, particularly Pernav
- Amy to handle offboarding process, sending documents to Mike

**Planned Follow-up Meeting**

- Scheduled for 12 PM Eastern with voice team members
- Mike to notify Robert, Jeffrey, and others via text and Slack
- Amy included to participate in the discussion

**Next Steps**

- Mike to set up meeting with voice team for 12 PM Eastern
- Amy to send offboarding documents to Mike
- Team to formulate settlement proposal for Arjun
- Monitor and secure company assets/access points following Arjun's termination
- Prepare communication strategy for informing relevant team members about the situation

---

## Action Items

☐ Forward Arjun's emails to competitor to Amy and Mike

Vishal Agarwal

☐ Initiate standard termination procedures for Arjun (access revocation, team notification, etc.)

Amy Brown

2 of 3

**Exhibit I - Fathom.video AI Summary**

4/5/25, 3:44 AM                                    Gmail - Recap of your meeting with ItsaCheckmate

☐ Draft settlement proposal for Arjun. Schedule follow-up meeting to
discuss
Mike Bell

☐ Schedule 12PM EST meeting w/ voice team. Notify Robert, Jeffrey,
Chris, Mayur via text/Slack
Mike Bell

☐ Prepare/send offboarding docs to Mike for Arjun's termination
Amy Brown

**View Recording & Summary**

Fathom is the award-winning AI notetaker that takes brilliant meeting notes. Sign up for FREE at fathom.video

⭐⭐⭐⭐⭐          zoom

https://fathom.video/share/j-ZStSqCq9Z7mRriEnHs6R7dxy7Aqixp?tab=summary

# EXHIBIT K-3

Fathom/Zoom Screenshots

**Exhibit K.3 - Termination Screenshots**





**Exhibit K.3 - Termination Screenshots**



<u>https://fathom.video/share/j-ZStSqCq9Z7mRriEnHs6R7dxy7Aqixp?tab=summary</u>