FILED

CLERK, U.S. DISTRICT COURT

11/12/2025

CENTRAL DISTRICT OF CALIFORNIA

BY ___ gsa ___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Arjun Vasan**,

    Plaintiff and Counter-Defendant

    vs.

**Checkmate.com, Inc.**,

(dba "Checkmate"),

    Defendant and Counterclaimant

Case No.:  2:25−cv−00765−MEMF−ASx

Hon. Alka Sagar | DISCOVERY MATTER

**NON-PARTY VASAN VARADARAJAN'S REQUEST FOR REMOTE APPEARANCE**

Complaint Filed: January 28, 2025

Hearing Date: November 20, 2025

Hearing Time: 11:00 A.M.

Courtroom: 540

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

    I, Non-party Vasan Varadarajan ("Movant"), respectfully submits this motion to request permission to appear remotely for the hearing scheduled on November 20, 2025 at 11:00 A.M. in the above-referenced matter.

**DECLARATION OF GOOD CAUSE**

1. Reasons

    • I have a heightened risk of illness due to multiple medical conditions, which could be exacerbated by travel to the courthouse.  I have a note from my doctor recommending remote appearance

• I am a caregiver to my elderly relative who lives with me currently and absence from my home due to travel for this non-critical hearing would pose an undue hardship.

2. Remote Appearance Technology:

• I have a reliable internet connection, a computer with a camera and microphone/headphones, and will be in a private room with no distractions.

3. Court procedures:

• I have reviewed this courts civil procedures on Video appearances and will comply with those rules.

*I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Respectfully submitted,

Executed: November 12, 2025                              _/s/ *Vasan Varadarajan*_____

In: Cerritos, California                              Vasan Varadarajan, Non-Party