LODGED
CLERK, U.S. DISTRICT COURT
11/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**, <br><br>   Plaintiff and Counter-Defendant <br><br> vs. <br><br><br> **Checkmate.com, Inc.**, <br>(dba "Checkmate"), <br><br>   Defendant and Counterclaimant | Case No.: 2:25−cv−00765−MEMF−ASx <br> Hon. Alka Sagar \| DISCOVERY MATTER <br><br> **[PROPOSED] ORDER GRANTING NON PARTY REQUEST FOR REMOTE APPEARANCE** <br><br> Complaint Filed: January 28, 2025 <br> Hearing Date: November 20, 2025 <br> Hearing Time: 11:00 A.M. <br> Courtroom: 540 |

   Having considered Non-Party Vasan Varadarajan's motion, the papers, and the record, the Court GRANTS IN PART the motion and ORDERS as follows:

**I. Order regarding Remote appearance**

   **A. Non-Party Mr. Varadarajan may appear through remote technology**

   IT IS SO ORDERED

Dated: _____, ____                                    _____

                                                                                          ALKA SAGAR

                                                                         United States Magistrate Judge

1