# **EXHIBIT A**

## Makitalo, Rebecca I.

| | |
|---|---|
| **From:** | Makitalo, Rebecca I. |
| **Sent:** | Tuesday, August 12, 2025 12:44 PM |
| **To:** | Arjun Vasan |
| **Cc:** | Keech, Ryan Q.; Chiu, Stacey G. |
| **Subject:** | Re: Joint 26(f) Report |

Mr. Vasan,

We agreed that you would send your draft on Monday so that we could incorporate your sections into the joint report. We did not receive your draft yesterday, so we did not send a combined joint report. Once we receive your sections, we will prepare the combined draft and send it to you for your review and authorization to file jointly, as you requested.

Please advise when we can expect your sections.

Thank you,

**Rebecca Makitalo**
Associate
K&L Gates LLP
10100 Santa Monica Blvd
8th Floor
Los Angeles, CA 90067
Phone: 310 552-5502
Cell: 818 251-6956
rebecca.makitalo@klgates.com
www.klgates.com

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Tuesday, August 12, 2025 12:30:19 PM
**To:** Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>
**Cc:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Re: Joint 26(f) Report

**This Message Is From an External Sender**
This message came from outside your organization.

Ms. Makitalo,

As discussed on our August 11 call, you agreed to send Checkmate's draft Joint Rule 26(f) Report on Monday, and I would send my sections upon receipt. I memorialized that understanding in my email yesterday morning.

Please send your draft today by 2:00 p.m. PT. I will turn my sections within 4 hours of receipt so we can meet the Court's August 14 deadline.

If you prefer a simultaneous exchange instead, I'm fine to exchange drafts at 5:00 p.m. PT today.

If I don't receive your draft (or a confirmed simultaneous-exchange time) by the above, I will file my portions in a separate submission, with a brief Rule 26(f)(2) statement describing our meet-and-confer and my ongoing willingness to consolidate upon receipt of your draft.

Best regards,

Arjun Vasan

> On Tue, Aug 12, 2025 at 12:19 PM Arjun Vasan <arjun.vasan@gmail.com> wrote:
>
> My notes say, specifically, that I would have my draft ready on Monday, and would exchange it as soon as you sent your draft.
>
> You agreed to that proposition.
>
> Best regards,
> Arjun
>
> On Tue, Aug 12, 2025 at 12:15 PM Arjun Vasan <arjun.vasan@gmail.com> wrote:
>
>> That's not what i underastood from the call, i said i would have mine ready and would send when you send so that we can review at the same time.
>>
>> Sent from Gmail Mobile
>>
>> On Tue, Aug 12, 2025 at 8:34 AM Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com> wrote:
>>
>>> Mr. Vasan,
>>>
>>> Pursuant to your request for Checkmate to file the joint report, you were to send your draft sections on Monday for us to incorporate into the joint report. We have not yet received anything from you. Once I receive your sections, I will incorporate and send you a proposed final draft for review so that we can file the report by the Court's August 14, 2025 deadline.
>>>
>>> Please confirm that you will be sending your sections promptly.
>>>
>>> Thank you,
>>>
>>> **Rebecca Makitalo**
>>> Associate
>>> K&L Gates LLP
>>> 10100 Santa Monica Blvd
>>> 8th Floor
>>> Los Angeles, CA 90067
>>> Phone: 310 552-5502
>>> Cell: 818 251-6956
>>> rebecca.makitalo@klgates.com
>>> www.klgates.com

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Tuesday, August 12, 2025 4:57 AM
**To:** Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Keech, Ryan Q. <Ryan.Keech@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Joint 26(f) Report

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

You indicated on the call that you would send the Rule 26(f) draft joint report to me by yesterday, August 11, 2025. I note that you did not do so.

Best regards

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Rebecca.Makitalo@klgates.com.