# **EXHIBIT D**

**Makitalo, Rebecca I.**

| | |
|---|---|
| **From:** | Makitalo, Rebecca I. |
| **Sent:** | Thursday, August 14, 2025 7:11 PM |
| **To:** | Arjun Vasan |
| **Cc:** | Keech, Ryan Q.; Chiu, Stacey G. |
| **Subject:** | RE: Joint Rule 26(f) — Word draft attached for redline; return by 6:30 pm PT |

As I have already stated, I will do my best to return the draft as soon as possible. However, your expectation for a one-hour turnaround will unlikely be met. I appreciate your understanding.

Thank you,

**Rebecca Makitalo**
Associate
K&L Gates LLP
10100 Santa Monica Blvd
8th Floor
Los Angeles, CA 90067
Phone: 310 552-5502
Cell: 818 251-6956
rebecca.makitalo@klgates.com
www.klgates.com

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Thursday, August 14, 2025 6:39 PM
**To:** Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>
**Cc:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Re: Joint Rule 26(f) — Word draft attached for redline; return by 6:30 pm PT

> **This Message Is From an External Sender**
> This message came from outside your organization.

For clarity, I meant 7:30pm in all places (6:30 was from an earlier draft). Please return by that time, because I am going out then.

Best,
Arjun Vasan

On Thu, Aug 14, 2025 at 6:34 PM Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com> wrote:

> Received, thank you. I will do my best to return edits to you as soon as possible.
>
> Rebecca Makitalo

1

Associate

K&L Gates LLP
10100 Santa Monica Blvd

8th Floor

Los Angeles, CA 90067

Phone: 310 552-5502

Cell: 818 251-6956

rebecca.makitalo@klgates.com

www.klgates.com

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Thursday, August 14, 2025 6:24 PM
**To:** Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Keech, Ryan Q. <Ryan.Keech@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Subject:** Joint Rule 26(f) — Word draft attached for redline; return by 6:30 pm PT

Counsel,

Attached is the Word (.docx) combined draft with your sections inserted verbatim and labeled Defendant's Position. The document is set to Track Changes. Please return a redline by 6:30 pm PT.

- Do not edit text labeled "Plaintiff's Position." If you disagree, edit your "Defendant's Position."
- Only mark "Joint" where we both confirm agreement in writing.
- If no redline arrives by 7:30 pm PT, I will file my PDF with Exhibit A (your PDF), the relevant email threads and note that you elected not to provide edits in time.

For clarity: I did not agree to waive phasing, to adopt TIFF/.dat/.lfp defaults, to a clawback that revives pre-suit waivers, or to declare the MCL "unnecessary." The report will reflect split positions on those points.

Best,

Arjun

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Rebecca.Makitalo@klgates.com.