UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 25-00765-MEMF (ASx) | Date | November 18, 2025 |
|---|---|---|---|
| Title | Arjun Vasan v. Checkmate.com Inc. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):** **ORDER DENYING NON-PARTY'S REQUEST FOR REMOTE APPEARANCE (DKT. NO. 123)**

On November 12, 2025, Non-Party Vasan Varadarajan, appearing *pro se*, filed a request to appear remotely at the hearing, scheduled for November 20, 2025, on (1) Defendant's motion to compel non-party's compliance with a subpoena for deposition testimony and document production and for contempt; and (2) Non-Party's motion for a protective order and to quash or modify the subpoena. (Dkt. No. 123). Although entered on the docket on November 17, 2025, the request is dated November 12, 2025, and is timely.

Non-Party asserts that he is unable to appear in court due to an unspecified medical condition and his need to care for an elderly relative. Id.  The request for remote appearance is DENIED for failure to show good cause.  Non-party has not only failed to provide any documentation or support for his asserted inability to appear in Court in-person, but has also failed to establish an inability to secure alternative caregiving arrangements, given ample notice of the hearing on November 20, 2025. See Dkt. Nos. 105, 107.

Furthermore, the Court finds the issues raised in the motions before the Court, including Defendant's repeated attempts to secure compliance with the subpoena, despite Non-Party's recalcitrance, will be more effectively addressed in an in-person hearing.

Failure to comply with this Order may result in monetary sanctions or other appropriate sanctions.

**IT IS SO ORDERED.**

cc:  Maame Ewusi-Mensah Frimpong
     United States District Judge