Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Arjun Vasan**,<br><br>　　　Plaintiff and Counter-Defendant<br><br><br>　　vs.<br><br><br>**Checkmate.com, Inc.**,<br>(dba "Checkmate"),<br>　　　Defendant and Counterclaimant | Case No.:  2:25-cv-00765-MEMF-ASx<br>Hon. Alka Sagar \| DISCOVERY MATTER<br><br>**NOTICE OF WITHDRAWAL OF REPLY AND NOTICE OF UNTIMELY OPPOSITION (DKT. 122); NOTICE OF SUPERSEDING FILING (DKT. 127)**<br><br>Complaint Filed: January 28, 2025<br>Hearing Date: December 2, 2025<br>Hearing Time: 11:00 A.M.<br>Courtroom: 540 |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

　　　I hereby withdraw my earlier filed Reply in support of my motion to compel discovery, determine sufficiency and for a protective order phasing discovery (Dkt. 122) and notice of failure to timely oppose. Since then, Checkmate has filed an untimely opposition. I will shortly file an updated reply and objection to address the arguments made therein (at Dkt. 127).

**Dated**: November 18, 2025

In **Cerritos, California**

_/s/ Arjun Vasan_____

**Arjun Vasan,** Plaintiff In Pro Per

i