# **EXHIBIT B**

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Monday, May 5, 2025 5:07 PM
**To:** Chiu, Stacey G. <Stacey.Chiu@klgates.com>
**Cc:** Huey, Gabriel M. <Gabriel.Huey@klgates.com>
**Subject:** Re: Meet and Confer – Anticipated Motion for Protective Order (Witness Fear of Retaliation) [KLG-USW_ACTIVE01.FID1763388]

**This Message Is From an External Sender**
This message came from outside your organization.

Because I will crush them, and you .. let me be clear. You will be ***completely*** crushed.

Should you persist in your idiocy, your client will be eliminated (entirely), and K&L Gates will be humiliated .. by an insufferable *pro se*. Your careers will be ruined, and I will ensure that the press is well aware.

I will show no mercy. None whatsoever. So give up now, or face the fury of a hacker scorned.