# **EXHIBIT C**

| | |
|---|---|
| **From:** | Arjun Vasan |
| **To:** | Huey, Gabriel M.; Chiu, Stacey G.; Makitalo, Rebecca I.; Keech, Ryan Q. |
| **Subject:** | 925 Election and Demand for Withdrawal |
| **Date:** | Thursday, June 26, 2025 10:26:12 AM |

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Counsel,

Now that the Central District of California has established its jurisdiction over this dispute—which you have agreed is "the same" as your New York action—and has held that Section 925 applies not just to my offer letter, but to the entire transaction (as the merger was a condition of employment), I hereby elect, as is my right, to *void every forum-selection and choice-of-law clause in any of the parties' agreements*.

As the law makes clear, the provision **itself** is voidable, and my election applies in any Jurisdiction under the laws of these United States.

Under the Supremacy Clause, and full faith and credit, federal and state courts in other jurisdictions (including SDNY) are required to respect my statutory rights under California law, especially when the California federal court has already so ruled

Accordingly, I expect that you will promptly and voluntarily dismiss, with prejudice, your retaliatory and frivolous New York Action, and halt your attempt to burden me and the courts any further.

Best regards,

Arjun Vasan



Sent from Gmail Mobile