# **EXHIBIT D**

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Thursday, June 26, 2025 5:34:41 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>
**Subject:** unconditional surrender - I strongly recommend it while I retain the capacity for mercy

**This Message Is From an External Sender**
This message came from outside your organization.

Nothing Further,
Arjun Vasan