# <u>EXHIBIT J</u>

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Thursday, July 3, 2025 3:22:18 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Huey, Gabriel M. <Gabriel.Huey@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>
**Cc:** Mike Bell <michaelb@itsacheckmate.com>; Vishal Agarwal <vishal@itsacheckmate.com>
**Subject:** URGENT: last warning before actions on July 4, 2025.

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Counsel,

As I have stated multiple times, my patience with your client's actions are at a head. If, *by tomorrow*, I do not see full and complete submission to my demands, I will consider this failure a statement of intent by your client and proceed accordingly. This course of action is not desirable. I wish to move on. But your client, apparently, does not.

I do not care about holidays or weekends or for that matter hours, I work 24-7-365. So, as far as I am concerned, every day is as good as the other. I believe the law doesn't distinguish either.

Best regards, and best of luck,
Arjun Vasan