# **EXHIBIT K**

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Friday, July 4, 2025 1:30:52 PM
**To:** Chris Lam <chrislam.contact@gmail.com>; robert nessler <robert.nessler@gmail.com>; Keech, Ryan Q. <Ryan.Keech@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>; Huey, Gabriel M. <Gabriel.Huey@klgates.com>; Mike Bell <michaelb@itsacheckmate.com>
**Subject:** Last chance

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Counsel,

Please understand that from tomorrow onwards there will be no opportunity to settle. I am done with this.

Surrender now or expect complete annihilation.

- Arjun


Sent from Gmail Mobile