# **EXHIBIT L**

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Sunday, July 20, 2025 9:55:40 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>
**Subject:** Carl von Clausewitz, On War (1832)

**This Message Is From an External Sender**
This message came from outside your organization.

The destruction of the enemy's forces is always the means by which the aim of war is achieved; the aim is the overthrow of the enemy and the compulsion of his will.

Best Regards,
Arjun Vasan