# **EXHIBIT N**

**Makitalo, Rebecca I.**

| | |
|---|---|
| **From:** | Arjun Vasan <arjun.vasan@gmail.com> |
| **Sent:** | Thursday, August 14, 2025 9:06 PM |
| **To:** | Makitalo, Rebecca I. |
| **Cc:** | Keech, Ryan Q.; Chiu, Stacey G. |
| **Subject:** | Re: Joint Rule 26(f) — Word draft attached for redline; return by 6:30 pm PT [KLG-AMERICAS.FID3718879] |
| **Attachments:** | 26f-joint-report - AV Edits - 9-03PM.docx |

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Withdraw or hold in abeyance the subpoena to Vasan Varadarajan until the Rule 16 Scheduling Conference sets phasing. He is a nonparty family member with, at most, limited Phase-1 relevance. Under Rules 26(b)(1), 26(b)(2)(C), and 45(d)(1), you must avoid undue nonparty burden and use less burdensome party sources (Agarwal, Bell, Myself, Rule 30(b)(6)) first. He has already submitted a declaration; a broad deposition now is cumulative and harassing and premature given the pending phasing dispute.

If you will not stipulate to a hold through the Scheduling Conference, I will move for a protective order and seek fees.

Please see the latest modifications to Plaintiff's sections. Please send as soon as possible with confirmation of no further edits from Checkmate's end.

Best,

Arjun