| AO 436 (Rev. 04/13) *Read Instructions.* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME Vasan Varadarajan | 2. PHONE NUMBER (562) 448-2878 | 3. EMAIL ADDRESS vsvconsult@gmail.com | |
| 4. MAILING ADDRESS 12615 193rd Street | 5. CITY Cerritos | 6. STATE CA | 7. ZIP CODE 90703 |
| 8. CASE NUMBER 2:25-cv-00765-MEMF-ASX | 9. CASE NAME Arjun Vasan v. Checkmate.c | DATES OF PROCEEDINGS 10. FROM 11/20/2025 | 11. TO 11/20/2025 |
| 12. PRESIDING JUDGE Hon. Alka Sagar | | LOCATION OF PROCEEDINGS 13. CITY Los Angeles | 14. STATE CA |

### 15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY *(Specify Witness)* | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING *(Specify)* | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER *(Specify)* Recording of entire hearing | 11/20/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [x] RECORDABLE COMPACT DISC - CD | 1 | |
| [ ] ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| ESTIMATE TOTAL | | 0.00 |

34

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE *Vasan. V.S.* | 19. DATE 12/1/2025 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER | |
|---|---|---|---|---|---|
| | DATE | BY | | | |
| ORDER RECEIVED | | | | DEPOSIT PAID | |
| DEPOSIT PAID | PAID DEC - 4 2025 CLERK, U.S. DISTRICT COURT COURT 4612 | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY