UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-00765-MEMF (ASx) | Date | December 19, 2025 |
|---|---|---|---|
| Title | *Arjun Vasan v. Checkmate.com Inc.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER RE IDC REQUEST**

Plaintiff has requested an informal discovery conference ("IDC") with the Court to address Defendant's failure to modify a subpoena. The parties are reminded that <u>IDC requests must be jointly submitted</u>. *See* Judge Sagar's Procedures. The Court encourages the parties to meet and confer regarding their outstanding discovery disputes, and to consider submitting either a <u>joint</u> request for an IDC or a motion to compel discovery responses in compliance with Rule 37.

**IT IS SO ORDERED.**

cc:   Maame Ewusi-Mensah Frimpong
      United States District Judge

                                                                    0  :  00
                                        Initials of Preparer    AF