# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-00765-MEMF-ASx | Date | **January 8, 2026** |
| Title | **Arjun Vasan v. Checkmate.com Inc.** | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Arjun Vasan **(Pro Se)** | Rebecca Makitalo |
| | Ryan Q. Keech |

**Proceedings: PLAINTIFF'S MOTION FOR SANCTIONS [121]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**