# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHECKMATE.COM, INC.,<br><br>　　　　Defendant.<br>_____<br>CHECKMATE.COM, INC.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>ARJUN VASAN,<br><br>　　　　Counterclaim-Defendant. | Case No. 2:25-CV-00765-MEMF-AS<br><br>Magistrate Judge Alka Sagar<br><br>DISCOVERY MATTER<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE THE DEPOSITION OF VASAN VARADARAJAN**<br><br>Complaint Filed: January 28, 2025<br>Amended Complaint Filed: February 21, 2025 |

The Court, having considered the Joint Stipulation to Postpone the Deposition of Vasan Varadarajan ("Joint Stipulation") and finding good cause therefor, hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

The Court's December 1, 2025 Order compelling Mr. Varadarajan to appear for deposition in person at the offices of K&L Gates in Los Angeles on January 12, 2026 (Dkt. 131 ("After hearing from the parties, the Court sets V. Varadarajan's deposition for January 12, 2026.")), shall be modified so as to postpone Mr. Varadarajan's obligation to appear for two (2) weeks, to **January 26, 2026**, and shall otherwise remain unmodified and in full force and effect.

**IT IS SO ORDERED**.

Dated: _____          _____

                                                     Honorable Alka Sagar
                                                     United States Magistrate Judge