# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHECKMATE.COM, INC.,<br><br>　　　　　Defendant.<br>―――――――――――――――<br>CHECKMATE.COM, INC.,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>ARJUN VASAN,<br><br>　　　　　Counterclaim-Defendant. | Case No. 2:25-CV-00765-MEMF(ASx)<br><br>Magistrate Judge Alka Sagar<br><br>DISCOVERY MATTER<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO POSTPONE THE DEPOSITION OF VASAN VARADARAJAN**<br><br><br><br>Complaint Filed: January 28, 2025<br>Amended Complaint Filed: February 21, 2025 |

1  The Court, having considered the Joint Stipulation to Postpone the Deposition
2  of Vasan Varadarajan ("Joint Stipulation") and finding good cause therefor, hereby
3  **GRANTS** the Joint Stipulation and **ORDERS** as follows:
4  The Court's December 1, 2025 Order compelling Mr. Varadarajan to appear
5  for deposition in person at the offices of K&L Gates in Los Angeles on January 12,
6  2026 (Dkt. 131 ("After hearing from the parties, the Court sets V. Varadarajan's
7  deposition for January 12, 2026.")), shall be modified so as to postpone Mr.
8  Varadarajan's obligation to appear for two (2) weeks, to **January 26, 2026**, and shall
9  otherwise remain unmodified and in full force and effect.

**IT IS SO ORDERED**.

Dated: January 9, 2025

_____/ s / Sagar_____
Honorable Alka Sagar
United States Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE THE DEPOSITION OF VASAN VARADARAJAN

1605089103.2