1
2
3
4
5
6
7
8
9
10

LODGED
CLERK, U.S. DISTRICT COURT
1/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  ARJUN VASAN,<br>12<br>13             Plaintiff,<br>14      v.<br>15  CHECKMATE.COM, INC.,<br>16<br>17             Defendant.<br>18  CHECKMATE.COM, INC.,<br>19<br>20             Counterclaim-Plaintiff,<br>21      v.<br>22  ARJUN VASAN,<br>23<br>24             Counterclaim-Defendant.<br>25 | Case No. 2:25-CV-00765-MEMF-AS<br><br>Magistrate Judge Alka Sagar<br><br>DISCOVERY MATTER<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL REMOTE DEPOSITION OF VASAN VARADARAJAN**<br><br><br><br>Complaint Filed: January 28, 2025<br>Amended Complaint Filed: February 21, 2025 |

26
27
28

[PROPOSED] ORDER GRANTING MOTION TO COMPEL REMOTE DEPOSITION OF VASAN VARADARAJAN

1605089103.2

The Court, having considered the Motion to compel Remote Deposition, finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

The Court's December 1, 2025 Order compelling Mr. Varadarajan to appear for deposition in person at the offices of K&L Gates in Los Angeles on January 26, 2026 shall be modified so as to take place by Remote Video Conferencing, and shall otherwise remain unmodified and in full force and effect.

**IT IS SO ORDERED**.

Dated: _____      _____

Honorable Alka Sagar
United States Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE THE DEPOSITION OF VASAN VARADARAJAN

1605089103.2