Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arjun Vasan**, <br> Plaintiff, <br> vs. <br> **Checkmate.com, Inc.**, <br> (dba "Checkmate"), <br> Defendant. | Case No.: 2:25−cv−00765−MEMF−ASx <br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **NOTICE OF RELATED CASE(S) PURSUANT TO L.R. 83-1.3** <br><br> **Complaint Filed: January 28, 2025** |

**TO THE HONORABLE COURT:**

Plaintiff Arjun Vasan ("AV") hereby files this Notice of Related Case(s) pursuant to C.D. Cal. Local Rule 83-1.3.

**I.    PRESENT CASE**

Case Name: **Arjun Vasan v. Checkmate.com, Inc.**

Case Number: **2:25-cv-00765-MEMF-ASx**

Judge Assigned: Hon. Maame Ewusi-Mensah Frimpong (presiding)

Magistrate Judge: Hon. Alka Sagar

II. **RELATED CASE**

Case Name: **Robert Nessler v. Checkmate, Inc., et al.**

Case Number: **2:26-cv-00767-JAK-MBK**

Judge Assigned: Hon. John A. Kronstadt (presiding)

Magistrate Judge: Hon. Michael B. Kaufman

III. **BASIS FOR RELATIONSHIP**

The above-captioned cases are related because (check all that apply):

☒ The cases arise from the same or substantially identical transaction, happening, or event.

☒ The cases involve the same or substantially identical parties and/or property.

☒ The cases involve substantially identical claims, defenses, or issues of law or fact.

IV. **EXPLANATION OF RELATIONSHIP**

This action and the related action arise from the same "acquihire" transaction and the same course of conduct. In both matters, Checkmate and related individuals allegedly induced Plaintiff and his cofounders to abandon their independent startup, surrender proprietary work product, and commit exclusively to Checkmate based on inflated valuation representations, promised job security, and assurances of fair partnership. Although the Related Case names one additional defendant, the actions share a common nucleus of operative facts and litigating them before different judges would create substantial duplication of judicial and party resources.

Both cases further concern Defendants' alleged repudiation of core obligations, the asserted use of indemnification threats as leverage, and retaliatory conduct tied to cofounders' efforts to enforce their rights arising out of the same transaction. The actions will therefore involve overlapping parties, witnesses, documents, and common questions of law and fact. Absent related-case assignment, the matters would substantially duplicate judicial and party labor and risk inconsistent rulings on overlapping factual and legal issues.

In addition, without commenting on the *truth* of any allegations, the *filing* of the Related Case bears on issues pending in this action, including overlapping questions regarding party

joinder (Rules 12(b)(7)/19) and the role/identity of counsel referenced in the parties' filings and hearing statements (including statements concerning Grant Thomas, Mr. Nessler's attorney).

### V.    CERTIFICATION

The undersigned certifies that the above-referenced cases are related within the meaning of C.D. Cal. L.R. 83-1.3, and that this Notice is filed in good faith.

Respectfully Submitted,

**Dated**: Wednesday, Jan 28, 2026,

In Cerritos, CA                         */s/ Arjun Vasan*

By: _____

**Arjun Vasan**
Plaintiff In Pro Per