UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 25-00765-MEMF (ASx) | Date | January 29, 2026 |
|---|---|---|---|
| Title | Arjun Vasan v. Checkmate.com Inc. | | |

s

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**   ORDER DENYING AS MOOT NON-PARTY'S REQUEST FOR REMOTE APPEARANCE (DKT. NO. 147)

On January 22, 2026, Non-Party Vasan Varadarajan, appearing *pro se*, filed a motion to compel a remote deposition for his scheduled deposition on January 26, 2026. (Dkt. No. 147). The motion, which was signed on January 14, 2026, and file stamped January 20, 2026, was not entered on the Court's electronic docket until January 28, 2026. *Id*. The delayed entry may have been due to the unexpected power failure at the First Street Courthouse from January 22, 2026, through January 25, 2026, (*see* Dkt. No. 146), although it is not clear why the motion signed on January 14, 2026, was not presented for filing until almost one week later on January 22, 2026. In the motion, Mr. Varadarajan stated that if he did not receive a ruling on his motion, he would appear for his deposition in person on January 26, 2026. Because it appears that the deposition has already taken place, the Court denies the motion as moot.

**IT IS SO ORDERED.**

cc:   Maame Ewusi-Mensah Frimpong
United States District Judge