Trevor J. Lee (301107)
257 E. 200 S. #1050
Salt Lake City, UT 84111
trevor@hlh.law
435-800-2096

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARJUN VASAN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-cv-00765-MEMF-AS |
| v. | |
| CHECKMATE.COM INC. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Longson, Mitch M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Manning Curtis Bradshaw & Bednar PLLC
201 South Main Street
Suite 750
Salt Lake City, Utah 84111

801-363-5678    801-364-5678
*Telephone Number*    *Fax Number*

mlongson@mc2b.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Checkmate.com Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Lee, Trevor J.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Hoggan Lee Hutchinson
257 E. 200 S. #1050
Salt Lake City, UT 84111

301107    435-800-2096    _____
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

trevor@hlh.law
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge