1  BARRIENTOS PC
   J. Alejandro Barrientos (Bar No. 346676)
2  Alejandro@bts.law
   145 S. Fairfax Avenue, Suite 200-152
3  Los Angeles, CA 90036
   Tel:  626.551.4564
4  Fax:  626.427.6753

5  Attorney for Defendant-Counter Claimant
   CHECKMATE.COM INC.

6

7

8

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12                                         Case No. 2:25-cv-00765-MEMF-
   ARJUN VASAN,                            AS
13
            Plaintiff,
14                                         NOTICE OF WITHDRAWAL OF
        v.                                 PRIOR FILINGS (ECF NOS. 151,
15                                         153) AND INTENT TO SUBMIT
   CHECKMATE.COM INC.,                     CORRECTED FILINGS
16                                         RELATED TO COUNSEL FOR
            Defendant.                     CHECKMATE.COM INC.
17

18

19
   //
20
   //
21
   //
22

23

24

25

26

27

28

1    Defendant-counter claimant Checkmate.com Inc. ("Checkmate"), by

2    undersigned counsel, submits this notice regarding the withdrawal of prior

3    filings identified as deficient by the clerk of the court and its intent to file

4    corrected filings as follows:

5        1.    Checkmate initially retained law firm K & L Gates LLP to

6               represent it in this matter.

7        2.    Checkmate desires to substitute all attorneys from K & L Gates

8               LLP with Mitch M. Longson of Manning, Curtis, Bradshaw and

9               Bednar PLLC and J. Alejandro Barrientos of Barrientos PC.

10       3.    To effectuate the withdrawal of K & L Gates LLP, Checkmate,

11              through attorney Trevor Lee of Hoggan Lee Hutchinson, filed an

12              application for Mr. Longson to appear pro hac vice at ECF No.

13              151. A proposed order was submitted at ECF No. 152, though it

14              was not labeled as a proposed order. The clerk identified the

15              initial filing, ECF No. 151, as deficient because (i) Mr. Lee is

16              unable to serve as local counsel because he does not maintain an

17              office in this district and (ii) there was no proposed order

18              submitted as an attachment to the filing. Checkmate hereby

19              withdraws the prior application for Mitch M. Longson to appear

20              pro hac vice, ECF No. 151. Mr. Barrientos will file a new

21              application that addresses the issues identified by the clerk.

22       4.    Checkmate, through Mr. Lee, also submitted a request for

23              substitution of counsel that would replace all K & L Gates LLP

24              attorneys with Mr. Lee, which is at ECF No. 153. A proposed

25              order was submitted at ECF No. 154, though it was not labeled

26              as a proposed order. Checkmate hereby withdraws the request

27              for substitution of counsel, ECF No. 153. Mr. Barrientos shall file

28

1  a new request for substitution of counsel to relieve all K & L

2  Gates attorneys as counsel of record.

3      5.    Finally, Mr. Lee is currently listed as counsel of record for

4  Checkmate on the docket, though the Court has not yet ruled on

5  the application for substitution of counsel that would have

6  replaced the attorneys from K&L Gates with Mr. Lee, ECF

7  No. 153. For avoidance of doubt, Mr. Barrientos shall file a

8  request for substitution of counsel to relieve Mr. Lee as counsel of

9  record.

10

11

12                          Respectfully submitted,

13

14                          BARRIENTOS PC

15  DATED:  February 5, 2025    */s/ J. Alejandro Barrientos*

16                          J. Alejandro Barrientos

                        Attorney for Defendant

17                          Checkmate.com Inc.

18

19

20

21

22

23

24

25

26

27

28