Name and address:
Barrientos PC
J. Alejnadro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Ave., Suite 200-152
Los Angeles, CA 90036
T. 626.661.4564

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN<br><br>v.<br><br>CHECKMATE.COM INC.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:25-cv-00765-MEMF-AS<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Longson, Mitch M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

801-363-5678
*Telephone Number*

801-364-5678
*Fax Number*

mlongson@mc2b.com
*E-Mail Address*

of Manning Curtis Bradshaw & Bednar PLLC
201 South Main Street
Suite 750
Salt Lake City, Utah 84111
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Checkmate.com Inc.

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

**and designating as Local Counsel**

Barrientos, J. Alejandro
*Designee's Name (Last Name, First Name & Middle Initial)*

346676
*Designee's Cal. Bar No.*

626-551-4564
*Telephone Number*

626-427-6753
*Fax Number*

alejandro@bts.law
*E-Mail Address*

of Barrientos PC
145 S. Fairfax Ave., Suite 200-152
Los Angeles, CA 90036
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge