# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN<br><br>Plaintiff(s)<br><br>v.<br><br>CHECKMATE.COM INC.<br><br>Defendant(s) | CASE NUMBER<br><br>2:25-cv-00765-MEMF-AS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Checkmate.com Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  J. Alejandro Barrientos    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

145 S. Fairfax Ave., Suite 200-152
*Street Address*

Los Angeles, CA 90036          alejandro@bts.law
*City, State, Zip*               *E-Mail Address*

626-551-4564       626-427-6753       346676
*Telephone Number*   *Fax Number*       *State Bar Number*

as attorney of record instead of  Ryan Q. Keech, Stacey Glenn Chiu,
*List **all** attorneys from same firm or agency who are withdrawing.*

Rebecca Makitalo, Jacob Ryan Winningham

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**