# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN<br><br>Plaintiff(s)<br>v.<br>CHECKMATE.COM INC.<br><br>Defendant(s) | CASE NUMBER<br><br>2:25-cv-00765-MEMF-AS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Checkmate.com Inc.   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute   J. Alejandro Barrientos   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

145 S. Fairfax Ave., Suite 200-152
Los Angeles, CA 90036                          *Street Address*       alejandro@bts.law
*City, State, Zip*                                                                   *E-Mail Address*

626-551-4564                    626-427-6753                    346676
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of   Trevor Lee
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____                          _____
                                                U. S. District Judge/U.S. Magistrate Judge