# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARJUN VASAN, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cv-00765-MEMF-ASx |
| v. | |
| CHECKMATE.COM INC., | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 2/3/2026 | 151 | Pro Hac Vice Application |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 2/6/2026     By: _____
U.S. District Judge / ~~U.S. Magistrate Judge~~