# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN<br><br>Plaintiff(s)<br>v.<br>CHECKMATE.COM INC.<br><br>Defendant(s) | CASE NUMBER<br><br>2:25-cv-00765-MEMF-AS<br><br>ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OR WITHDRAWAL<br>OF ATTORNEY |

☒ The Court hereby orders that the request of:

Checkmate.com Inc.      ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute J. Alejandro Barrientos   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

145 S. Fairfax Ave., Suite 200-152
*Street Address*

Los Angeles, CA 90036        alejandro@bts.law
*City, State, Zip*          *E-Mail Address*

626-551-4564       626-427-6753       346676
*Telephone Number*   *Fax Number*       *State Bar Number*

as attorney of record instead of Ryan Q. Keech, Stacey Glenn Chiu,
*List all attorneys from same firm or agency who are withdrawing.*

Rebecca Makitalo, Jacob Ryan Winningham

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated February 6, 2026

*U. S. District Judge*