# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN<br><br>Plaintiff(s)<br><br>v.<br><br>CHECKMATE.COM INC.<br><br>Defendant(s) | **CASE NUMBER**<br><br>2:25-cv-00765-MEMF-AS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

Checkmate.com Inc.    ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute J. Alejandro Barrientos    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

145 S. Fairfax Ave., Suite 200-152
*Street Address*

Los Angeles, CA 90036    alejandro@bts.law
*City, State, Zip*    *E-Mail Address*

626-551-4564    626-427-6753    346676
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of Trevor Lee
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**    ☐ **DENIED**

☐ The Court hereby orders that the request of
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated February 6, 2026

*U. S. District Judge*

G-01 ORDER (02/24)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY