Arjun Vasan

arjun.vasan@gmail.com

12615 193rd Street

Cerritos, CA 90703

562-900-6541

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Arjun Vasan**,

          Plaintiff,

   vs.

**Checkmate.com, Inc.**,

(dba "Checkmate"),

         Defendant.

Case No.:  2:25−cv−00765−MEMF−ASx
Hon. Maame Ewusi-Mensah Frimpong

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND FACT
DISCOVERY CUTOFF AND
DISPOSITIVE MOTION DEADLINE**

**Complaint Filed: January 28, 2025**

**TO THE HONORABLE COURT:**

     WHEREAS, on September 2, 2025, the Court entered the Civil Trial Order (Dkt. 88) setting, among other deadlines, the fact (non-expert) discovery cutoff of March 4, 2026;

     WHEREAS, the Parties have been actively engaged in discovery, including serving written discovery and conferring regarding responses and production, and the Parties seek a modest extension of time to complete fact discovery without unnecessary motion practice.

1

WHEREAS, the Parties paused certain discovery efforts to engage in good-faith settlement discussions under F.R.E. 408 while preserving court and party resources.

WHEREAS, Defendant represented that Plaintiff should confer regarding its discovery obligations with substitute counsel and substitute counsel has now appeared. *Id*; Ex. A; Dkt. 162.

WHEREAS, a scheduling order may be modified only for good cause and with the Court's consent. Fed. R. Civ. 16(b)(4); Dkt. 88.

WHEREAS, good cause exists because:

(a)  The Parties' Rule 408 settlement discussions, undertaken in good faith, affected the pace of discovery activity by mutual agreement (Dkt. 139-140, Ex. B); and

(b)  The recent substitution of counsel (Dkts. 151-162) will require time for new counsel to get up to speed and confer meaningfully regarding outstanding issues and scheduling; and fact discovery remains outstanding. Exs. A, B.; and

(c)  Core discovery obligations remain outstanding, including document production and depositions. *Id*.; and

(d)  Substitute counsel has confirmed that production remains ongoing on existing discovery requests and has committed to timely completion. *Id*.; and

(e)  One or more dispositive and/or narrowing motions remain pending, and the Parties sought to sequence certain discovery to avoid unnecessary expense while awaiting guidance that may narrow claims and defenses (Dkts. 79, 81, 92, 113); and

(f)  The requested modest extension will promote judicial economy by avoiding compressed scheduling and unnecessary motion practice.

**Good Cause and Diligence**. This Stipulation is supported by a detailed declaration confirming good cause and due diligence as required by the Court's Civil Standing Order. See Declaration of Arjun Vasan. Counsel for Checkmate.com Inc. stipulates that there is good cause

for a continuance for the reasons stated in this Stipulation, but does not agree with every assertion in Plaintiff's Declaration and reserves the right to challenge such assertions in the future.

NOW, THEREFORE, the Parties hereby stipulate, subject to Court approval, as follows:

1. FACT (NON-EXPERT) DISCOVERY CUTOFF:

    a. FROM:    March 4, 2026

    b. TO:        April 13, 2026

2. DISPOSITIVE MOTION DEADLINE:

    a. FROM:    May 28, 2026

    b. TO:        June 25, 2026

3. SETTLEMENT CONFERENCE DEADLINE:

    a. FROM:    June 10, 2026

    b. TO:        July 2, 2026

4. All other dates remain unchanged unless expressly modified herein.

The Parties agree that this stipulation is made solely to facilitate completion of discovery and does not waive any claims, defenses, objections or privileges.

Dated: February 19, 2026,                Respectfully submitted,

/s/ *Arjun Vasan*                          /s/ *Mitch M. Longson*

_____          _____

**Arjun Vasan**                            **Mitch M. Longson**

Plaintiff, in Pro Per                      Counsel for Checkmate.com, Inc.

                                        **Manning Curtis Bradshaw**

STIPULATION TO EXTEND DISCOVERY CUTOFF

**& Bednar PLLC**

801.303.0036

mlongson@mc2b.com

I, Arjun Vasan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Arjun Vasan

_____

Arjun Vasan

Plaintiff, in Pro Per

STIPULATION TO EXTEND DISCOVERY CUTOFF