UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br><br>CHECKMATE.COM, INC.,<br><br>    Defendant and Counterclaimant. | Case No.: 2:25-cv-00765-MEMF-ASx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES**<br><br>Complaint filed: January 28, 2025 |

The Court, having reviewed the Parties' Stipulation, Declarations and Exhibits and finding good cause under Federal Rule of Civil Procedure 16(b)(4), ORDERS as follows:

1. Fact (non-expert) Discovery Cutoff is extended to: April 13, 2026.
2. Dispositive Motion Deadline is extended to: June 25, 2026.
3. Settlement Conference Deadline is extended to: July 2, 2026
4. All other dates remain as previously set unless expressly modified herein.

IT IS SO ORDERED.

Dated: February __, 2026

                                             MAAME EWUSI-MENSAH FRIMPONG

                                                     United States District Judge