

Arjun Vasan <arjun.vasan@gmail.com>

## Motion to Compel
8 messages

---

**Arjun Vasan** <arjun.vasan@gmail.com>  Mon, Jan 26, 2026 at 7:31 AM
To: "Keech, Ryan Q." <ryan.keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Counsel,

Your production for my first set of RFPs is woefully inadequate. I will proceed with a motion to compel, by stipulation or declaration.

I was holding off hoping for a settlement that brings closure. It is well past 10 days and you have not addressed the issues. For example zero slack conversations were produced. Zero zoom recordings or transcripts. You have produced nothing in response to my second RFP.

Please reply with your availability to meet and confer by today at 4pm, or I will proceed to move by declaration.

Best,
Arjun Vasan

---

**Arjun Vasan** <arjun.vasan@gmail.com>  Mon, Jan 26, 2026 at 8:55 AM
To: "Keech, Ryan Q." <ryan.keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

In addition please send me a virtual link to listen into the deposition, as is my right as a party.

Sent from Gmail Mobile

[Quoted text hidden]

---

**Makitalo, Rebecca I.** <Rebecca.Makitalo@klgates.com>  Thu, Jan 29, 2026 at 11:16 AM
To: Arjun Vasan <arjun.vasan@gmail.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Mr. Vasan,

As noted previously on our meet and confer, dated January 20, 2026, Checkmate will continue to produce documents on a rolling basis. Additional responsive documents are continuing to be collected and reviewed, and further productions will continue next week.

We remain willing to meet and confer on any outstanding issues regarding Checkmate's productions. Please let us know your availability.

Thank you,

**Rebecca Makitalo**

Associate

K&L Gates LLP

10100 Santa Monica Blvd

8th Floor

Los Angeles, CA 90067

Phone: 310 552-5502

rebecca.makitalo@klgates.com

www.klgates.com

[Quoted text hidden]

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Rebecca.Makitalo@klgates.com.

---

**Arjun Vasan** <arjun.vasan@gmail.com>  Thu, Jan 29, 2026 at 11:20 AM
To: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Rebecca,

This email is for purposes of discovery meet-and-confer.

I do not agree to an open-ended rolling production. I understand that productions can occur in multiple tranches, but Checkmate must provide a concrete production plan and timeline.

Please provide, by close of business tomorrow:

1. The **date ranges** and **custodians/data sources** covered by productions to date.
2. The **categories of responsive documents** you contend remain to be collected/reviewed.
3. A firm schedule for completion, including:
    - the **next production date(s)** and estimated volume, and
    - the **date by which Checkmate will substantially complete** production for all current requests.
4. A brief description of any **withheld categories** (privilege, work product, etc.) and when you will provide a privilege log (if applicable).

I am available to meet and confer **tomorrow, Friday Jan 30 at noon or at 2pm**.

If you cannot provide the above in writing, then there is nothing meaningful to confer about, and I will proceed accordingly.

Best,

Arjun Vasan

Plaintiff in Pro Per

[Quoted text hidden]

---

**Keech, Ryan Q.** <Ryan.Keech@klgates.com>  Thu, Jan 29, 2026 at 2:57 PM
To: Arjun Vasan <arjun.vasan@gmail.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>
Cc: "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Mr. Vasan:

Checkmate has received and is reviewing your message. As you have been repeatedly advised, Checkmate's production is proceeding on a rolling basis, including, as we currently understand, at least one anticipated additional production in the coming days. Checkmate anticipates completing its production shortly.

We are not available to meet and confer tomorrow. You will, however, shortly receive notice that new counsel will be appearing for Checkmate who will be prepared to confer further with you and to whom you may direct your inquiries and suggestions on these and other issues early next week when the substitution of counsel is complete.

Best regards,

**K&L GATES**

**Ryan Q. Keech**
Partner
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Phone: 310.552.5070
Mobile: 646.510.3630
ryan.keech@klgates.com

www.klgates.com

Austin  Berlin  Boston  Brisbane  Brussels  Charleston  Charlotte  Chicago  Dallas  Delaware  Doha  Dubai  Dublin  Fort Worth  Frankfurt  Harrisburg  Hong Kong  Houston  Kansas City  London  Los Angeles  Luxembourg  Melbourne  Miami  Milan  Munich  Nashville  Newark  New York  Orange County  Palo Alto  Paris  Perth  Pittsburgh  Portland  Raleigh  Research Triangle Park  San Francisco  Seattle  Seoul  Shanghai  Singapore  Sydney  Taipei  Tokyo  Washington, D.C.

[Quoted text hidden]

---

**Arjun Vasan** <arjun.vasan@gmail.com>                                    Thu, Jan 29, 2026 at 4:19 PM
To: "Keech, Ryan Q." <Ryan.Keech@klgates.com>
Cc: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Mr. Keech,

Is Checkmate amenable to a stipulation to extend the discovery cutoff by a month?

Best,
Arjun
[Quoted text hidden]

---

**Arjun Vasan** <arjun.vasan@gmail.com>                                    Thu, Jan 29, 2026 at 4:29 PM
To: "Keech, Ryan Q." <Ryan.Keech@klgates.com>
Cc: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Noted on the new counsel, will confer with them about the stipulation.

Best,
Arjun

[Quoted text hidden]

---

**Arjun Vasan** <arjun.vasan@gmail.com>  Mon, Feb 2, 2026 at 12:37 PM
To: "Keech, Ryan Q." <Ryan.Keech@klgates.com>
Cc: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Counsel,

Given your representation that the substitution would be complete "early" this week, I will delay filing a motion to compel until Tuesday at midnight. As you declined to meet and confer, I will move by declaration if needed.

Please advise your client to move promptly and timely direct the new counsel to confer at the earliest regarding outstanding issues.

Best,
Arjun

Sent from Gmail Mobile

[Quoted text hidden]