

Arjun Vasan <arjun.vasan@gmail.com>

---

## Vasan v. Checkmate - Case No. 2:25-CV-00765-MEMF-AS -- Meet-and-Confer re Vasan Varadarajan's 12.22.2025 Production

8 messages

---

**Winningham, Jacob R.** <Jacob.Winningham@klgates.com>  Wed, Dec 24, 2025 at 10:28 AM
To: vsvconsult <vsvconsult@gmail.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

Mr. Varadarajan,

We have reviewed your document production made on December 22.  This production is not compliant with the Court's Order (Dkt. 131) and the Protective Order in this matter.  In particular, certain documents appear to have been redacted in violation of the Protective Order in this matter, which does not allow for such redaction.  Moreover, your repeated assertions that you have no possession of documents or communications relating to multiple Requests and topics, including the VoiceBite Code, the ownership of the VoiceBite Code, any agreements between you and Plaintiff, and any transfers of ownership regarding the VoiceBite Code (among numerous other Requests and topics) are unavailing in light of your previous representations made in this matter.

Please confirm that you will promptly supplement your production to be fully compliant with your discovery obligations as laid out in the Court's Order (Dkt. 131).  Alternatively, please provide your availability for a meet-and-confer call on Friday, December 26 or Monday, December 29.

Best,

Jacob Winningham



**Jacob Winningham**

Associate

K&L Gates LLP

[10100 Santa Monica Blvd](#)

8th Floor

Los Angeles, CA 90067

Phone: 310 552-5042

[jacob.winningham@klgates.com](#)

[www.klgates.com](#)

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jacob.Winningham@klgates.com.

---

**vsvconsult** <vsvconsult@gmail.com>  Wed, Dec 24, 2025 at 10:44 AM
To: "Winningham, Jacob R." <Jacob.Winningham@klgates.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

As produced I have no documents regarding:
" Moreover, your repeated assertions that you have no possession of documents or communications relating to multiple Requests and topics, including the VoiceBite Code, the ownership of the VoiceBite Code, any agreements between you and Plaintiff, and any transfers of ownership regarding the VoiceBite Code (among numerous other Requests and topics) are unavailing in light of your previous representations made in this matter."

On the other matters raised:
"In particular, certain documents appear to have been redacted in violation of the Protective Order in this matter, which does not allow for such redaction. ", we can discuss on a call on Monday, December 29 or the day after.

Sincerely
Vasan Varadarajan - non-party

[Quoted text hidden]

---

**Winningham, Jacob R.** <Jacob.Winningham@klgates.com>  Wed, Dec 24, 2025 at 11:22 AM
To: vsvconsult <vsvconsult@gmail.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

Mr. Varadarajan,

Your ongoing refusal to comply with the Court's clear Order, including your failure to produce responsive documents as required, is unacceptable. Moreover, your redactions are a clear violation of the Protective Order. We further remind you that the Court noted in its Order that Checkmate's request for sanctions for your failure to comply with discovery requests was "well taken." Dkt. 131 at 9. The Court also deferred any final determination of Checkmate's motion for sanctions based on your anticipated compliance with the Court's Order, and warned that sanctions would be imposed "for failure to comply with [the] Order." *Id.*

Please promptly remedy the above-described deficiencies and any other deficiencies in your December 22, 2025 production by midnight tonight. Absent full compliance with the Court's Order, the Protective Order, and all other discovery obligations, Checkmate will move for sanctions and contempt, including fees. Thank you.

Best,

Jacob Winningham



Jacob Winningham

Associate

K&L Gates LLP

Phone: 310 552-5042

jacob.winningham@klgates.com

[Quoted text hidden]

---

**vsvconsult** <vsvconsult@gmail.com>  Wed, Dec 24, 2025 at 6:00 PM
To: "Winningham, Jacob R." <Jacob.Winningham@klgates.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

Your statement 'ongoing refusal ..' is without merit. The responsive documents were uploaded on schedule. On **redactions**, these are privileged/private information and I have uploaded a 'redactionLogData.docx.zip' to the box.com folder shared with you, which is password protected (the same password as before). Please confirm that you are able to download and view this document (also see paragraph below on Hon. Alka Sagar's 'informal discovery issues procedures' )

Regarding your concerns they are your opinions and appear to be boiler-plate verbiage in response to receipt of discovery documents.

Further in your email, you offered an alternative to discuss these on 'meet-and-confer call on Friday, December 26 or Monday, December 29' . After I accepted the alternative, you deny the alternative by threatening to file Sanctions if something is not done by 'Checkmate will move for sanctions and contempt, including fees' by tonight (December 24th).
This is very similar to your earlier motion for contempt for not complying on September 22, 2025, when you had already offered a date in Nov for compliance.

I wish to remind you that Hon. Alka Sagar has an 'informal discovery issues procedures' which you can avail of. If you do so, it requires proposed call dates/times and I am available Dec 29, Dec 31 during normal business hours. If other dates/times please propose them. Let me know at least 2 days in advance.

Sincerely,
Vasan Varadarajan (non-party)

[Quoted text hidden]

---

**Winningham, Jacob R.** <Jacob.Winningham@klgates.com>  Fri, Dec 26, 2025 at 9:41 PM
To: vsvconsult <vsvconsult@gmail.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

Mr. Varadarajan,

We are unable to read or access the contents of the "redactionLogData.docx.zip" folder that you uploaded to Box.com on December 24.  Please promptly upload a readable version of that production.  Thank you.

Best,

Jacob Winningham

**Jacob Winningham**

Associate

K&L Gates LLP

Phone: 310 552-5042

jacob.winningham@klgates.com

---

**From:** vsvconsult <vsvconsult@gmail.com>
**Sent:** Wednesday, December 24, 2025 6:00 PM
**To:** Winningham, Jacob R. <Jacob.Winningham@klgates.com>
**Cc:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>; Arjun Vasan <arjun.vasan@gmail.com>
**Subject:** Re: Vasan v. Checkmate - Case No. 2:25-CV-00765-MEMF-AS -- Meet-and-Confer re Vasan Varadarajan's 12.22.2025 Production

[Quoted text hidden]

---

**vsvconsult** <vsvconsult@gmail.com>   Sat, Dec 27, 2025 at 8:34 AM
To: "Winningham, Jacob R." <Jacob.Winningham@klgates.com>
Cc: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

Not sure of issue.. I attached that file to this email. (Sent to Rebecca M and you ) The password is the same I had sent earlier.
Pls delete file as per security needs.
Sincerely,
Vasan Varadarajan
[Quoted text hidden]

**2 attachments**

 **image001.jpg**
7K

 **redactionLogData.docx.zip**
6K

---

**Makitalo, Rebecca I.** <Rebecca.Makitalo@klgates.com>   Mon, Dec 29, 2025 at 9:41 AM
To: vsvconsult <vsvconsult@gmail.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>, "Winningham, Jacob R." <Jacob.Winningham@klgates.com>

Mr. Varadarajan,

You are in violation of the Court's Order.  The meager nature of your December 22, 2025 production makes it readily apparent that you are either withholding responsive documents or have not reviewed your records to the proper extent.

More egregiously, the Protective Order does not permit you to unilaterally redact otherwise responsive or relevant information based on your broad and unsubstantiated assertion that the information is "private."  The Court's Order clearly states that the Protective Order—which has now been signed and entered by the Court (Dkt. 135)—is sufficient to cover any confidentiality concerns.  *See* Dkt. 131 at 8 ("To the extent V. Varadarajan contends that responsive documents are confidential or subject to privacy concerns, the parties are directed to submit a protective order for the Court's review.").  As an aside, we are still unable to read or access the contents of the "redactionLogData.docx.zip" folder that you uploaded to Box.com on December 24 and re-shared on December 27, 2025.  Please promptly upload or share a readable version of that production.

You have refused—and continue to refuse—to comply with your discovery obligations under the Court's Order.  Please promptly provide a fully-compliant production, including all responsive, non-privileged documents free of improper redactions.

Thank you,

**Rebecca Makitalo**

Associate

K&L Gates LLP

10100 Santa Monica Blvd

8th Floor

Los Angeles, CA 90067

Phone: 310 552-5502

rebecca.makitalo@klgates.com

www.klgates.com

---

**From:** vsvconsult <vsvconsult@gmail.com>
**Sent:** Wednesday, December 24, 2025 6:00 PM
**To:** Winningham, Jacob R. <Jacob.Winningham@klgates.com>
**Cc:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Makitalo, Rebecca I. <Rebecca.Makitalo@klgates.com>; Chiu, Stacey G. <Stacey.Chiu@klgates.com>; Arjun Vasan <arjun.vasan@gmail.com>
**Subject:** Re: Vasan v. Checkmate - Case No. 2:25-CV-00765-MEMF-AS -- Meet-and-Confer re Vasan Varadarajan's 12.22.2025 Production

---

Your statement  'ongoing refusal ..' is without merit. The responsive documents were uploaded on schedule.  On **redactions**, these are privileged/private information and I have uploaded a 'redactionLogData.docx.zip' to the box.com folder shared with you,  which is password protected (the same password as before). Please confirm that you are able to download and view this document (also see paragraph below on Hon. Alka Sagar's  'informal **discovery issues procedures**' )

[Quoted text hidden]
[Quoted text hidden]

---

**vsvconsult** <vsvconsult@gmail.com>                                                                                       Tue, Dec 30, 2025 at 10:57 AM
To: "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>
Cc: "Keech, Ryan Q." <Ryan.Keech@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>, "Winningham, Jacob R." <jacob.winningham@klgates.com>, Arjun Vasan <arjun.vasan@gmail.com>

I am not in violation of the Court's order. I have complied and provided all the responsive documents that I have on the date as specified by the court. The production process has also been detailed.

On redactions: They are numbers only, which are privileged information of past companies and individuals, further removed from the party in this case which is Checkmate. None of the text has been redacted, including details of the agreements and asset transfers and all other particulars of the agreements.

I do not like you wording 'You have refused..and continue to refuse..' etc. They are categorically false, and continue to be espoused by each of your team members in sequence..First Ryan Keech, then Jacob Winningham, yourself as a self-reinforcing collective mantra. This strategy of trying to put me down and coerce is not appreciated.

Steps to extracting and reading the redactionLogData.docx.zip:

1. Download the file.

2. Open the file with unzip (or just double – click on it).

3. It will ask for a password. Enter the password given to earlier (same as for the box.com document extract).

4. After that it will open the redactionLogData.docx (a word document) and you should be able to read it.

Further I have also uploaded the redactionLogData.docx (not the docx.zip) into the folder shared with you on box.com (vasanVaradarajan_production)

I reiterate again that you follow Hon. Alka Sagar's informal discovery dispute procedure.  Further as an alternative we can have a  meet-and-confer call on Friday, January 2nd or Monday Jan 5th. If you agree please specify the time by the end of today.

Sincerely

Vasan Varadarajan

[Quoted text hidden]