

Arjun Vasan <arjun.vasan@gmail.com>

## Rule 26 Meet and Confer
1 message

**Arjun Vasan** <arjun.vasan@gmail.com>  Thu, Jun 26, 2025 at 10:37 AM
To: "Keech, Ryan Q." <ryan.keech@klgates.com>, "Huey, Gabriel M." <Gabriel.Huey@klgates.com>, "Makitalo, Rebecca I." <Rebecca.Makitalo@klgates.com>, "Chiu, Stacey G." <Stacey.Chiu@klgates.com>

Dear Counsel,

Pursuant to the Court's Scheduling Conference Order and Federal Rule of Civil Procedure 26(f), I write to propose scheduling our required "meet and confer" to discuss case management and a discovery plan.

I am available for a phone conference today or tomorrow, at your convenience. Please provide your availability, or propose alternate dates/times that work for your team.

In preparation, I intend to discuss:

- The nature and basis of the claims and defenses
- Possible early resolution or narrowing of issues
- Initial disclosures (Rule 26(a)(1))
- Scope, timing, and sequence of discovery (including anticipated written discovery and depositions)
- Proposed deadlines for discovery, motions, and trial
- Any anticipated motions or special issues (e.g., protective orders, ESI protocols)
- The content and submission of the Joint Rule 26(f) Report

Please let me know your availability and any additional topics you wish to include. I look forward to your prompt response and to working cooperatively to move this case forward.

Best regards,

Arjun Vasan


Sent from Gmail Mobile