UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br><br>CHECKMATE.COM, INC.,<br><br>    Defendant and Counterclaimant. | Case No.:  2:25-cv-00765-MEMF-ASx<br><br>**ORDER GRANTING IN PART STIPULATION TO EXTEND DEADLINES [DKT. NO. 167]** |

The Court, having reviewed the Parties' Stipulation, Declarations and Exhibits, Dkt. No. 167, and finding good cause therefor, hereby ORDERS as follows:

1. Fact (non-expert) Discovery Cutoff is extended from March 4, 2026, to April 13, 2026.
2. Settlement Conference Deadline is extended from June 10, 2026, to July 2, 2026.
3. The trial in the case is currently scheduled for September 7, 2026, with the first round of trial filings due July 22, 2026. As a result, the Court finds the proposed deadline for the last day to hear dispositive motions in the joint stipulation is incompatible with the current trial date as it does not provide sufficient time for the Court to resolve any dispositive motions prior to the first-round trial filings. The Court therefore GRANTS IN PART the parties' joint stipulation. Should the parties still wish to proceed with an amended last day to hear dispositive motions, the Court orders them to meet and confer

regarding a new trial date (ensuring that the first round trial filings are due at least 8 weeks after the last day to hear dispositive motions and 4 weeks prior to the Final Pretrial Conference), re-submit a stipulation, and provide new dates for all relevant items in conformance with the Court's Schedule of Pretrial and Trial Dates Worksheet attached to the Court's Order Setting Scheduling Conference. The Order Setting Scheduling Conference is available on Judge Frimpong's website.

IT IS SO ORDERED.

Dated: February 25, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge