# EXHIBIT B

Expert Report of Michael Bell
In the matter of Vasan v. Checkmate.com, Inc., 2:25-cv-00765-MEMF
Re: Lost Revenue & Valuation

March 11, 2026
Michael Bell

I, Michael Bell, have been requested to provide expert opinions on whether and to what extent Checkmate.com, Inc. ("Checkmate") lost revenue or suffered a decrease in valuation due to Checkmate's acquisition of VoiceBite Corporation ("VoiceBite") in 2024. This constitutes my report under the Federal Rules of Civil Procedure.

## Qualifications, Disclosures, & Materials Considered

I have worked in private software companies for over 30 years as CEO, COO, President, General Manager, and Chief of Strategy.  My experience lies exclusively within "B2B" - software companies that sell to other businesses, and is heavily weighted towards SaaS and leading-edge technologies.

Throughout the span of my career, I have led or co-led over thirty-six separate financings, including debt, convertible debt, strategic/joint-venture, and a wide variety of equity financings. The equity financings I have led include early-stage transactions (angel, crowdfunding, series A), late-stage financings, mergers, and exit (sale) transactions.  My background includes raising capital from a range of different types of professional investors, including venture capital, private equity, growth capital, public company investments, and buy-outs.

Equity financings involve selling company stock to a third party. For private companies, in particular, determining the value of this equity is a crucial element.  My experience has exposed me to a large volume of transactions and provided me with unique expertise on the subjects of projecting future revenue and valuing businesses.

I have been employed as Checkmate's Chief of Strategy since January 2024.

Attached as Exhibit A to this report is my current resume. I have not authored any relevant publications in the previous ten years. I have not testified as an expert at trial or by deposition in the previous four years. I am not receiving any special compensation for my work on this case beyond my normal salary as an employee of Checkmate.com, Inc.

1

In forming my opinions in this matter, I relied on my decades of experience working on the financing of businesses, my firsthand knowledge of the facts giving rise to this matter, and the following documents:

1. A Checkmate memorandum dated April 17, 2024, regarding "Acquisition of Voicebite.ai."
2.  Checkmate Revenue Plan 2024
3. Minutes of a Regular Meeting of the Board of Directors of Checkmate.com, Inc., held on November 15, 2024

---

## Elements of Valuation & Revenue

In the majority of instances, later-stage software companies are valued as a multiple of revenue. The calculation multiplies annual revenues by a numerical factor (a "multiple"), to derive an enterprise valuation. Many factors play a role in determining the value of this multiple, including:

- Previous valuation.  If the company raised a previous round of capital, the valuation previously used can serve as an anchor point, provided that the company is on track with the growth projections it used in raising the previous round.

- Comparisons of related companies (when available).  Investors rely on valuations of similar companies to establish a fair market value range.

- External market conditions. Macro conditions of the overall economy and of the company's specific market segment play a role in setting value.

- Quality of revenue has a major bearing in establishing a company's value.  The characteristics of a company's revenue underpin the story of a company's potential for scale and its stability.  Several key attributes shape revenue quality:

    - **Revenue retention**.  Subscription revenues that are highly recurring and with low customer churn command a higher market valuation.

    - **Rate of Growth.**  The pace of scale has a heavy weighting on the value of the revenue.

    - **TAM**. The overall size of the market a company is selling into is referred to as the *total addressable market.*  The revenues derived from a large TAM are typically valued higher.

    - **Customer value & impact**. Investors look at the overall importance of the product/service to a company's customers.  Software that is deemed critical, a

2

"must have" by customers, due to its function, impact on operations, return on investment, speaks to the reliability of the revenue.  Revenue derived from critical software applications carries higher valuations than software that may be considered a "nice to have".

- ○ **Market stage**. The stage of market adoption for a company's products or service is of great importance.  Markets that are in the early phases of customer adoption are more valuable because of the growth potential at hand. Investors can adopt a belief in the overall market's adoption of a product or service and anticipate a company riding the market trend and, in doing so, grow revenues and scale.  The contrary is also true: companies that supply to a market that is more saturated suffer a lower valuation, as their growth prospects are diminished.

## Checkmate's Historical Valuation

Checkmate's Series A equity financing raised capital at a valuation of around five times revenue.  This multiple, applied to Checkmate's then-current revenues, valued the company in the neighborhood of ▮▮▮▮ dollars. This is a conservative, middle-of-the-road valuation, well within normal ranges.

## Checkmate's Voice AI Lost Revenue

In 2024, Checkmate acquired VoiceBite for the purpose of generating revenue from VoiceBite's product, an AI-powered voice ordering solution for restaurants. Extensive analysis went into how this addition would impact Checkmate's valuation.  In particular, Checkmate's revenue quality would be transformed by selling VoiceBite's AI voice solution.

|  | Checkmate's Legacy Software Revenue: POS Integration | Checkmate's Future Software Revenue: Voice AI |
|---|---|---|
| Revenue Retention | High | High |
| TAM | $300M[1] | $2.65B[2] |

[1] ▮▮▮▮ restaurants paying $▮▮▮ per year for 3rd party integration
[2] ▮▮▮▮ drive through locations paying $▮▮▮ per year

3

| Customer Impact | Medium | High |
|---|---|---|
| Market Stage | Late | Early |

VoieBite's product was deployed successfully in live restaurant locations as part of Checkmate's diligence process. The product transacted live customer voice orders and injected the orders into restaurant point-of-sale systems, fully automating a historically labor-intensive process.

Based on this performance, and based on a backlog of customer demand, a revenue forecast was arrived upon by the team. The forecast reflected a conservative year-one rollout of VoiceBite's phone answering product and an introduction of a voice drive-through product to one customer, late in the year.

At the time, Checkmate's customer base contained over ▮▮▮ restaurant locations. The team's forecast numbers projected selling the phone AI solution to ▮ locations and the drive-through solution to just ▮ locations.

In 2024, after Checkmate's acquisition of VoiceBite, Checkmate became aware that VoiceBite's AI product relied on the intellectual property of third parties. Checkmate discontinued its use of VoiceBite's AI product to avoid adverse consequences that could arise from its continued use of the IP of third parties. Checkmate then set out to author the codebase anew, essentially starting from scratch.

This turn of events made it essentially impossible for Checkmate to achieve its revenue targets. Instead of generating $▮▮▮ in voice AI revenue in 2024, Checkmate produced zero revenue from these products. The negative impact on Checkmate's 2024 revenue is summarized below:



| Lost Revenue | Original Projections 2024 | Actual Results | Checkmate Impact |
|---|---|---|---|
| Drvie Through Location Count- YE 2024 | | | |
| Drive Through Revenue Bookings | | | |
| Phone AI Location Count - YE 2024 | | | |
| Phone AI Revenue Bookings | | | |
| Total Voice AI Revenue | | | |

The impact of this lost revenue is best measured by calculating the impact that this new revenue would have made on Checkmate's enterprise valuation as a whole. Given Checkmate's historical multiple of ▮ revenue, this amount of revenue would have made a positive impact of ▮▮▮▮.

4

However, when considering the quality of revenue generated by AI-powered technology, I estimate a multiple of at least ███████████████████ negative impact on valuation, as shown below:

| | Original Projections 2024 | Actual Results | Checkmate Impact |
|---|---|---|---|
| | ████████ | $0 | |
| Multiple | | | |
| Valuation Impact | ████████████████████████████████████████ | | |

## Checkmate's Resulting Depressed Valuation

As a result of missing its voice AI revenue projections, (numbers which had been presented to Checkmate's board of directors and investors), Checkmate was faced with a need to raise capital via an equity financing at a lower, depressed valuation.

Prior to its 2024 acquisition of VoiceBite, Checkmate was generating approximately ███ in total revenues.  Using a historical multiple of 5X, Checkmate could have expected to raise capital at a valuation in the neighborhood of ███.

Instead, Checkmate was presented with the option to raise from its current investor at a multiple of ██ a ████ company valuation.  The difference between its historical multiple of ██ (not taking into account the potential for an increased multiple from AI revenue), and the resulting ███, equates to a lost valuation of approximately ███.

| Depressed Valuation | Previous | 2024 | Checkmate Impact |
|---|---|---|---|
| Revenue Multiple for Fundraise | | | |
| Checkmate Valuation | ████████████████████ | | |
| Based on $████ revenue | | | |

Date: March 11, 2026

_____
Michael Bell

6