MANNING CURTIS BRADSHAW
& BEDNAR PLLC
Mitch M. Longson, *Pro Hac Vice*
mlongson@mc2b.com
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
T. 801.303.0036
F. 801.364.5678

BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant-Counter Claimant
CHECKMATE.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>                  Plaintiff,<br><br>      v.<br><br>CHECKMATE.COM, INC.,<br><br>                  Defendant.<br><br>***Caption continued on next page*** | Case No. 2:25-cv-00765-MEMF<br><br>NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE & STIPULATION FOR REQUEST FOR ORDER STAYING CASE; PROPOSED ORDER |

1

CHECKMATE.COM, INC.,

            Counterclaim-Plaintiff,

v.

ARJUN VASAN,

            Counterclaim-Defendant.

Plaintiff Arjun Vasan and Checkmate.com, Inc. ("Checkmate"), stipulate as follows:

1. Earlier today, the parties reached an agreement in principle to settle this matter.

2. The parties require time to formalize their agreement in principle with a written settlement agreement.

3. Fact discovery in this case closes on April 13, 2026.

4. But for the agreement in principle to settle this matter, the parties anticipate that multiple party and non-party depositions would be taken in the remaining time for discovery and that several motions would be made.

5. The parties therefore respectfully submit that the time and resources of the Court, non-parties who have been served with deposition subpoenas, and the parties will be best utilized and

1

preserved if this matter is stayed until the parties formalize their written settlement agreement.

6.    The parties respectfully request that the Court enter an order staying this case, including all discovery and deadlines, for three weeks. The parties further propose that, if this case is not dismissed pursuant to a settlement agreement or otherwise disposed of within three weeks, the Court order that the parties submit a status report at such time. The parties agree that, if the Court deems it appropriate, the Court may rule on any matter that has been fully briefed and argued and is therefore already under submission.

7.    The parties further agree that this stipulation is made solely to further the efficient resolution of this matter, and does not waive any claims, defenses, objections or privileges.

It is so stipulated.

DATED: [DATE], 2026          BARRIENTOS PC

                                        */s/ J. Alejandro Barrientos*
                                        _____
                                        J. Alejandro Barrientos
                                        Attorney for Defendant-Counter Claimant
                                        Checkmate.com, Inc.

DATED: [DATE], 2026

                                        _____
                                        Arjun Vasan
                                        Plaintiff in Pro Per

2