UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NESSLER,<br><br>           Plaintiff,<br><br>     v.<br><br>CHECKMATE.COM, INC.;<br>VISHAL AGARWAL; DOES 1-10,<br><br>           Defendants. | Case No. 2:26-cv-00767-MEMF<br><br>[PROPOSED] ORDER ON STIPULATION TO STAY |

//

//

//

1

Good cause having been shown, the stipulation for an order staying this case, including discovery and all deadlines, for three weeks is granted. If the Court deems it appropriate, it may rule on any matter that has been fully briefed and argued and is therefore already under submission. By April 22, 2026, the parties shall submit a filing to dispose of this matter pursuant to a settlement agreement or, alternatively, submit a status report

Dated: _____

                                  MAAME EWUSI-MENSAH FRIMPONG

                                  United States District Judge

Or

Good cause not having been shown, the stipulation for an order staying this case, including discovery and all deadlines, for three weeks is denied.

Dated: _____

                                  MAAME EWUSI-MENSAH FRIMPONG

                                  United States District Judge

1