MANNING CURTIS BRADSHAW
& BEDNAR PLLC
Mitch M. Longson, *Pro Hac Vice*
mlongson@mc2b.com
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
T. 801.303.0036
F. 801.364.5678

BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant-Counter Claimant
CHECKMATE.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN, | Case No. 2:25-cv-00765-MEMF |
| Plaintiff, | NOTICE OF WITHDRAWAL OF ERRONEOSULY FILED DOCUMENT, ECF NO. 174 |
| v. | |
| CHECKMATE.COM, INC., | |
| Defendant. | |
| *Caption continued on next page* | |

1

CHECKMATE.COM, INC.,

             Counterclaim-Plaintiff,

    v.

ARJUN VASAN,

             Counterclaim-Defendant.

Undersigned counsel for the defendant-counter claimant hereby notifies the Court that he inadvertently filed the incorrect documents as the parties' STIPULATION FOR ORDER TO STAY BASED ON AGREEMEENT IN PRINCIPLE TO SETTLE CASE, ECF No. 174. That filing is hereby withdrawn.

Undersigned counsel has submitted the correct documents at ECF No. 175.

He apologizes for the error.

DATED: April 1, 2026        BARRIENTOS PC

                            */s/ J. Alejandro Barrientos*

                            J. Alejandro Barrientos
Attorney for Defendant-Counter Claimant
Checkmate.com, Inc.

1