MANNING CURTIS BRADSHAW
& BEDNAR PLLC
Mitch M. Longson, *Pro Hac Vice*
mlongson@mc2b.com
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
T. 801.303.0036
F. 801.364.5678

BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant-Counter Claimant
CHECKMATE.COM, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHECKMATE.COM, INC.,<br><br>　　　　Defendant.<br><br>***Caption continued on next page*** | Case No. 2:25-cv-00765-MEMF-AS<br><br>DEFENDANT AND COUNTER CLAIMANT CHECKMATE.COM, INC.'S RESPONSE TO ORDER TO SHOW CAUSE (DKT. 172); DECLARATION OF REBECCA MAKITALO; EXHBITS A-D |

1

CHECKMATE.COM, INC.,

Counterclaim-
Plaintiff,

v.

ARJUN VASAN,

Counterclaim-
Defendant.

1

Defendant Checkmate.com, Inc. ("Defendant" or "Checkmate") hereby respectfully submits its response to the Court's Order to Show Cause (Dkt. 172 at 4 n.2) as follows:

The Court has ordered Checkmate to show cause why sanctions should not issue for its failure to meaningfully meet and confer under Local Rule 7-3 and the Court's Civil Standing Order prior to the filing of Plaintiff Arjun Vasan's Motion for Sanctions (Dkt. 121). *See* Dkt. 172 at 4 n.2. Checkmate was represented by prior counsel of K&L Gates LLP during the relevant time period. Aside from plaintiff, Checkmate's prior counsel are the only persons with personal knowledge of the relevant events. Therefore, attached hereto is the declaration of prior counsel, Rebecca I. Makitalo of K&L Gates LLP, explaining the events at issue, as well as exhibits A-D to that declaratoin. *See* Makitalo Decl. Ms. Makitalo confirms that "[r]presentatives of Checkmate had no direct involvement in any of the foregoing events." Makitalo Decl. ¶9

Checkmate apologizes to the Court for its failure to meet and confer in connection with Plaintiff's Motion for Sanctions. Checkmate as a party had no role in meet and confer efforts or any lack thereof by prior counsel related to Plaintiff's Motion for Sanctions. Makitalo Decl. ¶9. The undersigned current counsel for Checkmate fully intends to meaningfully meet and confer pursuant to applicable local rules and the Court's Civil Standing Order, and indeed has done so on multiple occasions with plaintiff since substituting as counsel.

//

//

//

2

Moreover, as reflected in the recently filed stipulation to stay the case pending finalization of settlement documents, the parties believe this matter has been resolved and will be dismissed in short order.

Checkmate therefore respectfully requests that no sanctions issue against it.

DATED: April 1, 2026     BARRIENTOS PC

             */s/ J. Alejandro Barrientos*

             J. Alejandro Barrientos
             Attorney for Defendant-Counter
             Claimant Checkmate.com, Inc.

3