MANNING CURTIS BRADSHAW
& BEDNAR PLLC
Mitch M. Longson, *Pro Hac Vice*
mlongson@mc2b.com
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
T. 801.303.0036
F. 801.364.5678

BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant-Counter Claimant
CHECKMATE.COM, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CHECKMATE.COM, INC.,<br><br>        Defendant.<br><br><br>***Caption continued on next page*** | Case No. 2:25-cv-00765-MEMF<br><br>JOINT STATUS REPORT REGARDING SETTLEMENT |

1

CHECKMATE.COM, INC.,

                    Counterclaim-
                    Plaintiff,

     v.

ARJUN VASAN,

                    Counterclaim-
                    Defendant.

Plaintiff Arjun Vasan and defendant Checkmate.com, Inc. ("Checkmate"), submit this joint status report regarding settlement:

1.    On April 1, 2026, the parties submitted a joint notice of agreement in principal to settle the above-captioned case and stipulated to stay the case for three weeks so the parties could finalize a written settlement agreement. ECF No. 175.

2.    Since then, the parties have worked to finalize a final written settlement agreement.

3.    The parties are close to finalizing a written settlement agreement and hope to dismiss this case pursuant to such agreement in the coming days.

//

//

//

1

4.    If, for whatever reason, a stipulation for dismissal pursuant to a settlement agreement is not filed by Monday, April 27, 2026, the parties will instead file another status report.

Respectfully submitted,

DATED: April 22, 2026          BARRIENTOS PC

/s/ J. Alejandro Barrientos[1]

J. Alejandro Barrientos
Attorney for Defendant-Counter Claimant
Checkmate.com, Inc.

DATED: April 22, 2026

/s/with authorization by telephone

Arjun Vasan
Plaintiff in Pro Per

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

2