MANNING CURTIS BRADSHAW
& BEDNAR PLLC
Mitch M. Longson, *Pro Hac Vice*
mlongson@mc2b.com
201 S. Main Street, Suite 750
Salt Lake City, Utah 84111
T. 801.303.0036
F. 801.364.5678

BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant-Counter Claimant
CHECKMATE.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CHECKMATE.COM, INC.,<br><br>            Defendant.<br><br>***Caption continued on next page*** | Case No. 2:25-cv-00765-MEMF<br><br>SECOND JOINT STATUS REPORT REGARDING SETTLEMENT |

1

CHECKMATE.COM, INC.,

        Counterclaim-Plaintiff,

    v.

ARJUN VASAN,

        Counterclaim-Defendant.

Plaintiff Arjun Vasan ("Plaintiff") and defendant Checkmate.com, Inc. ("Checkmate"), submit this joint status report regarding settlement:

1. On April 1, 2026, the parties submitted a joint notice of agreement in principal to settle the above-captioned case and stipulated to stay the case for three weeks so the parties could finalize a written settlement agreement. ECF No. 175.

2. The parties filed a joint status report regarding settlement on April 24, 2026, indicating that they hoped to dismiss the case in the coming days and that the parties would submit an additional status report on April 27, 2026 (today) if the case was not dismissed pursuant to their settlement agreement.

3. The parties continue to hope to dismiss this case shortly, but require more time.

4. The parties therefore intend to file a stipulation for dismissal, or alternatively, another status report tomorrow, April 28, 2026, which is the date requested by plaintiff. Checkmate proposed a later date for

1

the next status report to lessen the need for frequent reporting, but has agreed to April 28 at plaintiff's request.

Respectfully submitted,

DATED: April 27, 2026          BARRIENTOS PC

/s/ J. Alejandro Barrientos[1]

J. Alejandro Barrientos
Attorney for Defendant-Counter Claimant
Checkmate.com, Inc.

DATED: April 27, 2026

/s/ with authorization by telephone

Arjun Vasan
Plaintiff in Pro Per

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

2