JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>       Plaintiff and Counter-Defendant,<br><br>v.<br><br><br>CHECKMATE.COM, INC.,<br><br>       Defendant and Counterclaimant. | Case No.:  2:25-cv-00765-MEMF-ASx<br><br>**ORDER GRANTING STIPULATION TO STAY [DKT. NO. 175]** |

The Court, having reviewed the parties' Notice of Agreement in Principle to Settle & Stipulation For Request For Order Staying Case, Dkt. No. 175, and the parties' Joint Status Reports, Dkt. Nos. 179, 180, and finding good cause hereby ORDERS as follows:

1. The action is STAYED and administratively closed until thirty (30) days from the date of this Order.

2. The parties are ORDERED to file, within thirty (30) days of the date of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of thirty-one (31) days  from the date of this Order.

3. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

4. Proceedings on the Court's Order to Show Cause, Dkt. Nos. 172 (at 4 n. 2), 177, 178, shall be HELD IN ABEYANCE; in their submission referenced in paragraph 2 above, the

parties shall advise the Court whether they have reached agreement as to whether the

Court should discharge the OSC in light of the settlement.

5.  All pretrial and trial dates are hereby VACATED.

IT IS SO ORDERED.

Dated: May 4, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge