# Exhibit A

REDACTED
VERSION OF DOCUMENT
PROPOSED TO BE
FILED UNDER SEAL

Case 2:25-cv-00765-MEMF-AS    Document 182-1    Filed 05/22/26    Page 22 of 24   Page
ID #:4317

Case 2:25-cv-00765-MEMF-AS    Document 182-1    Filed 05/22/26    Page 23 of 24   Page ID #:4318

Case 2:25-cv-00765-MEMF-AS    Document 182-1    Filed 05/22/26    Page 24 of 24   Page ID #:4319