**ARJUN VASAN,**

      Plaintiff and Counter-Defendant,

      v.

**CHECKMATE.COM, INC.,**

      Defendant and Counterclaimant.

**Case No.: 2:25-cv-00765-MEMF-ASx**

**[PROPOSED] ORDER ON STIPULATION FOR ORDER TO FILE UNDER SEAL**

Hon. Maame Ewusi-Mensah Frimpong

United States District Judge

      The Court has reviewed the parties' stipulation for an order to file under seal the following: (i) the entirety of the executed written settlement agreement between the parties, effective May 6, 2026, which shall be attached as exhibit A to the parties' forthcoming stipulation for dismissal, and (ii) portions of the parties' joint statement of their positions on the pending order to show cause that quote or otherwise reveal the terms of the Agreement or the course of the parties' negotiations of the Agreement, which shall be submitted as exhibit B to the anticipated forthcoming stipulation for dismissal. Compelling reasons having been shown, the request to file such documents or portions of documents under seal is granted.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

**HON. MAAME EWUSI-MENSAH FRIMPONG**

United States District Judge

1