UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN VASAN,<br><br>             Plaintiff and Counter-Defendant,<br><br>       v.<br><br><br>CHECKMATE.COM, INC.,<br><br>             Defendant and Counterclaimant. | Case No.:  2:25-cv-00765-MEMF-ASx<br><br>**ORDER DENYING APPLICATION TO SEAL [DKT. NO. 182]** |

The Court has reviewed the parties' Stipulation for Order to File under Seal and the Declaration of J. Alejandro Barrientos, Dkt. Nos. 182-83. The Application to Seal is DENIED WITHOUT PREJUDICE. Although the parties have explained why they wish to keep the Settlement Agreement confidential, they have not explained why they seek to file it at all; they have certainly not explained why the Court needs to consider its terms in dismissing this case.

Given that the parties wish to keep the Settlement Agreement confidential, the Court is not inclined to consider its terms unless and until a proper showing is made for why it must be filed

1

under seal as opposed to not filed or considered at all. As the parties are aware, the Court has already stayed this case and retains jurisdiction pending dismissal.

The parties are ordered to meet and confer and file (1) a proper Application addressing the deficiency noted above or (1) a joint stipulation explaining that they no longer wish to file the Settlement Agreement (and seeking to withdraw the Sealed Declaration, Dkt. No. 183) within seven (7) days of the date of this Order. The Sealed Declaration, Dkt. No. 183, shall remain under seal until the Court rules on the parties' subsequent submission.

IT IS SO ORDERED.

Dated: May 27, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge