**ARJUN VASAN,**

    Plaintiff and Counter-Defendant,

    v.

**CHECKMATE.COM, INC.,**

    Defendant and Counterclaimant.

**Case No.: 2:25-cv-00765-MEMF-ASx**

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Hon. Maame Ewusi-Mensah Frimpong

United States District Judge

The Court has reviewed the parties' stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Joint Stipulation"), in which the Parties have informed the Court that they have executed a written settlement agreement, effective May 6, 2026 (the "Agreement"). For good cause shown, the Court orders as follows:

1.    The Agreement is INCORPORATED BY REFERENCE into this Order.

2.    All claims asserted by Plaintiff Arjun Vasan against Defendant Checkmate.com, Inc., and all counterclaims asserted by Defendant Checkmate.com, Inc. against Plaintiff Arjun Vasan, in the above-captioned action are DISMISSED WITH PREJUDICE.

3.    Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381–82 (1994), and the Parties' stipulation, the Court EXPRESSLY RETAINS JURISDICTION to enforce the terms of the Agreement.

//

//

//

1

4.      Each party shall bear its own attorneys' fees and costs incurred in connection with this action, except as otherwise expressly provided in the Agreement.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

**HON. MAAME EWUSI-MENSAH FRIMPONG**

United States District Judge