# Exhibit A

| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  1 min 47 sec | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  12 min 5 sec | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |
| AM | ARREGUIN MARCOS ⓘ  Missed call | 5/2 |