# Exhibit B

 Outlook

## Re: No deal without dropping the non-disparagement entirely

**From** Alejandro Barrientos <Alejandro@bts.law>

**Date** Sat 5/2/2026 10:50 AM

**To** Arjun Vasan <arjun.vasan@gmail.com>; Mitch Longson <mlongson@mc2b.com>

Arjun,

I have received your various emails this morning and will review them. However, I need to note that your call this morning was very disturbing, including your repeated shouting that you were going to "fight to the death," "destroy Checkmate," and "act irrationally." You additionally stated your intent to drive up litigation costs for Checkmate, which is abuse of the litigation process.

Alejandro

J. Alejandro Barrientos
Attorney at Barrientos PC
Alejandro@bts.law
T.  626.551.4564
F.  626.427.6753
WWW.BTS.LAW

Confidentiality Notice: This email and any attachments contain confidential and privileged information from a law firm. Disclosure of information contained in this email and any attachments is prohibited unless expressly permitted by the sender. If you believe that you have received this email in error, inform the sender immediately and cease viewing the email and any attachments.

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Saturday, May 2, 2026 7:05 AM
**To:** Mitch Longson <mlongson@mc2b.com>; Alejandro Barrientos <Alejandro@bts.law>
**Subject:** Re: No deal without dropping the non-disparagement entirely

Again very disappointed that you did not inform me of this development. When you are negotiating a deal that includes mutual non-disparagement, it is incumbent upon you to ensure you do not violate those terms in the lead up to execution. Checkmate just did.

Your client is pushing this dispute to a dangerous stage for itself and its future as a business. You are about to face two plaintiffs who will now aim their coordinated fire at your client. And we will not lose.

Best of luck and best regards,
Arjun

Sent from Gmail Mobile

On Sat, May 2, 2026 at 2:43 PM Arjun Vasan <arjun.vasan@gmail.com> wrote:

> I see that you filed the counterclaims against Robert, clearly referring to me very clearly as a colleague / cofounder of VoiceBite participating in an allegedly fraudulent scheme. The deal has changed materially.
>
> I cannot sign anymore unless the non-disparagement is dropped entirely, as I had asked for before.
>
> I have the right to defend myself. And I will.
>
> Best regards,
> Arjun
>
> Sent from Gmail Mobile