# Exhibit C

 **Outlook**

## Re: Fw: Activity in Case 2:25-cv-00765-MEMF-AS Arjun Vasan v. Checkmate.com Inc. Order on Motion for Leave to File Document Under Seal

**From** Alejandro Barrientos <Alejandro@bts.law>

**Date** Wed 6/3/2026 6:27 PM

**To**     Arjun Vasan <arjun.vasan@gmail.com>

**Cc**     Mitch Longson <mlongson@mc2b.com>

📎 2 attachments (93 KB)

Checkmate – Stip. for Dismissal v3.docx; Proposed Order.docx;

Arjun,

Attached is the draft stipulation for dismissal that (1) dismiss the case per Kokkonnen, (2) provides the statements on the OSC, and (3) provides a statement of the parties position's on the under seal filing issue, with your section blank so you can fill it out. Also attached is a proposed order to dismiss per Kokkonnen. Please fill out your position on the under seal issue so we can get this filed.

Relatedly, I want to reiterate that the threat you made on our phone call earlier today to publicly file the settlement agreement unless Checkmate agrees not to depose you or your family members in the Nessler matter is, at the very least, abuse of process.

J. Alejandro Barrientos
Attorney at Barrientos PC
Alejandro@bts.law
T.  626.551.4564
F.  626.427.6753
WWW.BTS.LAW

Confidentiality Notice: This email and any attachments contain confidential and privileged information from a law firm. Disclosure of information contained in this email and any attachments is prohibited unless

expressly permitted by the sender. If you believe that you have received this email in error, inform the sender immediately and cease viewing the email and any attachments.

---

**From:** Alejandro Barrientos <Alejandro@bts.law>
**Sent:** Tuesday, June 2, 2026 1:04 PM
**To:** Arjun Vasan <arjun.vasan@gmail.com>
**Cc:** Mitch Longson <mlongson@mc2b.com>
**Subject:** Re: Fw: Activity in Case 2:25-cv-00765-MEMF-AS Arjun Vasan v. Checkmate.com Inc. Order on Motion for Leave to File Document Under Seal

Hi Arjun, I just called and got your VM. Please call me back so we can wrap this up.

Thanks,
Alejandro

J. Alejandro Barrientos
Attorney at Barrientos PC
Alejandro@bts.law
T.  626.551.4564
F.  626.427.6753
WWW.BTS.LAW

Confidentiality Notice: This email and any attachments contain confidential and privileged information from a law firm. Disclosure of information contained in this email and any attachments is prohibited unless expressly permitted by the sender. If you believe that you have received this email in error, inform the sender immediately and cease viewing the email and any attachments.

---

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Sunday, May 31, 2026 12:39 PM
**To:** Alejandro Barrientos <Alejandro@bts.law>
**Cc:** Mitch Longson <mlongson@mc2b.com>
**Subject:** Re: Fw: Activity in Case 2:25-cv-00765-MEMF-AS Arjun Vasan v. Checkmate.com Inc. Order on Motion for Leave to File Document Under Seal

I think there were only specific parts of the agreement that we agreed were to be confidential right? Namely the amount. The key part the court needs

to see are the parts about retaining jurisdiction in case it declines to maintain jurisdiction to enforce the agreement.

Let me think and get back to you shortly, I am on a short vacation and will be back on Monday.

Sent from Gmail Mobile

On Fri, May 29, 2026 at 3:50 PM Alejandro Barrientos <Alejandro@bts.law> wrote:

> Hi Arjun,
>
> I was a bit perplexed by the court's order on the application to file under seal. My reading is that the judge does not think we need to file the settlement agreement in order to incorporate it into a dismissal. I would be inclined to file a stipulation for an order of dismissal that incorporates the terms of the agreement, but does not include the agreement as an exhibit. We can then file another application that (i) requests file a redacted version of the party's positions on the OSC under seal since it quotes or otherwise discloses the terms of the agreement, and (ii) withdraws the request to file the entire agreement under seal. Let us know what you think. I can draft the papers.
>
> Have a good weekend,
> ]Alejandro
>
> J. Alejandro Barrientos
> Attorney at Barrientos PC
> Alejandro@bts.law
> T.  626.551.4564
> F.  626.427.6753
> WWW.BTS.LAW
>
> Confidentiality Notice: This email and any attachments contain confidential and privileged information from a law firm. Disclosure of information contained in this email and any attachments is prohibited unless expressly permitted by the sender. If you believe that you have received this email in error, inform the sender immediately and cease viewing the email and any attachments.
>
> ---
>
> **From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
> **Sent:** Thursday, May 28, 2026 12:22 PM

**To:** ecfnef@cacd.uscourts.gov <ecfnef@cacd.uscourts.gov>

**Subject:** Activity in Case 2:25-cv-00765-MEMF-AS Arjun Vasan v. Checkmate.com Inc. Order on Motion for Leave to File Document Under Seal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 5/28/2026 at 12:22 PM PDT and filed on 5/27/2026

| | |
|---|---|
| **Case Name:** | Arjun Vasan v. Checkmate.com Inc. |
| **Case Number:** | 2:25-cv-00765-MEMF-AS |
| **Filer:** | |

**WARNING: CASE CLOSED on 05/04/2026**

**Document Number:** 184

**Docket Text:**

**ORDER DENYING APPLICATION TO SEAL [DKT. NO. 182] by Judge Maame Ewusi-Mensah Frimpong Denying [182] APPLICATION to Seal Document: The Court has reviewed the parties' Stipulation for Order to File under Seal and the Declaration of J. Alejandro Barrientos, Dkt. Nos. 182-83. The Application to Seal is DENIED WITHOUT PREJUDICE. The parties are ordered to meet and confer and file (1) a proper Application addressing the deficiency noted above or (1) a joint stipulation explaining that they no longer wish to file the Settlement Agreement (and seeking to withdraw the Sealed**

**Declaration, Dkt. No. 183) within seven (7) days of the date of this Order. The Sealed Declaration, Dkt. No. 183, shall remain under seal until the Court rules on the parties' subsequent submission. (see document for further details) (bm)**

**2:25-cv-00765-MEMF-AS Notice has been electronically mailed to:**

Mitch M. Longson        mlongson@mc2b.com, landerson@mc2b.com

J. Alejandro Barrientos        6337753420@filings.docketbird.com, alejandro@bts.law

Arjun Vasan        argumentum@recap.email

**2:25-cv-00765-MEMF-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Vasan Varadarajan
12615 193rd Street
Cerritos CA 90703
US