UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARJUN VASAN,

Plaintiff and Counter-Defendant,

v.

CHECKMATE.COM, INC.,

Defendant and Counterclaimant.

Case No.: 2:25-cv-00765-MEMF-ASx

**ORDER DENYING APPLICATION TO SEAL [DKT. NO. 187]**

Before the Court is Plaintiff Arjun Vasan's Application to File the Parties' Settlement Agreement Under Seal with Limited Redaction. Dkt. No. 187 ("Application"). The Court previously denied the parties' application to seal, because "[a]lthough the parties have explained why they wish to keep the Settlement Agreement confidential, they have not explained why they seek to file it at all." Dkt. No. 184. Vasan contends that "a public version of the Agreement [should be filed and] redacted only as to the specific payment terms the parties themselves designated confidential in Section 12," and that the "single open question [here] is the scope of redaction in the public

version." Application at 1; Dkt. No. 189 at 2. But the question at issue is whether the Settlement Agreement should be filed under seal at all, which Vasan does not address in his Application or Reply. *See* Application at 3-4, 6; Dkt. No. 189 at 2-3; *see also* Dkt. No. 188 at 7-8. In fact, Vasan acknowledges that "[t]he [Settlement] Agreement is incorporated into the Court's order and enforced under its retained jurisdiction; . . . and the presumption of access has already prevailed." Application at 3. And "[t]here is no dispute before the Court that requires it to consider the Agreement." Dkt. No. 188 at 3. Accordingly, given that the Court retains its jurisdiction to enforce the Settlement Agreement post-dismissal, *see* Dkt. No. 186, and the Settlement Agreement contains confidential payment terms, the Settlement Agreement need not be "filed or considered at all," Dkt. No. 184.

For the foregoing reasons, the Court hereby ORDERS that the Application shall be DENIED. **The Sealed Settlement Agreement, *see* Dkt. No. 183, shall be removed from the docket.** Plaintiff Vasan shall not file the Settlement Agreement on the public docket.

IT IS SO ORDERED.

Dated: August 28, 2026

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge